## SCHEDULE A

| No. | Defendant | Seller ID | Platform |
|---|---|---|---|
| **Plaintiff's Patent (US D991,533)** | | | |
| 1 | Sicddde | AUWGIPZKVRZ66 | Amazon |
| 2 | QLSM Lighting | A1OOM7WR2HP9ZJ | Amazon |
| 3 | Changchengjie | A2PFND4PMIOBK0 | Amazon |
| 4 | ZIQILI | AJG443POXGEQ0 | Amazon |
| 5 | Gansu Yuanzelixin | A1FACFB755PLS6 | Amazon |
| 6 | LANJINYIHE | A3J0W57JH8KLPO | Amazon |
| 7 | Full Goods shop | 634418216170402 | Temu |
| 8 | SuphapShop | | eBay |
| 9 | neveranisland | | eBay |
| 10 | Stanton Surplus | | eBay |
| 11 | ericy23 | | eBay |
| 12 | newuseddeals | | eBay |
| 13 | musicman1a2a3a4 | | eBay |
| **Plaintiff's Mark (7,420,879)** | | | |
| 14 | kirit4181 | | eBay |
| 15 | hendianzisha | 102685116 | Walmart |
| 16 | XYY | 102501328 | Walmart |
| 17 | YangSiYu | 101682245 | Walmart |
| **Plaintiff's Copyright (VA 2-434-881)** | | | |
| 18 | Hengyu Lighting Store | A2OVPYH6MNYKS | Amazon |
| **Plaintiff's Mark (7,420,879)**<br>**Plaintiff's Copyright (VA 2-434-881)** | | | |
| 19 | gxuandian | 102672712 | Walmart |
| **Plaintiff's Patent (US D991,533)**<br>**Plaintiff's Mark (7,420,879)**<br>**Plaintiff's Copyright (VA 2-434-881)** | | | |
| 20 | houhaojiasha | 102663296 | Walmart |