**INDEX OF EXHIBITS**

Schedule A:                          List of Defendants

Exhibit A:                           Plaintiff's Patent

Exhibit B:                           Plaintiff's Mark

Exhibit C:                           Plaintiff's Copyright

Exhibit D:                           Infringing Evidence

Exhibit E:                           Alibaba, Amazon, and Counterfeiting in the Age of

the Internet, by Daniel C.K. Chow

Exhibit F:                           Combating Trafficking in Counterfeit and Pirated

Goods, by United States Department of Homeland

Security