US00D991533S

(12) **United States Design Patent** (10) Patent No.: **US D991,533 S**
Li                                      (45) Date of Patent: ** **Jul. 4, 2023**

(54) **CHANDELIER**

(71) Applicant: **Kaijun Li**, Chongqing (CN)

(72) Inventor: **Kaijun Li**, Chongqing (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/816,856**

(22) Filed: **Nov. 25, 2021**

(51) LOC (14) Cl. ................................................ **26-05**

(52) **U.S. Cl.**
USPC ............................................................ **D26/88**

(58) **Field of Classification Search**
USPC ...................................... D26/72, 80–90, 92
CPC .... F21S 8/04; F21S 8/043; F21S 8/046; F21S 8/06; F21S 8/061; F21S 8/063; F21S 8/065; F21S 8/066; F21S 8/068
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D567,988 S | * | 4/2008 | Lissoni | D26/88 |
| D574,546 S | * | 8/2008 | Morrison | D26/88 |
| D586,031 S | * | 2/2009 | Urquiola | D26/105 |
| D588,298 S | * | 3/2009 | Sabernig | D26/88 |
| D664,280 S | * | 7/2012 | Campbell | D26/88 |
| D712,084 S | * | 8/2014 | Li | D26/118 |
| D767,197 S | * | 9/2016 | Anderson | D26/118 |
| D788,969 S | * | 6/2017 | Hendifar | D26/88 |
| D790,121 S | * | 6/2017 | Sonneman | D26/128 |
| D801,574 S | * | 10/2017 | Amato | D26/118 |
| D825,092 S | * | 8/2018 | Amato | D26/88 |
| D829,361 S | * | 9/2018 | Deng | D26/88 |
| D854,223 S | * | 7/2019 | Hecht | D26/88 |
| D854,224 S | * | 7/2019 | Hecht | D26/88 |
| D857,279 S | * | 8/2019 | Grcic | F21S 8/04 |
| | | | | D26/88 |
| D861,955 S | * | 10/2019 | Richardson | D26/88 |

| | | | | |
|---|---|---|---|---|
| D876,711 S | * | 2/2020 | Olbers | D26/118 |
| D920,559 S | * | 5/2021 | Hendifar | D26/83 |
| D951,516 S | * | 5/2022 | Tan | D26/88 |

(Continued)

OTHER PUBLICATIONS

Elyona, Industrial Pendant Light. First available Mar. 29, 2021. Searched Feb. 2, 2023. [https://www.amazon.com/ELYONA-Fixtures-Hammered-Adjustable-Industrial/dp/B0919ZSDQK/] (Year: 2021).*

(Continued)

*Primary Examiner* — W. A. Teddy Falloway
*Assistant Examiner* — Melissa Adriane Santos

(57) **CLAIM**

The ornamental design for a chandelier, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a chandelier showing my new design;
FIG. 2 is another perspective view thereof;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a left side elevational view thereof;
FIG. 6 is a right side elevational view thereof;
FIG. 7 is a top plan view thereof;
FIG. 8 is a bottom plan view thereof;
FIG. 9 is an enlarged view of portion **9** shown in FIG. **1**;
FIG. 10 is an enlarged view of portion **10** shown in FIG. **1**; and,
FIG. 11 is an enlarged view of portion **11** shown in FIG. **2**.
The dash-dash broken lines in the drawings depict portions of the chandelier that form no part of the claimed design. The dot-dash broken lines represent boundaries of the enlarged portions and form no part of the claimed design.

**1 Claim, 11 Drawing Sheets**



## US D991,533 S

Page 2

---

(56)                     **References Cited**

U.S. PATENT DOCUMENTS

D961,834 S   *   8/2022  Hoover ......................... D26/82
D968,009 S   *  10/2022  Luo ............................... D26/80

OTHER PUBLICATIONS

Bouclair Canada, Metal and Wood Ceiling Lamp. Oldest review dated Jun. 9, 2021. Searched Feb. 2, 2023. [https://www.bouclair.com/en/lighting/ceiling-lamps/metal-and-wood-ceiling-lamp-9400495M.html] (Year: 2021).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

