**Registration #:**  VA0002434881
**Service Request #:**  1-14816593861

## Mail Certificate

Getech Law LLC
Jun Ye
203 N. LaSalle St.,
Suite 2100,
Chicago, IL 60601 United States

**Priority:**  Special Handling          **Application Date:**  February 27, 2025

**Note to C.O.:** Application No. 1-14766673891 was denied and directed to be filed under GRPPH.

## Correspondent

**Organization Name:**  Getech Law LLC
**Name:**  Jun Ye
**Email:**  jun.ye@getechlaw.com
**Address:**  203 N. LaSalle St.,
Suite 2100,
Chicago, IL 60601 United States

**Registration Number**

## VA 2-434-881

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
February 28, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    March 29, 2021 to March 29, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | Light |
| **Number of Photographs in Group:** | 20 |

- **Individual Photographs:** Light 1,
  Light 2,
  Light 3,
  Light 4,
  Light 5,
  Light 6,
  Light 7,
  Light 8,
  Light 9,
  Light 10,
  Light 11,
  Light 12,
  Light 13,
  Light 14,
  Light 15,
  Light 16,
  Light 17,
  Light 18,
  Light 19,
  Light 20

**Published:**    March 2021

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | March 29, 2021 |
| **Latest Publication Date in Group:** | March 29, 2021 |
| **Nation of First Publication:** | China |

## Author

- **Author:** SHENZHEN YUNQINGWEICHUANG TECHNOLOGY CO., LTD.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** SHENZHEN YUNQINGWEICHUANG TECHNOLOGY CO., LTD.
611, BLOCK E, HUAFENG CREATIVE PLACE, HANGCHENG, IND.
ZONE, XIXIANG, BAOAN, SHENZHEN, 518000, China

## Certification

**Name:** Jun Ye
**Date:** February 27, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.





