Case 2:25-cv-00472-CB    Document 2-4    Filed 04/10/25    Page 6 of 17



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

| PATENT ASSIGNMENT COVER SHEET |
|---|

Assignment ID: 597334

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Kaijun LI | 10/26/2024 |

**RECEIVING PARTY DATA**

| Name: | SHENZHEN YUNQINGWEICHUANG TECHNOLOGY CO., LTD. |
|---|---|
| Street Address: | 611, BLOCK E, HUAFENG CREATIVE PLACE |
| Internal Address: | HANGCHENG, IND. ZONE |
| City: | XIXIANG, BAOAN, SHENZHEN |
| State/Country: | CHINA |
| Postal Code: | 518000 |

**PROPERTY NUMBERS Total:1**

| Property Type | Number |
|---|---|
| Application Number: | 29816856 |

**CORRESPONDENCE DATA**

| **Fax Number:** | 6124553801 |
|---|---|
| **Phone:** | 6124553823 |
| **Email:** | pkerkhove@hsml.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| **Correspondent Name:** | HSML P.C. |
|---|---|
| **Address Line 1:** | 45 South Seventh Street, Suite 2700 |
| **Address Line 4:** | Minneapolis , MINNESOTA 55402 |

| ATTORNEY DOCKET NUMBER: | 20930.0008USS1 |
|---|---|
| NAME OF SUBMITTER: | Peggy Kerkhove |
| Signature: | Peggy Kerkhove |

| **Date:** | 10/30/2024 |
|---|---|
| **TOTAL ATTACHMENTS: 1**<br>source= DocketNo209300008USSi(1).pdf | |

Docket No. 20930.0008USS1

**ASSIGNMENT OF PATENT APPLICATION**

WHEREAS,

1. Kaijun LI having an address of No. 12, Group 6, Forever Village, Wenhua Town, Liangping District, Chongqing, China
2.
(hereinafter called "THE UNDERSIGNED") have made an invention and have executed an application for Letters Patent of the United States for this invention which was filed on November 25, 2021, entitled CHANDELIER (assignment filing), and which has been given application serial number 29/816856;

and

WHEREAS SHENZHEN YUNQINGWEICHUANG TECHNOLOGY CO., LTD. (hereinafter "ASSIGNEE") a corporation organized under the laws of China and having an office and place of business at 611, BLOCK E, HUAFENG CREATIVE PLACE, HANGCHENG, IND. ZONE, XIXIANG, BAOAN SHENZHEN CHINA 518000 wishes to acquire the entire right, title and interest in and to said invention and patent application and any Letters Patent to be obtained therefor;

NOW, THEREFORE, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, THE UNDERSIGNED hereby sell, assign, and transfer to the ASSIGNEE, its successors, legal representative and assigns, the entire right, title and interest for the United States in and to the invention disclosed in said application, and in and to said application, as well as to all divisions, continuations, or renewals thereof, all Letters Patent which may be granted therefrom, and all reissues or extensions of such patents, and THE UNDERSIGNED hereby authorize and request the Commissioner of Patents of the United States to issue all Letters Patent for said invention to the ASSIGNEE of the entire right, title and interest in and to the same, in accordance with the terms of this instrument.

THE UNDERSIGNED hereby agree that THE UNDERSIGNED, their executors and legal representatives will make, execute and deliver (without charge but at the expense of the ASSIGNEE) any and all other instruments in writing including any and all further application papers, affidavits, assignments and other documents, and will communicate to said ASSIGNEE, its successors and representatives all facts known to the UNDERSIGNED relating to said invention and the history thereof and will testify in all legal proceedings and generally do all things which may be necessary or desirable to vest the ASSIGNEE, it successors or assigns, the entire right, title and interest in and to the said invention, patent applications, Letters Patent, rights, titles, benefits, privileges, and advantages hereby sold, assigned and conveyed, or intended so to be.



THE UNDERSIGNED represent and agree with said ASSIGNEE, its successors and assigns, that no assignment, grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been or will be made to others by the UNDERSIGNED, and that full right to convey the same as herein expressed is possessed by the UNDERSIGNED.

IN TESTIMONY WHEREOF, THE UNDERSIGNED have hereunto set their hand on the dates indicated below.

1.  Kaijun LI          October 26, 2024
                       Date