## REPRESENTATIVE COMPARISON CHARTS



| Plaintiff's Patent (US D991,533) | Defendants' Product (Sicddde) |
|---|---|

| Plaintiff's Mark (7,420,879) | Defendants' Product (kirit4181) |
|---|---|

ELYONA

**Product Description**
**WHY CHOOSE ELYONA ?**

1. The video showcases the product in use.The video guides you through product setup.The video compares multiple products.The video shows the product being unpacked.

**Solid Wood From ELYONA**

○ Global procurement of top timber production areas
○ FSC Certified Solid Wood
  This certification represents that the timber used is managed according to the strict social and environmental standards of FSC.(licence code: FSC-C158069/Valid Date: 25 June 2025 )
○ All of ELYONA timbers use FSC certified wood of the best quality.Unlike fiberboard, solid wood texture is natural, glue-free, formaldehyde-free and healthier

2. The video showcases the product in use.The video guides you through product setup.The video compares multiple products.The video shows the product being unpacked.

**Hammered Metal From ELYONA**

| Plaintiff's Copyright (VA 2-434-881) | Defendants' Product (Hengyu Lighting Store) |
|---|---|
|  | |



| Light fixture form | Pendant |
|---|---|

## About this item

- [Premium Quality Hanging Pendant Light]: ①Made of Smooth Rubber Wood, which has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ② The use of top hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth
- [Perfect Size]: The size of black dome pendant light is 6.7"L x 6.7"W x 7.9"H, the plate is 4.7" in diameter. The wire could be up to 59 inches, you can customize the height as you like, and it can be installed on flat or inclined ceilings, applicable for different situations
- [Easy & Fast Installation]: This solid wood hanging light fixture comes with clear guidance and mounting hardware, you just fix the solid wood on the shade, then hanging the pendant lighting on the ceiling. The whole process will only take 10-20 mins
- [Wide Application]: The kitchen pendant lighting over island is suitable for a variety of decoration styles, which allows you to place it wherever you like and want, such as in the kitchen sink, dining room, bedroom, kitchen island, living room, or hallway
- [Bulb Requirement]: This Pendant Light Fixtures Ceiling Hanging is compatible with all max 60W E26 bulbs, such as LED bulbs, incandescent, CFL, Edison bulbs, and halogen bulbs. When using dimmer and dimmable bulb can be dimmed (Bulbs & dimmer NOT Included)
- [Reliable & Considerate Service]: We strive to provide every customer with high-quality products and high standards of after-sales service, to make sure our customers have a pleasant shopping experience
- 【Tips】This black pendant light comes in a small size, it is recommended to purchase multiple packs to decorate your home

› See more product details

⊡ Report an issue with this product or seller

Sponsored

---

**Buy it with**

---

$29.99

prime Two-Day

FREE delivery **Friday, January 24**

Ships from: Amazon
Sold by: Sicddde

Add to List

### Other sellers on Amazon

New & Used (4) from $29.99
prime

amazon business

**Save up to 15%** on this product with business-only pricing.

Create a free account

Sponsored ⓘ



**This item:** Industrial Pendant Light Fixture, Small Pendant Lighting for Kitchen Island, Blac...

$39⁹⁹ ✓prime

HOMOTEK 12 Pack Spring Door Stopper with Rubber Bumper Satin Nickel 3-1/8" Flexible...

$9⁹⁹ ($0.83/Count) ✓prime

18 Pack Matte Black Door Hinges 3.5 x 3.5 Inch Interior 3 1/2 Inch Door Hinges for Doors Rounde...

$19⁷⁹ ✓prime

Total price: $69.77

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

## Discover similar items

More filters | ✓prime | ⭐⭐⭐⭐ & Up | Number of Lights: 1 | Number of Lights: 2 | ◼ Black | ▨ Grey | Styles: Modern | Styles: Mid-Century | Light Type: LED | Light Type: Incandescent | Material ▸

| ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
|---|---|---|---|---|---|---|---|---|---|
| $105⁹⁹ | $112⁶⁴ ✓prime | $129⁰⁰ ✓prime | $100³² ✓prime | $123²⁰ ✓prime | $59⁹⁹ | $67²⁰ | $110⁶¹ | $88⁷⁵ | $148⁴⁰ |
| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |

| ✕ | ✕ |
|---|---|
| $65²⁴ | $60⁴⁸ |
| See more like this | See more like this |

Show more

## Based on your recent views

Sponsored ⓘ



Farmhouse Pendant Light Fixtures, 11.8" Black Pendant Lights Kitchen Island, Dome...

4.7 ★★★★☆ 239

-6% $49.99

List: $53.99

Save 5% with coupon

✓prime



ALAISLYC Black Matte Pendant Lights, Vintage Dome Hanging Light Fixtures, Adjustable He...

5.0 ★★★★★ 13

$79.99 ($26.66 / Count)

Typical: $59.00

Save 20% with coupon

✓prime



Black Pendant Light 11.81in Wood Metal Dome Hanging Ceiling Lights Farmhouse Rou...

5.0 ★★★★★ 1

-14% $50.99

Typical: $59.00

✓prime



Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...

4.7 ★★★★☆ 76

$56.99

Save 10% with coupon

✓prime



Black Pendant Light, 2 Packs 9.4inch Farmhouse Pendant Light, Kitchen...

5.0 ★★★★★ 11

$69.99 ($35.00 / Count)

Save 5% with coupon

✓prime



Wood Pendant Light, Pendant Lights Kitchen Island, Matte Black Pendant Lighting, In...

$43.33

✓prime



3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...

4.7 ★★★★☆ 275

Amazon's Choice

-6% $79.99

($26.66 / Count)

List: $84.99

Save 5% with coupon

✓prime

---

## Deals on related products



Sponsored ⓘ

12.6" Farmhouse Rustic Drum Pendant Light for Dining Room, Entryway, Kitchen, Bedroom, 3...

★★★★☆ 357

Limited time

-15% $67.99

Typical price $79.99

✓prime



Sponsored ⓘ

Black Pendant Light 2 Packs, Kitchen Pendant Light, Farmhouse Pendant Light, Indust...

★★★★☆ 48

Limited time

-50% $33.99

($17.00 / Count)

List: $67.99

✓prime



Sponsored ⓘ

Black Pendant Lights Kitchen Island, Modern Hanging Light Fixtures with Frosted Gla...

★★★★☆ 38

Limited time

-50% $14.99

Typical: $29.99

✓prime



Sponsored ⓘ

BONLICHT Modern Pendant Lights Kitchen Island,3 Pack Hanging Farmhouse Mini...

★★★★☆ 7

Limited time

-20% $87.99

Typical: $109.99

✓prime



Sponsored ⓘ

Pendant Lights Kitchen Island Black Dining Room Light Fixtures with Light Bulb, Ind...

★★★★☆ 13

Limited time

-50% $14.99

Typical: $29.99

✓prime



Sponsored ⓘ

DIRYZON Pendant Lighting for Kitchen Island,Modern Pendant Light Fixture,Brass...

★★★★☆ 3

Limited time

-50% $39.99

List: $79.99

✓prime

---

## Product information

### Technical Details

| | |
|---|---|
| Brand | Sicddde |
| Color | MK405-2(6.7") |
| Material | Wood, Iron |

### Additional Information

| | |
|---|---|
| ASIN | B0D2D2PW16 |
| Customer Reviews | 4.5 ★★★★☆ 21 |
| | 4.5 out of 5 stars |
| Best Sellers Rank | #193,397 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) |

| | |
|---|---|
| Style | Modern |
| Light fixture form | Pendant |
| Room Type | Living room, dining room, kitchen island, bedroom, pool table, bars, foyer, entryway |
| Product Dimensions | 6.7"L x 6.7"W x 7.9"H |
| Specific Uses For Product | Home |
| Indoor/Outdoor Usage | Indoor |
| Power Source | Corded Electric |
| Installation Type | Flush Mount |
| Special Feature | Hammered metal shade, Energy Efficient, Adjustable Height, Solid Wood |
| Control Method | Touch |
| Light Source Type | Incandescent, Halogen, Fluorescent, LED, CFL,  Edison,  Dimmable bulbs |
| Finish Type | Bake Painted & Oak Solid Wood Polishing |
| Shade Material | Hammered Metal |
| Number of Light Sources | 1 |
| Voltage | 110 Volts (AC) |
| Theme | Modern |
| Shape | Dome |
| Included Components | Mounting Hardware |
| Warranty Type | 1 year warranty |
| Lighting Method | Downlight |
| Number of Items | 1 |
| Wattage | 60 watts |
| Bulb Base | E26 |
| Controller Type | Push Button |
| Switch Type | Push Button |
| Unit Count | 1.0 Count |
| Water Resistance Level | Not Water Resistant |
| Efficiency | Energy Efficient |
| Mounting Type | Ceiling Mount |
| Shade Color | Black |
| Fixture Type | Non Removable |

#1,359 in Pendant Light Fixtures

| | |
|---|---|
| Date First Available | April 22, 2024 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

| | |
|---|---|
| Assembly Required | Yes |
| Manufacturer | Sicddde |
| Recommended Uses For Product | Living room, dining room, kitchen island, bedroom, pool table, bars, foyer, entryway, etc. |
| Model Name | Pendant Light |
| Part Number | 405-2 |
| Item Weight | 1.96 pounds |
| Country of Origin | China |
| Item model number | 405-2 |
| Finish types | Bake Painted & Oak Solid Wood Polishing |
| Special Features | Hammered metal shade, Energy Efficient, Adjustable Height, Solid Wood |
| Batteries Included? | No |
| Batteries Required? | No |

## Product details

**Product Dimensions :** 6.7 x 6.7 x 7.9 inches; 1.96 Pounds

**Item model number :** 405-2

**Date First Available :** April 22, 2024

**Manufacturer :** Sicddde

**ASIN :** B0D2D2PW16

**Country of Origin :** China

**Customer Reviews:**

4.5 ★★★★⯪ ⌄ 21

## What's in the box

- Mounting Hardware

## Videos

**Videos for this product**



Upload your video

---

**Product Description**

# Black Farmhouse Pendant Light Fixture



This kitchen pendant light features a unique black hammered metal shade and wood.



When the night falls, the small kitchen island lighting will become the perfect companion for you and your family.



**Sicddde Industrial Pendant Light for Dining Room**



## You just take a few minutes to install the small pendant light!

1. Loose the socket ring
2. Place the wood on the shade, and fix the socket ring
3. Add a E26 bulb (Bulb NOT Included)
4. Adjust the length of cord as you like
5. Hanging the pendant light fixture on the ceiling

## Similar Items







| | Small Pendant Light | Small Pendant Light 3Pack | Large Pendant Light | Kitchen Island Chandelier | Kitchen Island Pendant |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★½ 21 | ★★★★½ 21 | ★★★★½ 21 | ★★★★½ 21 | ★★★★½ 21 |

| Price | $39⁹⁹ | $99⁹⁹ | $49⁹⁹ | $159⁹⁹ | $99⁹⁹ |
|---|---|---|---|---|---|
| Size | 6.7"L x 6.7"W x 7.9"H | 6.7"L x 6.7"W x 7.9"H | 10.2"L x 10.2"W x 11.4"H | 35.4"L x 8.7"W x 10.2"H | 26"L x 8.7"W x 10.2"H |
| Color | Black | Black | Black | Black | Black |
| Light Source | 1 x E26 | 3 x E26 | 1 x E26 | 5 x E26 | 3 x E26 |
| Blubs | Not Included | Not Included | Not Included | Not Included | Not Included |
| Max Power | 60w | 60w | 60w | 60w | 60w |
| Voltage | 110V AC | 110V AC | 110V AC | 110V AC | 110V AC |
| Material | Wood+Iron | Wood+Iron | Wood+Iron | Glass+Iron | Glass+Iron |

## From the brand

Welcome to Sicddde

Premium materials - Updated function - Unique design - Satisfying service

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Industrial Pendant Light Fixture, Small Pendant Lighting for Kitchen Island, Black Dome Hanging Pendant Light with Hammered Metal... | ELYONA Industrial Pendant Light, Rubber Wood Dome Hanging Lamp with 12" Hammered Metal Shade, Modern Pendant Light Fixtures for... | ELYONA Industrial Pendant Light, Solid Wood Hanging Lamp with 7" Hammered Metal Shade, Farmhouse Pendant Light Fixtures for Kitchen... | ELYONA Hammered Pendant Light, 10.2" Industrial Hanging Lamp with Solid Wood & Metal Shade, Modern Pendant Light Fixtures f... |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| Price | $39⁹⁹ | $59⁹⁹ | -10% $44⁹⁹ Typical: $49.99 | $54⁹⁹ |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.5 ★★★★⯨ 21 | 4.5 ★★★★⯨ 97 | 4.6 ★★★★⯨ 132 | 4.7 ★★★★⯨ 385 |
| Sold By | Sicddde | YQWC | YQWC | YQWC |
| Material | Iron, Wood | FSC Certification Solid Wood, Handmade Hammered Black Metal | FSC Certification Solid Wood, Handmade Hammered Black Metal | FSC Certification Rubber Wood, Handmade Hammered Black Metal |
| Light Source Type | Incandescent, Halogen, Fluorescent, LED, CFL，Edison，Dimmable bulbs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs |
| Bulb Base | e26 | e26 | e26 | e26 |
| Light Sources | 1 | 1 | 1 | 1 |
| Power Source | Corded Electric | Corded Electric | Corded Electric | Corded Electric |
| Shade Material | Hammered Metal | Hammered Metal | Hammered Metal | Hammered Metal |
| Style | Modern | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage |
| Finish Type | Bake Painted & Oak Solid Wood Polishing | 1538 ℃ Bake Painted & Solid Wood Polishing Process | 1538 ℃ Bake Painted & Solid Wood Polishing Process | 1538 ℃ Bake Painted & Solid Wood Polishing Process |
| Mounting Type | Ceiling Mount | Ceiling Mount | Ceiling Mount | Ceiling Mount |
| Fixture Type | Non Removable | Non Removable | Non Removable | Non Removable |

| Shade Color | Black | Black | Black | Black |
| --- | --- | --- | --- | --- |

**Related products with free delivery**

Sponsored ⓘ















2 Pack Pendant Lights Kitchen Island Black Farmhouse Pendant Light Fixtures 11.81 I...
4.8 ★★★★★ 13
-27% $65.99
($33.00 / Count)
List: $89.99
Save 10% with coupon
✓prime

3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...
4.7 ★★★★☆ 275
Amazon's Choice
-6% $79.99
($26.66 / Count)
List: $84.99
Save 5% with coupon
✓prime

Emliviar 10.2 Inch 1-Light Farmhouse Pendant Light, Modern Pendant Lighting for K...
4.4 ★★★★☆ 75
$22.55
Save 10% with coupon
✓prime

Wood Pendant Light, Pendant Lights Kitchen Island, Matte Black Pendant Lighting, In...
$43.33
✓prime

Farmhouse Pendant Light Fixtures, 11.8" Black Pendant Lights Kitchen Island, Dome...
4.7 ★★★★☆ 239
-6% $49.99
List: $52.99
Save 5% with coupon
✓prime

ALAISLYC Black Matte Pendant Lights, Vintage Dome Hanging Light Fixtures, Adjustable He...
5.0 ★★★★★ 13
$79.99 ($26.66 / Count)
✓prime

Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...
4.7 ★★★★☆ 76
$56.99
Save 10% with coupon
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



LIANGMH Modern Pendent Lights in Kitchen, Black Mini Pendant Light…
4.2 ★★★★☆ 87
$128.88



Darkaway Industrial Pendant Light Fixtures Ceiling Hanging with Hammere…
4.7 ★★★★⯪ 156
$85.99



19.7" Wood Linen Dining Room Light Fixture Large Boho Chandelier Farmhou…
5.0 ★★★★★ 3
$139.99



ELYON Pendan…
5.0 ★
$94.99

🔵 **Looking for specific info?**

## Customer reviews

★★★★⯪ 4.5 out of 5

21 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 4% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 8% |

### Customers say

Customers like the light fixture's style and find it easy to install. They say it looks nice and is simple.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Style   |   ✓ Ease of installation

### Reviews with images

See all photos ›



How customer reviews and ratings work ⌄

**Review this product**

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ⌄

**Top reviews from the United States**

John E Moore

★★★★★ **Looks great**

Reviewed in the United States on October 22, 2024

Color: MK404-5(35.4")  |  Size: 5-Light  |  Verified Purchase

Looks great. Easy to install

[ Helpful ]  |  Report

Lance

★★★★★ **Beautiful modern light**

Reviewed in the United States on November 21, 2024

Color: MK404-5(35.4")  |  Size: 5-Light  |  Verified Purchase

Love this light fixture

[ Helpful ]  |  Report

Wack a** experience

★★★★★ **Very stylish**

Reviewed in the United States on August 3, 2024

Color: MK404-5(35.4")  |  Size: 5-Light  |  Verified Purchase



Spectacular! Simple. Light weight. Sturdy enough to just hang there untouched. I recommend, to bring dimension and style to your island or dining area. I suspended mine over the dining table. 😍😍 (Guy at the end of my video is to express my satisfaction) lol



Helpful | Report

Alaina Bullock

★★★★★ **Great Looking Pendant Lights!**
Reviewed in the United States on August 26, 2024
Color: MK405-2(6.7") | Size: 1-Pack(6.7")   **Amazon Vine Customer Review of Free Product** ( What's this? )
| Verified Purchase

I have been searching for some pendant lights to add over our bar area and couldn't ever find what it was I wanted until I saw these. While they are labeled as industrial style, I think they go well with various decor styles. The hammered metal shade looks nice paired with the wood piece on top, and their simple design draws attention without being overstated.

Installation was a breeze and everything you need comes with the pendants - except the bulbs. They also come with plenty of cord so you can adjust them to your ideal height.

Once installed, they put out the perfect amount of light; enough to serve as accent lighting or as main lighting for the specific are you install them. Plus, they look great both on and off.

Very happy I ordered these. They are simple, lightweight, and look great!



Helpful | Report

AC

★★★★★ **Perfect**
Reviewed in the United States on May 6, 2024
Verified Purchase
These lights are really nice, easy to install and give off good light.

Helpful | Report

Artsy Ali

★★★★★ **Gorgeous and perfect for our modern farmhouse kitchen redesign**
Reviewed in the United States on December 9, 2024
Color: MK407(10.2") | Size: 1-Pack(10.2")   **Amazon Vine Customer Review of Free Product** ( What's this? )
Love the gold accents inside and above the black shade, they really accentuate this charming light fixture. We're redoing our kitchen in a modern farmhouse style, and this pendant is gorgeous over the sink. The gold interior gives a bit of a cozy glow while you're doing dishes.

It's the perfect size and would also work over a kitchen island or kitchen table. Love that it has capability for LED bulbs and we're using an Edison type LED bulb in it to save energy and for a more classic style. I

love the current mixed metal look and this light is really adding to that style.

Installation was easy, especially since we're replacing an existing fixture. Instead of having a metal tube hanging from the ceiling, it's a flexible cord so you can adjust the height to whatever you need. The installation hardware was included, which really helps a lot. We really appreciate the style that this light is bringing to our updated kitchen.

Helpful | Report

Pro Customer

★★★★★ **Stylish and Versatile Industrial Pendant Light**
Reviewed in the United States on November 11, 2024
Color: MK407(10.2") | Size: 1-Pack(10.2") | **Amazon Vine Customer Review of Free Product** ( What's this? )

I recently installed this Industrial Pendant Light in my kitchen, and it has truly elevated the space! The matte black and gold finish gives it a sleek, modern look that pairs perfectly with both industrial and farmhouse decor. The adjustable height feature is super convenient; I could set it to the exact length I needed, making it fit beautifully over my kitchen island.

Installation was quick and straightforward, taking about 15 minutes with the included hardware. I love that it's compatible with a variety of bulbs, so I chose an Edison bulb for a cozy, dimmable glow. The light feels sturdy and well-made, adding a warm, artistic touch without overwhelming the space. Highly recommend this pendant light for anyone looking to add a stylish yet functional piece to their home!

Helpful | Report

A Discerning I.V.

★★★★☆ **Assembly required, but it's not too bad**
Reviewed in the United States on March 19, 2024
Color: MK404-5(35.4") | Size: 5-Light | **Amazon Vine Customer Review of Free Product** ( What's this? )

The design is simple with its rectangular shape. I think it would look good over a pool table. Assembly is probably DIY but installation may require a profession. Overall, I recommend.

Helpful | Report

**See more reviews ›**

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account



Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



## amazon prime

### Secure checkout ⌄

**Delivering to steven howard**                                      Change

223 4TH AVE, PITTSBURGH, PA, 15222-1717, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

**Paying with Visa 3651**                                            Change

Use Chase Ultimate Rewards points ⌄

$78.61 (9,827 points) available

Use a gift card, voucher, or promo code

---

**Arriving Jan 24, 2025**

If you order in the next 9 hours and 56 minutes Details



Industrial Pendant Light Fixture, Small Pendant Lighting for Kitchen Island, Black Dome Hanging Pendant Light with Hammered Metal, Solid Wood Hanging Lamp for Dining Room, Bar, Bedroom

$39.99

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Sicddde

🔘 **Friday, Jan 24**
FREE Two Day Delivery

⚪ **Monday, Jan 27**
FREE Amazon Day Delivery
🌱 Lower carbon option ⌄

[🗑] 1 [+]

Add gift options

---

**Place your order**

**Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

### Sidebar

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

---

Back to top



© 1996-2025, Amazon.com, Inc. or its affiliates



- 【Farmhouse Pendant Light】WILON black pendant light fixture with hammered metal shade is the perfect addition to your modern farmhouse aesthetic. With its industrial design and rustic charm, this hanging pendant light fixture will add a touch of sophistication to any space.
- 【Easy to Install & Adjustable Height】The step-by-step guide in the package and video on Amazon make setup a breeze. Whether you're a DIY enthusiast or a novice, you'll find the installation process of industrial pendant light simple. The cord length of vintage pendant light fixture is adjustable to customize the lighting of your space.
- 【E26 Bulb Base】Equipped with an E26 bulb base, our farmhouse dining room light fixture is compatible with a wide range of bulb options, such as incandescent, halogen, LED bulbs, CFL bulbs, and energy-saving bulbs. (bulb NOT Included). The farmhouse pendant lights can be dimmable with a dimmable bulb and dimmer switch (Bulb and switch are NOT included).
- 【Premium Material & Wide Application】Crafted from premium metal materials and sturdy construction, our hanging light fixture is built to last. The hanging lamp is a great choice for kitchen island lighting, dining room, living room, office, coffee bar, hallway, foyer, bedside, over table, and above sink, adding a modern farmhouse touch to the overall décor.
- 【3-Year Warranty & 24/7 Service】The black pendant lighting fixture set of 2 are UL-certified for safety. In case of any problem with the modern farmhouse pendant lamp, please do not hesitate to contact us, we will make every effort to solve the problem for you within 24 hours.

› See more product details

☐ Report an issue with this product or seller


Sponsored ⓘ

Sponsored ⓘ

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

## Buy it with

 +  + 

Total price: $64.97

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.

**This item:** WILON 10.2" Pendant Lights Kitchen Island, Black Pendant Light Fixtures, Industri...

HOMOTEK 12 Pack Spring Door Stopper with Rubber Bumper Satin Nickel 3-1/8" Flexible...

TJOY 12 Pack Vintage 8W ST58 LED Edison Light Bulbs, Dimmable, 60W Equivalent,...

Show details

## Discover similar items

More filters | ✓prime ⬤ | ★★★★☆ & Up | Number of Lights: 1 | Number of Lights: 2 | ⬛ Black | ⬜ Grey | Styles: Modern | Styles: Mid-Century | Light Type: LED | Light Type: Incande...



$116⁹⁹ Was:$144.98 ✓prime — See more like this

$149⁹⁹ ✓prime — See more like this

$159⁹⁹ List:$179.99 ✓prime — See more like this

$169⁹⁹ ✓prime — See more like this

$127⁹⁹ Was:$164.98 ✓prime — See more like this

$161⁹⁹ Was:$194.98 ✓prime — See more like this

$179⁹⁹ Was:$184.98 ✓prime — See more like this

$119⁹⁹ — See more like this

$179⁹⁹ — See more like this

$147⁹⁹ Was:$174.98 ✓prime — See more like this

$82⁹⁹ Was:$99.98 ✓prime — See more like this

$123⁹⁹ Was:$129.98 ✓prime — See more like this

Show more

## Based on your recent views

Sponsored ⓘ

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.







Industrial Pendant Light Fixture, Small Pendant Lighting for Kitchen Island, Black ...
4.5 ★★★★☆ 21
$39.99
**Save 10%** with coupon
✓prime

Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...
4.7 ★★★★★ 76
$56.99
**Save 10%** with coupon
✓prime

3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...
4.7 ★★★★★ 275
Amazon's Choice
-6% $79.99
($26.66 / Count)
List: $84.99
**Save 5%** with coupon
✓prime

Emak Modern Black Pendant Lights, 8 Inch Kitchen Pendant Lighting Over Island w...
4.6 ★★★★★ 29
$53.99
**Save 10%** with coupon
✓prime

Black Pendant Lights Kitchen Island, 2 Pack Farmhouse Pend...
4.6 ★★★★★ 24
$66.99 ($33.50 / Count)
**Save 15%** with coupon
✓prime

Pendant Lights Kitchen Island 2 Pack, 11.8 inches Dome Pendant Light Fixtures, Matt...
4.8 ★★★★★ 12
$67.99 ($34.00 / Count)
**Save 7%** with coupon
✓prime

Black Pendant Lights Farmhouse Pendant Light Fixture 11.5in 2 Pack, Adjustable Heig...
4.6 ★★★★★ 32
$69.99 ($35.00 / Count)
**Save 20%** with coupon
✓prime

Subtotal
**$0.00**

[Go to Cart]

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

## Deals on related products









Sponsored ⓘ
Eustace Pendant Light Modern Lantern Lighting, Wooden Dome Minimalist Industrial Ce...
★★★★☆ 31
Limited time
-50% $37.49
List: $74.98
✓prime

Sponsored ⓘ
Black Pendant Light 2 Packs, Kitchen Pendant Light, Farmhouse Pendant Light, Indust...
★★★★★ 48
Limited time
-50% $33.99
List: $67.99
✓prime

Sponsored ⓘ
Bamboo Dome Pendant Light Kitchen Island 14.82in Rattan Dining Room Light Fixtures ...
★★★★☆ 7
-20% $63.99
($17.00 / Count)
Typical: $79.99
✓prime

Sponsored ⓘ
Gold Pendant Light Modern Pendant Lights for Kitchen Island Hanging Lighting Fixtur...
★★★★★ 39
Limited time
-50% $14.99
($7.50 / Count)
Typical: $29.99
✓prime

Sponsored ⓘ
Black Pendant Lights Kitchen Island, Modern Hanging Light Fixtures with Frosted Gla...
★★★★★ 38
Limited time
-50% $14.99
Typical: $29.99
✓prime

Sponsored ⓘ
12.6" Farmhouse Rustic Drum Pendant Light for Dining Room, Entryway, Kitchen, Bedroom, 3...
★★★★☆ 357
Limited time
-15% $67.99
Typical price: $79.99
✓prime

## Product information

### Technical Details

| | |
|---|---|
| Brand | WILON |
| Color | Matte Black |
| Material | Iron |

### Additional Information

| | |
|---|---|
| ASIN | B0CLVFLJVZ |
| Customer Reviews | 4.5 ★★★★★ ⌄ 11<br>4.5 out of 5 stars |
| Best Sellers Rank | #342,056 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) |

| | |
|---|---|
| Style | Industrial |
| Light fixture form | Pendant |
| Room Type | Kitchen, Living Room, Bedroom, Hallway, Dining Room |
| Product Dimensions | 10.2"L x 10.2"W x 70.4"H |
| Specific Uses For Product | Home |
| Indoor/Outdoor Usage | Indoor |
| Power Source | AC |
| Installation Type | Semi Flush Mount |
| Special Feature | ★UL-certified ★3-Year Warranty ★Hammered metal shade ★Adjustable Height ★E26 Standard Blubs Base(Max 60W, Bulb NOT Included) ★Easy to Install ★Dimmable with a Dimmable Bulb & Compatible Dimmer Switch(Bule and Switch is Not Included) |
| Control Method | App |
| Light Source Type | LED |
| Finish Type | Hammered |
| Shade Material | Metal |
| Number of Light Sources | 1 |
| Voltage | 1.2E+2 Volts |
| Theme | modern farmhouse |
| Light Color | White |
| Shape | Cone |
| Included Components | (1) Fixture, (1) Installation Instruction, and (1) Mounting Hardware. Bulb not included. |
| Warranty Type | Limited |
| Lighting Method | Downlight |
| Specification Met | UL |
| Number of Items | 1 |
| Wattage | 60 watts |
| Bulb Base | E26 |
| Controller Type | Push Button |
| Switch Type | Push Button |
| Unit Count | 1.0 Count |
| Mounting Type | Ceiling Mount |

#2,045 in Pendant Light Fixtures

| | |
|---|---|
| Date First Available | January 26, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Subtotal
**$0.00**

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

| | |
|---|---|
| Shade Color | Black |
| Fixture Type | Non Removable |
| Assembly Required | Yes |
| Manufacturer | WILON |
| Model Name | Industrial Black Pendant Light Fixture with Hammered Metal Shade |
| Part Number | WL31018-BK |
| Item Weight | 3.75 pounds |
| Country of Origin | China |
| Item model number | WL31018-BK |
| Finish types | Hammered |
| Special Features | ★UL-certified ★3-Year Warranty ★Hammered metal shade ★Adjustable Height ★E26 Standard Blubs Base(Max 60W, Bulb NOT Included) ★Easy to Install ★Dimmable with a Dimmable Bulb & Compatible Dimmer Switch(Bule and Switch is Not Included) |
| Batteries Included? | No |
| Batteries Required? | No |

## Product details

**Product Dimensions** : 10.2 x 10.2 x 70.4 inches; 3.75 Pounds

**Item model number** : WL31018-BK

**Date First Available** : January 26, 2024

**Manufacturer** : WILON

**ASIN** : B0CLVFLJVZ

**Country of Origin** : China

**Customer Reviews:**
4.5 ★★★★★ ⌄ 11

**Inspiration from this brand**



**WILON**
Visit the Store on Amazon

[ + Follow ]

Subtotal
$0.00

[ Go to Cart ]

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.




WILON Kitchen Island Lighting



Seeded Glass Farmhouse Pendant Light Fixture for Kitchen Lighting…



WILON 4 Light Bathroom Vanity Light Fixture with Clear Globe Glas…



WILON Semi Flush Mount Ceiling Light 3-Light Ceiling Light Fixtures



Black Semi Flush Mount Ceiling Li 3-Light Ceiling Light Fixtures

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li… was removed from Shopping Cart.

## What's in the box

- (1) Fixture, (1) Installation Instruction, and (1) Mounting Hardware. Bulb not included.

## Videos

### Videos for this product



1:58

**Installation of Cone Black Pendant Light Fixture**

QLSM Lighting

Upload your video

## Product Description



Subtotal
$0.00

Go to Cart

Industrial
Pendant Light
Fixture, Small
Pendant Li...
was removed
from
Shopping
Cart.

## Create Different Lighting Ambience with Different Color Temperature

**Modern and Industrial Design**

## Black Farmhouse Pendant Light Fixture with Hammered Metal Shade

The single pendant light adds the farmhouse charm above your kitchen island, dining table, or entryway. It hangs with the help of a height-adjustable cord that lets you suspend it from high ceilings or in tighter corners, and it has a sloped ceiling-compatible canopy. The black pendant light works with an E26 bulb (not included) and is also compatible with dimmer switches, effortlessly taking you from day to night.

# Product Details

Subtotal
**$0.00**

[ Go to Cart ]

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

**Universal Mounting Plate**

The vintage pendant light fixture is easy to install with a step-by-step instruction in the package and an installation video on Amazon.

**Wood-like Metal Part**

The faux wood-look metal pieces of the industrial pendant light fixture add a touch of elegance and vintage charm to your space.

**Hammered Metal Shade**

The dimpled, hammered finish of mid-century pendant light fixture adds to the rustic farmhouse look.

**E26 Base & White Finish Inner**

The black hanging light fixture work with E26 base bulb, including incandescent, halogen, LED, CFL, and energy saving bulbs.

## From the brand

WILON LIGHTING specialises in the development, research, production and operation of lighting products. Taking inspiration from everyday life and applying it to our products, the company was founded on the principle that design and quality are important. We insist on original, up-to-date lighting designs and only produce high quality lighting pieces, designed for style and longevity. We welcome all customers to place orders from us.

**Black Pendant Light**

**Ceil**

WILON Farmhouse Pendant Light

## Compare with similar items

This Item        Recommendations

   

WILON 10.2" Pendant Lights Kitchen Island, Black Pendant Light Fixtures, Industrial Pendant Light with Hammered Metal Sha...

WILON 12.2" Blue Pendant Light, Farmhouse Pendant Lights Kitchen Island, Industrial Pendant Light with Hammered...

ELYONA Hammered Pendant Light, 10.2" Industrial Hanging Lamp with Solid Wood & Metal Shade, Modern Pendant Light Fixtur...

ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Small Hanging Light Fixtures Adjustable...

Add to cart | Add to cart | Add to cart | Add to cart

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

| | | | | |
|---|---|---|---|---|
| Price | -17% $29⁹⁹ Typical: $35.99 | -17% $29⁹⁹ Typical: $35.99 | $54⁹⁹ | $98⁹⁹ |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.5 ★★★★½ 11 | 4.5 ★★★★½ 11 | 4.7 ★★★★½ 385 | 4.6 ★★★★½ 132 |
| Sold By | QLSM Lighting | QLSM Lighting | YQWC | YQWC |
| Material | Iron | Iron | FSC Certification Rubber Wood, Handmade Hammered Black Metal | FSC Certification Solid Wood, Handmade Hammered Black Metal |
| Light Source Type | — | LED | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs |
| Bulb Base | e26 | e26 | e26 | e26 |
| Light Sources | 1 | 1 | 1 | 1 |
| Power Source | AC | AC | Corded Electric | Corded Electric |
| Shade Material | Metal | Metal | Hammered Metal | Hammered Metal |
| Style | Industrial | Farmhouse | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage |
| Finish Type | — | Hammered | 1538 ℃ Bake Painted & Solid Wood Polishing Process | 1538 ℃ Bake Painted & Solid Wood Polishing Process |
| Mounting Type | Ceiling Mount | Ceiling Mount | Ceiling Mount | Ceiling Mount |
| Fixture Type | Non Removable | Non Removable | Non Removable | Non Removable |
| Shade Color | Black | Black | Black | Black |

Subtotal
**$0.00**

Go to Cart

Industrial
Pendant Light
Fixture, Small
Pendant Li...
was removed
from
Shopping
Cart.

## Related products with free delivery

Sponsored 



Emak Modern
Farmhouse Pendant
Lights Kitchen Island,
Black Pendant Light Fi...
4.6 ★★★★½ 29
$53⁹⁹
Save 10% with coupon
✓prime



WILON Farmhouse
Pendant Light Fixture,
10.2" Modern Black
Pendant lamp with Ha...
4.1 ★★★★☆ 8
$53⁹⁹
Save 20% with coupon
✓prime

ELYONA Large Dome
Pendant Light 16"
Vintage Chandeliers
Rubber Wood & Black...
4.8 ★★★★★ 36
-11% $79⁹⁹
Typical: $89.99
Save $10.00 with
coupon
✓prime



Darkaway Industrial
Pendant Light Fixtures
Ceiling Hanging with
Hammered Metal Shad...
4.7 ★★★★½ 156
$85⁹⁹ ($43.00 / Count)
Save 10% with coupon
✓prime



Farmhouse Pendant
Lights, Adjustable
Hanging Light Fixtures
with Hammered Metal...
4.7 ★★★★½ 76
Amazon's Choice
$56⁹⁹
Save 10% with coupon
✓prime



Black Hammered Metal
Dome Pendant Light for
Kitchen Island, Dining
Room, Living Room, B...
4.5 ★★★★½ 21
$49⁹⁹
Save 10% with coupon
✓prime



ELYONA 2 Pack
Industrial Pendant
Lights, 10.2" Hammered
Metal Solid Wood Han...
4.7 ★★★★½ 385
$114⁹⁹ ($57.50 / Count)
Save $25.00 with
coupon
✓prime



Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ





Ajustable Cable
Max 86.6"

Dia 19.68"



1-Light Pendant Light with Black Metal
Glass Shade and Adjustable Cord...
4.6 ★★★★★ 33
$47.99

19.7" Wood Linen Dining Room Light
Fixture Large Boho Chandelier Farmhou...
5.0 ★★★★★ 5
$139.99

UOUNE Pendant Lights Kitchen Island,
Black Pendant Light Fixtures, 36 Inch...
4.9 ★★★★★ 17
$32.99

Subtotal
$0.00

Go to Cart

Industrial
Pendant Light
Fixture, Small
Pendant Li...
was removed
from
Shopping
Cart.

🔵 **Looking for specific info?**

## Customer reviews

★★★★☆ **4.5 out of 5**

11 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 46% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

( Write a customer review )

### Reviews with images







See all photos ›

[ Top reviews ⌄ ]

### Top reviews from the United States

B

★★★★★ **Beautiful and coordinates with the other pieces in this collection :)**

Reviewed in the United States on June 1, 2024

Color: Blue | Size: 1 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

I ordered the more dome-like 10" pendants for an island, with this going over the sink area and it's all a
very effortlessly chic look, that is both a bit retro and light, but a bit homey and rustic as well.
I love the color and inner contrasting cream tone, I love the big honey wood 'bead' piece, and the cord that
keeps it looking a bit lighter and casual (but the overall look is beautifully classy)
Works with so much decor, and the pieces were easy to install.
I recommend this particular large pendant/ mini chandelier, and collection!

( Helpful ) | Report

eshopper

★★★★☆ **Great blue color and high quality set**
Reviewed in the United States on April 1, 2024
**Amazon Vine Customer Review of Free Product** ( What's this? )

I purchase it for my kitchen island. The color perfectly matched with the island color. I really like the Blue and brown color match of this pendant. It came as a 2-pack with all the necessary components. The ceramic bulb base is something hard to find these days. which is perfect.

The cable length is long enough to set it at the desired height.

Installation was as I expected, no surprises.

There is one thing that forces me to cut 1 star. I wanted to remove the E26 MAX 60W label. When I tried to take it off the Brown paint came out with the sticker :( . I will keep it there until I find a solution.

One person found this helpful

Helpful | Report

GShultz

★★★★★ **Great Quality and Style**
Reviewed in the United States on February 16, 2024
Color: Black | Size: 2 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

WILON Black Pendant Lights 2 Pack Farmhouse Dining Room Lighting Fixtures
These just happen to match perfectly with two gooseneck sconce lights I have on two columns between the kitchen and living room area in my house.
I am using them over the peninsula cabinet that's within 8' of where one of the columns is located, so having the lights match is a definite plus.
The overall quality of the lights are great and considering the price is for two of them, they're great value for the money.
I've seen much smaller and less impressive lights at the home improvement retailers for about the same money.
They are adjustable which is good considering the peninsula cabinet is an eat-at counter height, so my first thought was to hang them down lower like a dining room fixture, but if they're too obtrusive, I can raise them up higher later on without too much effort.
The installation is straightforward and what you would expect for this type of fixture.
The order was processed, shipped and received fast in excellent condition being well packed and protected.
5-Stars!

Helpful | Report

SC

★★★★★ **Looks great**
Reviewed in the United States on February 28, 2024
Color: Black | Size: 1 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

If you're going for the farmhouse look, this light works great. But will caution you that the faux wood isn't very convincing at all. But other than that, the finish on the light is good and I don't notice any imperfections. Install was pretty easy as the circular mount gave me plenty of flexibility. I also appreciated the mounting screws for the light itself was adjustable which made it easier for an improperly installed

Subtotal
$0.00
Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

junction box that was a bit too deep. I wish there was a paired bulb option, even at an extra cost, to match the light. It was hard trying to find a bulb that didn't look super tiny in the light.

Helpful | Report

jo jo

★★★★★ **GREAT LAMP!**

Reviewed in the United States on March 22, 2024

Color: Matte Black | Size: 1 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

Nice looking and well made. Hammered metal exterior and white interior for good reflection. Shade is all metal and it's easy to put together.

Helpful | Report

P Papagiannakis

★★★★★ **Gorgeous in quality and looks**

Reviewed in the United States on March 13, 2024

Color: Blue | Size: 1 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

This is a very beautiful lamp. The color combination is very elegant. The gage of the metal is thick, not thin or flimsy.
Extremely easy to install and adjust the height. It can also serve as a hanging anywhere lamp by simply adding an extension.
The quality of the lamp is very good and the hammered dome looks great!
A great quality, excellent looking lamp!

Helpful | Report

Turkey Tail

★★★★★ **Love this light**

Reviewed in the United States on March 3, 2024

Color: Matte Black | Size: 1 Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

It's a high quality fixture. The bowl is heavy gauge metal and the finish is top notch. The inner white paint has a very nice gloss and the outer black looks like a satin to matte finish. The hammer accent is noticeable but not overpowering. The light socket is solid. Overall this thing is beautiful and would very much recommend it.

Helpful | Report

Vatech90

★★★★★ **Love these lights**

Subtotal
**$0.00**

Go to Cart

Industrial
Pendant Light
Fixture, Small
Pendant Li...
was removed
from
Shopping
Cart.

Reviewed in the United States on February 20, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I have a lot of blue elements in my house and was trying to find something to replace a couple of kitchen fixtures. This is such a nice shade of blue. I was afraid they were either be too dark and look black or be too light and look "off". These a nice muted blue which fits with other items in my kitchen.

Helpful | Report

See more reviews ›

Sponsored

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English ⇅ | 🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
$0.00

Go to Cart

Industrial Pendant Light Fixture, Small Pendant Li... was removed from Shopping Cart.

# amazon

## Checkout (1 item)

🔒

---

**1  Shipping address**

steven howard
223 4TH AVE
PITTSBURGH, PA 15222-1717
Add delivery instructions

**FREE pickup available nearby**
State • 2.2 mi  (See details)
Change to pickup

Change

---

**2  Payment method**

Paying with Visa 3651
Billing address: steven howard, 1 N LA SALLE …

**Add a gift card or promotion code or voucher** ^

| Enter code | Apply |

Use Chase Ultimate Rewards points ⌄
$78.61 (9,827 points) available

Change

---

**3  Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

---

⌐ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** ¬

**Arriving Jan 24, 2025**  If you order in the next 9 hours and 54 minutes (Details)
Items shipped from Amazon.com



**WILON 10.2" Pendant Lights Kitchen Island, Black Pendant Light Fixtures, Industrial Pendant Light with Hammered Metal Shade, Farmhouse Pendant Light for Dining Room Over Table Sink Bar Bedroom**
**$29.99** ✓prime
Qty: 1 ⌄
Sold by: QLSM Lighting

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Friday, Jan 24**
   FREE Two Day Delivery
◯ **Monday, Jan 27**
   FREE Amazon Day Delivery
   🍃 Lower carbon option ⌄

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

---

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order total: $31.79**

---

\*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

---

### Order Summary (sidebar)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $1.80 |
| **Order total:** | **$31.79** |

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



light fixtures. See how much these upgraded light fixture bring changes and updates to your room.

- Who can install? It includes all the necessary mounting hardware, video, and marker wire. With a small amount of experience, some electronics knowledge, or self-learning via the Internet,Installation is very simple and you only need about 10 minutes to use them. Connect your space to the wood pendent light fixtures, and save the cost of hiring an electrician.
- Where is the right place to install it? The MAX length of the fixture is 64 inches, and it comes in a number of hanging lengths to choose from, so if your ceiling height isn't as high as it should be, you can adjust the fixture's wires can be adjusted to the length you want by turning the ring in the metal disk at the top. This industrial metal modernist light fixture will provide accent lighting depending on the location.
- The appearance of this Black Pendant Light Fixture consists of inverted funnel lampshades and original wood grain parts, is a combination of modern industria style making the space feel more open.Kitchen Island Pendant Light made of high-quality metal materials, the surface after a good anti-rust treatment to ensure its durability and will not fade.
- The Ynzefly's Solid Wood Pendant Light designed with Ceramics E26 medium base socketwith a max power of 60W. Compatible with a variety of bulbs, including Incandescent, LED, CFL, etc. (Note: bulbs are not included.)

› See more product details

Report an issue with this product or seller

**amazon** business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored ⓘ

Subtotal
**$0.00**

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

Sponsored ⓘ

## Buy it with

 +  + 

Total price: $147.37

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Ynzefly Pendant Light, Industrial Hanging Light and Wood Hanging Light Fixtures,...

$38.99 ✓prime

DAKAFUL Outdoor Wall Lights 2 Packs, Integrated LED Cylinder Up Down 12W 2700K Modern...

$59.99 ($30.00/Count) ✓prime

Azdele Front Door Handle and Deadbolt Set, Front Door Lock Set, Exterior Door Lock Set, Fro...

$48.99 ✓prime

## Discover similar items

More filters | ✔prime ● | ★★★★ & Up | Number of Lights: 1 | Number of Lights: 2 | ■ Black | ■ Grey | Styles: Modern | Styles: Mid-Century | Light Type: LED | Light Type: Incandes ›



4.6 ★★★★☆ 929
$25⁹³ List: $56.99 ✔prime
See more like this

4.3 ★★★★☆ 114
$38⁵⁹ ✔prime
See more like this

5.0 ★★★★★ 1
$85⁰⁸ ✔prime
See more like this

3.2 ★★★☆☆ 5
$123⁸⁹ ✔prime
See more like this

5.0 ★★★★★ 1
$91⁵⁴ ✔prime
See more like this

$119⁹⁹ ✔prime
See more like this

4.1 ★★★★☆ 2
$329⁹⁹
See more like this

$82⁰⁰ List: $99.99 ✔prime
See more like this

$112⁹⁵ ✔prime
See more like this

$53⁰⁰ List: $77.99 ✔prime
See more like this

$67⁰⁰ List: $109.99 ✔prime
See more like this

5.0 ★★★★★ 1
$104⁹⁵
See more like this

Show more

---

## Based on your recent views

Sponsored ⓘ

Subtotal
$0.00

Go to Cart

WILON 10.2" Pendant Lights Kitchen Island, Black ... was removed from Shopping Cart.









ALAISLYC Black Matte Pendant Lights, Vintage Dome Hanging Light Fixtures, Adjustable He...

5.0 ★★★★★ 13

$79⁹⁹ ($26.66 / Count)

✓prime

Industrial Pendant Light 3 Pack, Black Adjustable Hanging Light fixtures for Kitche...

4.5 ★★★★☆ 21

$99⁹⁹ ($33.33 / Count)

Save 10% with coupon

✓prime

Black Pendant Light, 2 Packs 9.4inch Farmhouse Pendant Light, Kitchen Pendant Lighting...

5.0 ★★★★★ 11

$69⁹⁹ ($35.00 / Count)

Save 5% with coupon

✓prime

DAKASON Black Pendant Light, LED Modern Pendant Light Fixture for Kitchen Island, Industri...

4.2 ★★★★☆ 42

$39⁹⁹

✓prime

Matte Black Mini Pendant Light 7.87in Cone Kitchen Island Pendant Lighting with...

5.0 ★★★★★ 16

$33⁹⁵

Save 6% with coupon

✓prime

2-Light Pendant Island Light, Dining Room Light Fixtures Adjustable Hanging Lights ...

-7% $119⁹⁹

Typical: $129.69

Save $10.00 with coupon

✓prime

Modern Black Pendant Light Fixtures, 11.8" Farmhouse Wood Pendant Lighting, Indu...

4.6 ★★★★☆ 31

$59⁹⁰

✓prime

---

## 4 stars and above

Sponsored ⓘ










Audickic Minimalist Pendant Lighting for Kitchen Island, 3-Pack Hanging Light Fixtures...

4.6 ★★★★☆ 223

$99⁹⁹

✓prime

Darkaway Industrial Pendant Light Fixtures Ceiling Hanging with Hammered Metal Shad...

4.5 ★★★★☆ 156

$54⁹⁹

Save 10% with coupon

✓prime

Matte Black Farmhouse Pendant Lights Kitchen Island Lighting, 12 Inch Vintage Oil R...

4.5 ★★★★☆ 397

$68⁸¹ ($34.41 / Count)

✓prime

Black Wood Nordic Pendant Light for Kitchen Island, 3-Pack Modern Small Pendant...

4.2 ★★★★☆ 234

-20% $79⁹⁹

($26.66 / Count)

List: $99.99

Save 10% with coupon

✓prime

JULiN HOME LED Dimmable Pendant Light for Kitchen Island, Bar, Dining Room, Bedside,...

4.7 ★★★★★ 112

-5% $53¹⁹

List: $55.99

Save 10% with coupon

✓prime

Febeleven Matte Black Vintage Industrial Pendant Lights, Adjustable Height, for...

4.7 ★★★★★ 79

$119⁹⁹ ($60.00 / Count)

Save $10.00 with coupon

✓prime

Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...

4.7 ★★★★★ 76

Amazon's Choice

$56⁹⁹

Save 10% with coupon

✓prime

---

## Product information

### Technical Details

| Brand | Ynzefly |
|---|---|
| Color | Black-1Pack |
| Material | Wood, Iron, Metal |
| Style | Mid-Century Modern |
| Light fixture form | Ceiling |

### Additional Information

| ASIN | B0CKH7WK7C |
|---|---|
| Customer Reviews | 4.5 ★★★★★ ⌄ 12 |
| | 4.5 out of 5 stars |
| Best Sellers Rank | #262,142 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) |
| | #1,381 in Pendant Light Fixtures |

Subtotal
$0.00

Go to Cart

WILON 10.2" Pendant Lights Kitchen Island, Black ... was removed from Shopping Cart.

| | |
|---|---|
| Room Type | Kitchen, Living Room, Dining Room |
| Product Dimensions | 64"L x 9.8"W x 64"H |
| Specific Uses For Product | Home |
| Indoor/Outdoor Usage | Indoor |
| Power Source | Corded Electric |
| Installation Type | Semi Flush Mount |
| Special Feature | Adjustable Height |
| Control Method | App |
| Light Source Type | LED, Incandescent, CFL |
| Shade Material | Metal |
| Number of Light Sources | 1 |
| Voltage | 110 Volts (DC) |
| Shape | Triangular |
| Included Components | Shade |
| Warranty Type | Limited |
| Item Weight | 3 Pounds |
| Number of Items | 1 |
| Wattage | 60 watts |
| Bulb Base | E26 Medium |
| Controller Type | Ring |
| Switch Type | Push Button |
| Unit Count | 1.0 Count |
| Mounting Type | Ceiling Mount |
| Shade Color | Black |
| Fixture Type | Removable |
| Assembly Required | Yes |
| Manufacturer | Ynzefly |
| UPC | 768497925595 |
| Recommended Uses For Product | indoor |
| Model Name | Y28-1 |
| Part Number | Y28 |
| Item Weight | 3 pounds |
| Country of Origin | China |

| | |
|---|---|
| Date First Available | October 5, 2023 |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

Subtotal
$0.00

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

| Item model number | Y28-1PCS |
|---|---|
| Special Features | Adjustable Height |
| Batteries Included? | No |
| Batteries Required? | No |

## Product details

**Product Dimensions :** 64 x 9.8 x 64 inches; 3 Pounds

**Item model number :** Y28-1PCS

**Date First Available :** October 5, 2023

**Manufacturer :** Ynzefly

**ASIN :** B0CKH7WK7C

**Country of Origin :** China

**Customer Reviews :**
4.5 ★★★★☆ 12

### Inspiration from this brand

 **Ynzefly**
Visit the Store on Amazon       + Follow


💡 Give your space an industrial edge with our Black and Gold Pen…


💡 Create a cozy, charming atmosphere in your bathroom wit…


The chandelier is a beautiful brass and matte black. The brass is a sop…


We'll help create a savings of over 47% by offering more affordable l…


💡💡 Add Rustic Charm to Your Kitchen Island with a Natural-Style

## What's in the box

- Shade

## Videos

---

Subtotal
**$0.00**

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
… was
removed from
Shopping
Cart.

**Videos for this product**



Before and After Full Step by
Step Light Install in Stairwell
Michelle

Upload your video

Subtotal
$0.00

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

## Product Description

# YNZEFLY PENDANT LIGHT FIXTURE

The entire pendant light wiring has been connected, and you just need to assemble it to use.



Multiple Styles of Lamps          Adjustable Height          Wood Natural Grain

Subtotal
$0.00

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.



Subtotal
**$0.00**

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.



**Excellent Production Process**

Made from high-quality metal to ensure it remains as new in the years to come.

**Solid Wood From YNZEFLY**

YNZEFLY made real wood light from traditional craftsmen, with the natural texture of real wood and a surface that is not easily scratched or worn.

**Ceramic E26 Bulbs Base**

YNZEFLY ceramic socket base extends the life of the sconce wall lighting to the maximum extent so you can save the cost of frequent bulbs replacement.

**Professional**

YNZEFLY has experienced designers. The Company to ensure stable high quality of products, our leading products cover full series of Home lighting.

| Q | Is the color of the Farmhouse Wood Pendant Light the same as the picture? | ▼ |
|---|---|---|

| Q | Why should I choose Ynzefly lights? | ▼ |
|---|---|---|

## From the brand

Subtotal
$0.00

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

Subtotal
$0.00

Go to Cart

WILON 10.2" Pendant Lights Kitchen Island, Black ... was removed from Shopping Cart.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Ynzefly Pendant Light, Industrial Hanging Light and Wood Hanging Light Fixtures, Black Farmhouse Pendant Lighting for... | SESIMENT Farmhouse Pendant Lighting for Kitchen Island,Black and Gold Dome Pendant Light Fixtures, Industrial Hanging... | Mxsaoud Modern Black Pendant Light Over Kitchen Island, Adjustable Wood Hanging Light Fixture,Industrial Pendant Lighting f... | Mgcanyu Black Pendant Lights Kitchen Island, 11.8" Hammered Metal Black Dome Pendant Lighting Black and Wood Pendan... |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| Price | $38$^{39} | $67$^{99} | $39$^{99} | -10% $56$^{69} Typical price: $62.99 |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.5 ★★★★½ 12 | 4.6 ★★★★½ 85 | 4.8 ★★★★★ 252 | 4.5 ★★★★½ 65 |
| Sold By | Changchengjie | BMH LIGHTING | Mxsaoud | AuYu light |
| Material | Iron, Wood, Metal | Metal | Metal | Metal, Wood |
| Light Source Type | LED, Incandescent, CFL | Halogen, LED, Fluorescent, Incandescent | Compact fluorescent,led, incandescent | LED, Incandescent, CFL (Bulb Not Included) |
| Bulb Base | e26 medium | e26 | e26 | e26 |
| Light Sources | 1 | 2 | 1 | 1 |
| Power Source | Corded Electric | Corded Power | AC/DC | AC |
| Shade Material | Metal | Metal | Metal | Iron |
| Style | Mid-Century Modern | Farmhouse; Industrial | Contemporary,classic,vintage,modern,indust | Modern |
| Finish Type | — | Lacquer,Matte Black | Powder Coated | Matte Black |
| Mounting Type | Ceiling Mount | Ceiling Mount | Monopoint with Canopy | Ceiling Mount |
| Fixture Type | Removable | Non Removable | Non Removable | Non Removable |
| Shade Color | Black | Black | black + wood | Black |

Subtotal
**$0.00**

[ Go to Cart ]

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

## Related products with free delivery

Sponsored ⓘ

    

| 2-Light Pendant Island Light, Dining Room Light Fixtures Adjustable Hanging Lights ... | Black Pendant Lights Kitchen Island 2-Light, Black Dome Pendant Light, Modern Dinin... | Ziqqeelam 20.5" Farmhouse Pendant Light Fixture, Black and Gold, Vintage Wood Gr... | Black Farmhouse Pendant Lights Matte Pendant Lighting for Kitchen Island Industri... | Industrial Pendant Light 3 Pack, Black Adjustable Hanging Light fixtures for Kitche... | Matte Black Mini Pendant Light 7.87in Cone Kitchen Island Pendant Lighting with... | Darkaway Industrial Pendant Light Fixtures Ceiling Hanging with Hammered Metal Shad... |

-7% $119⁹⁹ — 5.0 ★★★★★ 5 — 4.7 ★★★★½ 3 — 5.0 ★★★★★ 13 — 4.5 ★★★★½ 21 — 5.0 ★★★★★ 16 — 4.7 ★★★★½ 156

Typical: $129.59

$129⁹⁹     $129⁹⁹     $69⁹⁹ ($35.00 / Count)     $99⁹⁹ ($33.33 / Count)     $33⁹⁵     $54⁹⁹

Save $10.00 with coupon | Save $20.00 with coupon | Save 15% with coupon | ✓prime | Save 10% with coupon | Save 6% with coupon | Save 10% with coupon

✓prime    ✓prime    ✓prime         ✓prime    ✓prime    ✓prime

## Similar brands on Amazon

Sponsored ⓘ

  

 19.7" Wood Linen Dining Room Light Fixture Large Boho Chandelier Farmhou...
5.0 ★★★★★ 3

 LOFTPLUS Farmhouse Chandelier 6-Light Black Dining Room Light Fixture with...
4.8 ★★★★★ 8

 TSMKLEDAN 6-Light Farmhouse Candle Chandelier for Dining Room, Black Rusti...
4.5 ★★★★½ 5



Subtotal
$0.00

Go to Cart

WILON 10.2" Pendant Lights Kitchen Island, Black ... was removed from Shopping Cart.

🔴 Looking for specific info?

## Customer reviews

★★★★½ 4.5 out of 5

12 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓ | 77% |
| 4 star | | 0% |
| 3 star | ▓▓ | 23% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›



Top reviews ⌄

### Top reviews from the United States

⚪ Amazon Customer

★★★★★ **Very stylish good quality**

Reviewed in the United States on December 28, 2024

Color: Wood Grain-2Pack | Verified Purchase

Used over our island just popped & made it look great.

Helpful | Report

⚪ William Darden

★★★☆☆ **Stylish Kitchen Light**

Reviewed in the United States on January 5, 2024

Color: Black-1Pack | Verified Purchase

Could not tell the size relative to the kitchen room. We have to wait till the kitchen is finished and so we can see how the light fits above the table. May be 2 more weeks before we can tell.

Helpful | Report

⚪ Tjab

★★★★★ **Great looking lights**

Reviewed in the United States on September 3, 2024

Color: Wood Grain-2Pack | Verified Purchase

Love these lights. They changed the whole look oh my island. Good value for the price.

Helpful | Report

caroline j. christian

★★★★★ **Entry light**
Reviewed in the United States on April 8, 2024
Color: Wood Grain-1Pack | Verified Purchase

Love this cute little light in our entryway. It's unique and well made.

Helpful | Report

christina

★★★★★ **Great Quality rustic and modern**
Reviewed in the United States on March 9, 2024
Color: Wood Grain-2Pack | Verified Purchase

Just what I hoped for

Helpful | Report

gingersp

★★★☆☆ **Nice light for the money**
Reviewed in the United States on April 14, 2024
Color: Wood Grain-1Pack | Amazon Vine Customer Review of Free Product ( What's this? )

Great light for the money the quality is great. A smooth finish that is even throughout.

It came with everything i needed for installation except the light bulb it does take a standard bulb which is nice you can make it as bright as you want.

It would be nice if it had a change makes me a little nervous hanging from the power cord.

Helpful | Report

T.Dixon

★★★★★ **Very nice light**
Reviewed in the United States on March 29, 2024



Subtotal
**$0.00**

Go to Cart

WILON 10.2"
Pendant
Lights Kitchen
Island, Black
... was
removed from
Shopping
Cart.

Color: Wood Grain-1Pack | **Amazon Vine Customer Review of Free Product** ( What's this? )

The Ynzefly Pendant light is the perfect touch to light up and spruce up my staircase. Already getting compliments and it has only been up for a short time. A great buy for the price.

Helpful | Report

David

★★★★★ **Detailed and authentic-feeling**

Reviewed in the United States on February 8, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

Used this as a foyer light and the wood detail is my favorite part. The hammered texture is quality and does not look fabricated at all. The white on the inside helps to pop the light below and would buy this item again. Feels a bit heritage and reminds me of world market a bit.

Helpful | Report

See more reviews ›

Subtotal
**$0.00**

Go to Cart

WILON 10.2" Pendant Lights Kitchen Island, Black ... was removed from Shopping Cart.

Back to top

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English | United States



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



amazon

## Checkout (1 item) 🔒

**1 Shipping address**    steven howard    **Change**
223 4TH AVE
PITTSBURGH, PA 15222-1717
Add delivery instructions

**FREE pickup available nearby**
State • 2.2 mi (See details)
Change to pickup

**2 Payment method**    Paying with Visa 3651    **Change**
Billing address: steven howard, 1 N LA SALLE …

Add a gift card or promotion code or voucher ⌃

| Enter code | Apply |

Use Chase Ultimate Rewards points ⌄
$78.61 (9,827 points) available

---

**3 Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

---

⌐ Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day. ¬

**Arriving Jan 24, 2025** If you order in the next 9 hours and 52 minutes (Details)
Items shipped from Amazon.com



**Ynzefly Pendant Light, Industrial Hanging Light and Wood Hanging Light Fixtures, Black Farmhouse Pendant Lighting for Kitchen, Dining Room, Living Room, Hallway, Entryway**
$38.39 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Changchengjie
🎁 Add gift options

**Choose your Prime delivery option:**
🔵 **Friday, Jan 24**
FREE Two Day Delivery
⚪ **Monday, Jan 27**
FREE Amazon Day Delivery
🌱 Lower carbon option ⌄

**Or choose your pickup location:**
🅐 **Pickup available nearby**
Choose a location

---

**Place your order**    **Order total: $40.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

### Sidebar

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $38.39 |
| Shipping & handling: | $0.00 |
| Total before tax: | $38.39 |
| Estimated tax to be collected: | $2.30 |
| **Order total:** | **$40.69** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



lamp.It can match any scene at home.The lampshade is hand-hammered, which is more special and higher quality than ordinary metal lampshades.This ceiling chandelier is very suitable for any style decoration from modern industrial to farmhouse.It is a good idea for your restaurant, kitchen island, powder room, dressing table, mirror cabinet, dressing table, foyer, corridor, bathroom, coffee shop, art display.

- 【Adjustable cable 】: Cable Length: 70.86 inches.You can hang higher or lower according to your needs, suitable for a variety of hanging positions, and compatible with different types of ceiling designs, even tilted ceilings are highly adaptable.The ceiling light can be widely used in vaulted ceilings, slanted ceilings, and flat ceilings.
- 【Compatible with any E26 bulb】: You can use any E26 standard bottom bulb (up to 60W per bulb), such as LED (up to 60W).Compatible with CFL, incandescent and halogen bulbs (bulbs not included). Allows you to choose other different styles of bulbs and color temperatures to create a variety of atmospheres for your house.Our pendant lights are also designed to be dimmable when using dimmable bulbs and compatible dimmer switches. Create the atmosphere you want.
- 【Easy to Install】: The pendant light does not require complicated assembly, all mounting hardware and installation guides are included in the quick installation package, 10 minutes quick and simple installation, no other tools required. Save the cost of hiring an electrician.
- 【Perfect after-sales service】: ZIQILI has a professional and strong team. And enjoy a 1-year warranty service for the goods sold, which is a guarantee that no company can give. Trust ZIQILI, if you have any questions, feel free to contact us.

›See more product details

Report an issue with this product or seller

amazon business
Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored ⓘ

Sponsored ⓘ

## Buy it with

 +  + 

Total price: $69.77

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Ziqili 2 Pack Kitchen Pendant Light Fixtures,Farmhouse Pendant…

HOMOTEK 12 Pack Spring Door Stopper with Rubber Bumper Satin Nickel 3-1/8" Flexible…

18 Pack Matte Black Door Hinges 3.5 x 3.5 Inch Interior 3 1/2 Inch Door Hinges for Doors Rounde…

## Discover similar items



| More filters | ✓prime | ★★★★ & Up | Number of Lights: 1 | Number of Lights: 2 | ⬛ Black | ⬜ Grey | Styles: Modern | Styles: Mid-Century | Light Type: LED | Light Type: Incandescent | Material |

$166⁶⁶

▶ 4.4 ★★★★☆ 68
$229⁵⁰ ✓prime

▶ 4.6 ★★★★☆ 151
$32⁹⁹ ✓prime

4.2 ★★★★☆ 257
$95⁰⁰ ✓prime

5.0 ★★★★★ 6
$290⁰⁰

$160⁴⁰ ✓prime

5.0 ★★★★★ 1
$62⁹⁹

$39⁹⁹ ✓prime

$297⁰⁰

$97⁴² List: $149.99

See more like this (×11)

$147⁰⁰

$290⁰⁰

See more like this (×2)

Show more

---

## Based on your recent views

Sponsored ⓘ

     

Industrial Pendant Light Fixture, Small Pendant Lighting for Kitchen Island, Black ...

4.5 ★★★★½ 21

$39⁹⁹

Save 10% with coupon

✓prime

Tarentlight Vintage Farmhouse Hanging Light, Oil Rubbed Bronze, Adjustable 58"...

4.9 ★★★★★ 30

-10% $47⁶⁹

List: $52.99

Save 7% with coupon

✓prime

3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...

Amazon's Choice

4.7 ★★★★½ 275

-6% $79⁹⁹

($26.66 / Count)

List: $84.99

Save 5% with coupon

✓prime

3 Packs Farmhouse Pendant Lights Kitchen Island Adjustable Pendant Light Fixtures...

4.7 ★★★★½ 105

$79⁹⁹ ($26.66 / Count)

Save 5% with coupon

✓prime

Black and Wood Pendant Lights 2 Pack, 11.8" Hammered Metal Dome Pendant Light Fixtu...

4.5 ★★★★½ 65

-10% $107⁹⁹

($54.00 / Count)

Save 20% with coupon

✓prime

Black Pendant Lights Kitchen Island, 2 Pack Kitchen Island Lighting, Farmhouse Pend...

4.6 ★★★★½ 24

$66⁹⁹ ($33.50 / Count)

Save 15% with coupon

✓prime

Audickic Minimalist Pendant Lighting for Kitchen Island, 3-Pack Hanging Light Fixtures...

4.6 ★★★★½ 223

$99⁹⁹

✓prime

## 4 stars and above

Sponsored ⓘ

      

ELYONA 2 Pack Industrial Pendant Lights, 10.2" Hammered Metal Solid Wood Han...

4.7 ★★★★½ 385

$114⁹⁹ ($57.50 / Count)

Save $25.00 with coupon

✓prime

Modern Solid Wood Pendant Lights, 15.7" Hammered Metal Shade,Black Finish Ha...

4.5 ★★★★½ 65

$99⁹⁹

Save 20% with coupon

✓prime

Audickic Minimalist Pendant Lighting for Kitchen Island, 3-Pack Hanging Light Fixtures...

4.6 ★★★★½ 223

$99⁹⁹

✓prime

ELYONA Modern Pendant Light Fixtures with 12" Hammered Metal Shade Solid Wo...

-14% $94⁹⁹

($47.50 / Count)

Typical: $109.99

Save 10% with coupon

✓prime

Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...

4.7 ★★★★½ 76

$56⁹⁹

Save 10% with coupon

✓prime

Darkaway Industrial Pendant Light Fixtures Ceiling Hanging with Hammered Metal Shad...

4.7 ★★★★½ 156

$54⁹⁹

Save 10% with coupon

✓prime

3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...

Amazon's Choice

4.7 ★★★★½ 275

-6% $79⁹⁹

($26.66 / Count)

List: $84.99

Save 5% with coupon

✓prime

## Product information

### Technical Details

| Brand | Ziqili |
|-------|--------|
| Color | Black |
| Material | Wood, Metal |

### Additional Information

| | |
|---|---|
| ASIN | B0DF4R592F |
| Customer Reviews | 4.7 ★★★★½ ⌄ 4 |
| | 4.7 out of 5 stars |

| | |
|---|---|
| Style | Modern |
| Light fixture form | Pendant |
| Room Type | Kitchen island, bedroom, hallway, utility room, bar |
| Product Dimensions | 7"L x 7"W x 80"H |
| Specific Uses For Product | illumination, lights, Decoration |
| Indoor/Outdoor Usage | Indoor |
| Power Source | AC |
| Installation Type | Semi Flush Mount |
| Special Feature | Adjustable Height, Lightweight |
| Control Method | App |
| Finish Type | Painted |
| Shade Material | Metal |
| Number of Light Sources | 2 |
| Voltage | 110 Volts |
| Included Components | Lamps *2, Mounting kit |
| Embellishment | Wood |
| Lighting Method | Downlight |
| Number of Items | 2 |
| Wattage | 60 watts |
| Bulb Base | E26 |
| Unit Count | 2.0 Count |
| Mounting Type | Ceiling Mount |
| Shade Color | white |
| Fixture Type | Removable |
| Assembly Required | Yes |
| Manufacturer | Ziqili |
| Recommended Uses For Product | Indoor use only |
| Model Name | Kitchen Pendant |
| Part Number | CW5008 |
| Item Weight | 3.12 pounds |
| Country of Origin | China |
| Item model number | CW5008 |
| Finish types | Painted |

| | |
|---|---|
| Best Sellers Rank | #212,838 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #1,045 in Pendant Light Fixtures |
| Date First Available | September 9, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Special Features | Adjustable Height, Lightweight |
|---|---|
| Batteries Required? | No |

## Product details

**Product Dimensions** ：7 x 7 x 80 inches; 3.13 Pounds

**Item model number** ：CW5008

**Date First Available** ：September 9, 2024

**Manufacturer** ：Ziqili

**ASIN** ：B0DF4R592F

**Country of Origin** ：China

**Customer Reviews:**
4.7 ★★★★⯪ ∨ 4

## What's in the box

- Lamps *2
- Mounting kit

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

- The designer refers to the American home decoration style and chooses the lamp base as solid walnut wood as an important part of the lamp. It can match any scene at home.
- This ceiling chandelier is very suitable for any style decoration from modern industrial to farmhouse.

## Compare with similar items

This Item          Recommendations



Ziqili 2 Pack Kitchen Pendant Light Fixtures,Farmhouse Pendant Light Solid Wood Hammered Black Metal Shade,70 inch...

**Add to cart**



ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Light Fixtures Adjustable Height Industrial...

**Add to cart**



ELYONA 2 Pack Industrial Pendant Lights, 10.2" Hammered Metal Solid Wood Hanging Lamp, Modern Island Pendant Light Fixtures for...

**Add to cart**



ELYONA Industrial Pendant Light, Rubber Wood Dome Hanging Lamp with 12" Hammered Metal Shade, Modern Pendant Light Fixtures for...

**Add to cart**

| | | | | |
|---|---|---|---|---|
| Price | -27% $39⁹⁹ Typical: $54.88 | $119⁹⁹ | $114⁹⁹ | $59⁹⁹ |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.7 ★★★★½ 4 | 4.6 ★★★★½ 132 | 4.7 ★★★★½ 385 | 4.5 ★★★★½ 97 |
| Sold By | ZIQILI | YQWC | YQWC | YQWC |
| Material | Metal, Wood | FSC Certification Solid Wood, Handmade Hammered Blue Metal | FSC Certification Rubber Wood, Handmade Hammered Black Metal | FSC Certification Solid Wood, Handmade Hammered Black Metal |
| Light Source Type | — | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs | LED bulbs, Smart bulbs, Edison bulbs, incandescent bulbs, CFLs |
| Bulb Base | e26 | e26 | e26 | e26 |
| Light Sources | 2 | 1 | 1 | 1 |
| Power Source | AC | Corded Electric | Corded Electric | Corded Electric |
| Shade Material | Metal | Hammered Blue Metal | Hammered Metal | Hammered Metal |
| Style | Modern | Modern, Industrial, Farmhouse, Coastal, Rustic, Retro, Vintage | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage | Modern, Industrial, Farmhouse, Rustic, Retro, Vintage |
| Finish Type | Painted | 1538 ℃ Bake Painted & Solid Wood Polishing Process | 1538 ℃ Bake Painted & Solid Wood Polishing Process | 1538 ℃ Bake Painted & Solid Wood Polishing Process |
| Mounting Type | Ceiling Mount | Ceiling Mount | Ceiling Mount | Ceiling Mount |
| Fixture Type | Removable | Non Removable | Non Removable | Non Removable |
| Shade Color | white | Modern Blue | Black | Black |

### Related products with free delivery

Sponsored ⓘ

     

Pendant Light, Industrial Hanging and Wood Small Hanging Lights Fixtures, Black Far...
4.5 ⭐⭐⭐⭐ 12
$159⁹⁹ ($53.33 / Count)
✓prime

Pendant Lights Kitchen Island, 3-Pack Dome Pendant Light Fixtures with Black and Go...
5.0 ⭐⭐⭐⭐⭐ 10
$159⁹⁹ ($53.33 / Count)
Save $25.00 with coupon
✓prime

3 Pack 1 Light 8" Vintage Pendant Light Fixtures,Industrial Hammer Metal Hangin...
4.2 ⭐⭐⭐⭐ 7
$109⁹⁹ ($36.66 / Count)
✓prime

Matte Black Mini Pendant Light 7.87in Cone Kitchen Island Pendant Lighting with...
5.0 ⭐⭐⭐⭐⭐ 16
$33⁹⁵
Save 6% with coupon
✓prime

Industrial Pendant Light 3 Pack, Black Adjustable Hanging Light fixtures for Kitche...
4.5 ⭐⭐⭐⭐ 21
$99⁹⁹ ($33.33 / Count)
Save 10% with coupon
✓prime

Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...
4.7 ⭐⭐⭐⭐ 76
Amazon's Choice
$56⁹⁹
Save 10% with coupon
✓prime

Black and Wood Pendant Lights 2 Pack, 11.8" Hammered Metal Dome Pendant Light Fixtu...
4.5 ⭐⭐⭐⭐ 65
-10% $107⁹⁹
($54.00 / Count)
Typical price: $119.99
Save 20% with coupon
✓prime

### Similar brands on Amazon

Sponsored ⓘ

   

19.7" Wood Linen Dining Room Light Fixture Large Boho Chandelier Farmhou...
5.0 ⭐⭐⭐⭐⭐ 3
$139.99

1-Light Pendant Light with Black Metal Glass Shade and Adjustable Cord...
4.6 ⭐⭐⭐⭐ 33
$47.99

LOFTPLUS Farmhouse Chandelier 6-Light Black Dining Room Light Fixture with...
4.8 ⭐⭐⭐⭐⭐ 8
$149.99

ELYON Pendan...
5.0 ⭐
$94.9⁹



🔵 **Looking for specific info?**

## Customer reviews

⭐⭐⭐⭐⭐ **4.7 out of 5**

4 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 32% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

---

Top reviews ⌄

### Top reviews from the United States

**Keith Jones**

⭐⭐⭐⭐⭐ **Nice design, well made**

Reviewed in the United States on December 4, 2024

Color: White | Verified Purchase

These pendants took a few years off our kitchen. Well priced, nice design, easy to install.

Helpful | Report

**Premium Reviews**

⭐⭐⭐⭐☆ **Good value for cost [Kitchen Pendant Light (2 pack)]**

Reviewed in the United States on November 27, 2024

Color: Black | Amazon Vine Customer Review of Free Product ( What's this? )

These pendant lights look very nice. They appear well built, and a good value for cost.
They are a bit smaller than I expected (though are as described). I will be installing them in a kitchenette in my basement remodel (currently in progress),
(I have tested these without permanently installing)

Helpful | Report

**Daniel Van Vorous**

⭐⭐⭐⭐⭐ **Amazing value for money**

Reviewed in the United States on September 30, 2024

Color: Black | Verified Purchase

Awesome! I bought these lights for my kitchen that I renovated a while ago, the electrician installed them very easily, they look great with the wood and grey kitchen, they look a lot more expensive than they actually are and they light great!

Helpful | Report

**Colmi**

⭐⭐⭐⭐⭐ **Look great in our kitchen**

Reviewed in the United States on October 13, 2024

Color: Black | Amazon Vine Customer Review of Free Product ( What's this? )

These are very nice looking pendant lights. We needed to add a couple of lights over the sink area in our kitchen to reduce shadows. These look good and provide the much needed extra light!

Helpful | Report

See more reviews ›

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English      🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

 **Secure checkout** ⌄     

**Delivering to steven howard**     Change

223 4TH AVE, PITTSBURGH, PA, 15222-1717, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

**Paying with Visa 3651**     Change

Use Chase Ultimate Rewards points ⌄
$78.61 (9,827 points) available
Use a gift card, voucher, or promo code

---

**Arriving Jan 24, 2025**

If you order in the next 9 hours and 49 minutes Details

 Ziqili 2 Pack Kitchen Pendant Light Fixtures,Farmhouse Pendant Light Solid Wood Hammered Black Metal Shade,70 inch Adjustable Cable for Kitchen Island, Bedroom, Dining Hall, E26 Base
**$39.99 ($20.00 / Count)**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by ZIQILI

○ **Friday, Jan 24**
FREE Two Day Delivery

○ **Monday, Jan 27**
FREE Amazon Day Delivery
🌱 Lower carbon option ⌄

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                           $39.99
Shipping & handling:              $0.00
Estimated tax to be collected:    $2.40
**Order total:**                **$42.39**



1   +

Add gift options

**Place your order**   **Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledg... purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions a...

Back to cart



Back to top

amazon    English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates







| Material | Iron, Metal |
| Light fixture form | Ceiling |
| Room Type | Kitchen, Living Room, dining room droom |
| Power Source | Corded Electric |
| Special Feature | Dimmable |
| Control Method | App |
| Shade Material | Metal |
| Number of Light Sources | 1 |
| Bulb Base | E27 |
| Controller Type | Push Button |
| Unit Count | 1.0 Count |
| Mounting Type | Hanging,Pendant Light |
| Fixture Type | Non Removable |
| Assembly Required | Yes |
| Special Features | Dimmable |

**Warranty & S**

Amazon.com Ret
you have purchas
Guarantee does r
exceptions and c

**Feedback**

Would you like t

## Product details

**Date First Available** : April 8, 2023
**ASIN** : B0C1VNFD2F

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Frequently purchased items with fast delivery

OJRG 2Pcs Nordic Black Chandelier Single Kitchen Island ...
No featured offers available

**1 option**

New
$171⁰⁷

✓ Save 8% at checkout   Shop items
FREE delivery **March 25 – April 3**.
Details

Add to Cart

| Ships from | Gansu Yuanzelixin |
| Sold by | Gansu Yuanzelixin |
| | ★★☆☆☆ (3 ratings) |
| | 33% positive over last 12 months |
| Customer service | Amazon |

End of results







Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure

© 1996-2025, Amazon.com, Inc. or its affiliates

OJRG 2Pcs Nordic Black Chandelier Single Kitchen Island ...

No featured offers available

**1 option**

New
$171⁰⁷

✓ Save 8% at checkout   Shop items
FREE delivery **March 25 - April 3**.
Details

Add to Cart

Ships from     Gansu Yuanzelixin
Sold by     Gansu Yuanzelixin
⭐⭐⯪☆☆ (3 ratings)
33% positive over last 12 months
Customer service     Amazon

End of results

 

Secure checkout ⌄

**Delivering to steven howard**                                    Change

223 4TH AVE, PITTSBURGH, PA, 15222-1717, United States

Add delivery instructions

---

**Paying with Visa 3651**                                          Change

Select a payment plan
Like $28.76/mo (6 mo) at 11.99% APR

Use Chase Ultimate Rewards points ⌄
$78.61 (9,827 points) available
Use a gift card, voucher, or promo code

---

**Arriving Mar 25, 2025 - Apr 3, 2025**



OJRG 2Pcs Nordic Black
Chandelier Single Kitchen Island
Pendant Light Hammered Metal
Ceiling Light Fixture for Kitchen
Island Dining Room Bedroom Bar
Living Room Aisle Corridor
Hanging Light
**$157.38**

$13.69 discount applied ⌄

Ships from Gansu Yuanzelixin
Sold by Gansu Yuanzelixin

● **Tuesday, Mar 25 - Thursday, Apr 3**
FREE Delivery

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                $171.07
Shipping & handling:                    $0.00
Promotion Applied:                    -$13.69
Estimated tax to be collected:*         $9.44
**Order total:**                    **$166.82**



1

Gift options not available

**Place your order**

**Order total: $166.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions a

Back to cart



Back to top

amazon     English ⌄     🇺🇸 United States          Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✓✗
© 1996-2025, Amazon.com, Inc. or its affiliates



color temperature. Safety certification standard interface for easy replacement and installation. Suitable for various types of light sources. You can choose your favorite bulb!

- ✅ 【Widely Used】Adjustable Pendant lamp can add charm to any space (adjustable between 0-47.2 inches). You can adjust the length of the hanging wire according to the height of your home's floor. Perfect for your kitchen island, bedside or above the dining table. The farmhouse industrial pendant lamp fixture can be hung from a flat or sloped ceiling.

- ✅ 【After-Sales Service】We are always committed to providing an excellent shopping experience to all our customers. If you have any questions about our chandelier, please feel to send us an email and we will answer you within 24 hours.

› See more product details

📄 Report an issue with this product or seller

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored ⓘ

Sponsored ⓘ

## Based on your recent views

Sponsored ⓘ



3 Pack 1 Light Hanging Rustic Farmhouse 5.7" Metal Lantern Cage Pendant Ceiling Lig...
$115⁹⁹
✓prime



2 Pack Single Kitchen Island Mini Metal Drum Pendant Light Industrial Hanging Light...
4.6 ★★★★½ 260
Amazon's Choice
$59⁹⁹ ($30.00 / Count)
✓prime



3 Pack 1 Light Industrial Hanging Indoor Mini Pendant Ceiling Light Fixtures Black ...
4.7 ★★★★½ 14
$59⁹⁹ ($20.00 / Count)
✓prime



3-Pack Black Farmhouse Pendant Light Adjustable Pendant Lighting for Kitchen Isl...
4.7 ★★★★½ 275
Amazon's Choice
-6% $79⁹⁹
($26.66 / Count)
List: $84.99
Save 5% with coupon
✓prime



Karjearl Modern Black and Gold Pendant Light Fixtures, 11.8" Dome Farmhouse Hanging Li...
4.7 ★★★★½ 239
$119⁹⁹ ($40.00 / Count)
Save $10.00 with coupon
✓prime



Farmhouse Pendant Lights, Adjustable Hanging Light Fixtures with Hammered Metal...
4.7 ★★★★½ 76
$56⁹⁹
Save 10% with coupon
✓prime



MELUCEE 3 Pack Hanging Pendant Lighting Fixtures Brushed Nickel, Adjust...
4.6 ★★★★½ 64
$99⁹⁹ ($33.33 / Count)
✓prime

## Related to items you've viewed   See more   ⋮

     

SESIMENT Farmhouse Pendant Lighting for Kitchen Island,Black and Gold Dome Pendant Light Fixtures, Industrial…
⭐ 85
$67.99 ($34.00/Count)
✓prime FREE Delivery **Friday, Jan 24**

Mgcanyu Black Pendant Lights Kitchen Island, 11.8" Hammered Metal Black Dome Pendant Lighting Black and Woo…
⭐ 65
-10% $56.69
$62.99
✓prime FREE Delivery **Friday, Jan 24**

ALAISLYC Black Farmhouse Pendant Lights Matte Pendant Lighting for Kitchen Island Industrial…
⭐ 151
$79.99 ($26.66/Count)
✓prime FREE Delivery **Friday, Jan 24**

Industrial Pendant Lights, Black Pendant Light Fixtures, Vintage Pendant Lights for Kitchen Island with Black Metal Shade…
⭐ 57
$62.90 ($20.97/Count)
✓prime FREE Delivery **Friday, Jan 24**

LOEHINLE Pendant Lighting Vintage Industrial Fixtures, Black Metal Farmhouse Light…
⭐ 378
**Amazon's Choice**
$29.97
✓prime FREE Delivery **Friday, Jan 24**

LAMKNVS Matte Black Mini Pendant Light 7.87in Cone Kitchen Island Pendant Lighting with Gold Modern Hollow…
⭐ 16
$33.95
✓prime FREE Delivery **Friday, Jan 24**

## Product information

### Technical Details

| | |
|---|---|
| Brand | Generic |
| Color | One Color |
| Room Type | Normal |
| Product Dimensions | 3"L x 2"W x 1"H |
| Specific Uses For Product | Home |
| Indoor/Outdoor Usage | Indoor |
| Power Source | AC |
| Item Weight | 50 Grams |
| Number of Items | 1 |
| Unit Count | 1.0 Count |
| Assembly Required | No |
| Manufacturer | Generic |
| Model Name | KJLPOKBKC |
| Part Number | KJLPOKBKC |
| Item Weight | 1.76 ounces |
| Country of Origin | China |
| Item model number | KJLPOKBKC |

### Additional Information

| | |
|---|---|
| ASIN | B0DFVZ1WSB |
| Date First Available | August 30, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Product details

**Product details**

**Product Dimensions** : 1.18 x 0.79 x 0.39 inches; 1.76 ounces

**Item model number** : KJLPOKBKC

**Department** : Unisex Adult

**Date First Available** : August 30, 2024

**Manufacturer** : Generic

**ASIN** : B0DFVZ1WSB

**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Product Description**

Product Description

Style: Chandelier

Applicable Space: This creative chandelier will light up your living space, suitable for bedroom, porch, restaurant, bar, cafe, living room, corridor, balcony, etc.

Color: Black

Material: Metal + Wood

Size:

Diameter: 26cm/10.2in, Height: 28cm/11.0in

Indoor/Outdoor Use: Indoor/Outdoor

Voltage: 110-220V(AC)

Light Stand: E27/E26

Included Components Mounting Hardware

Item Quantity: 1

Controller Type: Push Button

Switch Type: Push Button

Number of Light Sources: 1

Mounting Type: Ceiling Mounting

Assembly Required: No

Warm Reminder.

1.Due to the difference between monitors and ambient light, the color difference between the product image and the product will be slightly different. Please refer to the real thing.

Please confirm the size and color before purchase.

Sponsored ⓘ

🔴 **Looking for specific info?**

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

Back to top



 **Secure checkout** ⌄     

**Delivering to steven howard**    **Change**

223 4TH AVE, PITTSBURGH, PA, 15222-1717, United States

**Add delivery instructions**

---

**Paying with Visa 3651**    **Change**

**Select a payment plan**
Like $11.54/mo (6 mo) at 11.99% APR

Use Chase Ultimate Rewards points ⌄
$78.61 (9,827 points) available
**Use a gift card, voucher, or promo code**

---

**Arriving Mar 21, 2025 - Apr 11, 2025**

 E27 Base Wood Pendant Lamp
Bedroom and Bedside Hanging
Lights Vintage Restaurant Bar
Decorative Ceiling Lighting
Fixture Nordic Simple Light
Chandelier for Kitchen Bar Living
Room Lantern
**$63.13**

$3.32 discount applied ⌄
Ships from LANJINYIHE
Sold by LANJINYIHE

○ **Friday, Mar 21 - Friday, Apr 11**
FREE Delivery

---

| Place your order |
| :---: |

By placing your order, you agree to Amazon's
**privacy notice** and **conditions of use**.

| | |
| :--- | ---: |
| Items: | $66.45 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$3.32 |
| Estimated tax to be collected:* | $3.79 |
| **Order total:** | **$66.92** |



1

Gift options not available

**Place your order**

**Order total: $66.92**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions a

Back to cart



Back to top

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates







1/22/25, 2:21 PM

elegant industrial black metal chandelier (x 01 pendant - Temu

Free returns
Up to 90 days*
Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Valentine's Day | Local Warehouse | Categories ⌄ | pendant light kitchen 🔍 | Hello, Mike Kate Orders & Account | Support | EN | 🛒



What you get:
1x Unassembled Pendant Light (Bulbs Not Included)
1x Screws sets
1 xInstruction Manual

### Explore your interests

AD | Local Modern LED) Chandelier, Very Sim... | | Desktop Gyroscope,Office Desk Decorative... | | Local Vintage Home Decor Candle Warm... | | Local Elegant Asymmetrical Wall Mirror ... | | AD Local Large Outdoor Rocking Chair, Over...

$18.74 $32.39 🛒 | $9.93 $63.46 🔥 1.7K+ sold 🛒 | $17.79 $34.99 🔥 2.4K+ sold 🛒 | $49.65 463 sold 🛒 | $149.00 $680.98 🔥 1.9K+ sold 🛒
after $1.26 off applied | Lowest price ever | ★★★★★ 210 | ★★★★★ | BEST SELLER in Patio Furniture
Lowest price ever | ★★★★½ | Brand: LUOJIBIE | | ★★★★★ 172
Direct from KYODON | High repeat customers store | | | High repeat customers store


BONUS COUPONS ✕


Messages

Feedback

Free shipping (excluding items shipped from local warehouses) | Price adjustment within 30 days

https://www.temu.com/goods.html?_bg_fs=1&refer_share_id=GyNiaAzdSbwoshb2gWcmu1Z2rjH&refer_share_channel=copy_link&share_img=https%3A%2F%2Fimg.kwcdn.com%2F2F3a860c34-55ef-49dd-b34a-d5a7943ee0ee.jpg&from_share=1&goods_id=601099918176054&_oak_page_source=417&_oak_region=211&_x_share_id=GyNiaAzdSbwoshb2gWcmu1Z2rjH&refer_page_name=goods&refer_page_id=10032_17...     2/6

1/22/25, 2:21 PM                                          elegant industrial black metal chandelier je 01 pendant - Temu















1/22/25, 2:21 PM                                            elegant industrial black metal chandelier je 01 pendant - Temu









1/23/25, 2:22 PM                                                                    Temu | Checkout



1/22/25, 2:23 PM                    Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

   

(2 Pack) 1-Light Industrial Black Pendant Metal Hanging Lamps Light...
New (Other)
**$49.87**
**Free 2-4 day shipping**
Top Rated Plus

Industrial Pendant Light, Rubber Wood Dome Hanging Lamp with 12"...
New
**$112.05**
**Free shipping**
Seller with 100% positive feedback

Eglo 94191A Black Tarbes 12"W 3-Light Cage Style Multi Light Pendant
New
**$89.99**
Free shipping

ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid...
New
**$58.00**
Free shipping

## Inspired by your recent views
Sponsored

Feedback on our suggestions  |  See all

   

Small Hanging Pendant Light Black Pack Of 3
New (Other)
**$49.99**
**Free shipping**
Seller with 100% positive feedback

Wood Pendant Light "Bouwi" | Scandinavian Style Decor | Handcrafted Wood Lamp
New
**$146.72**
+ $9.99 shipping

Rustic Wood Chandelier 4 Light Pendant Light Country Industrial Hanging Lamp
New
**$89.12**
$97.93 9% off
**Free shipping**
Top Rated Plus

ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood
New
**$58.00**
**Free shipping**

3 Pack Pendant Lights, Hammered Metal Solid Wood, Minimalist, Small, Black
New
**$30.00**
**Free shipping**
Seller with 100% positive feedback

Copp & Glas
Kitch
New
$69.9
$99.9
**Free s**
Seller

### About this item
Seller assumes all responsibility for this listing.

Report this item

eBay item number:  314743337316

Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

Last updated on Jan 21, 2025 00:34:28 PST <u>View all revisions</u>

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... <u>Read more</u> | Color | Black |
| Size | 1 Pack | Type1 | Type1 |
| Type2 | Type2 | Package Dimensions LxWxH | 11.22x10.98x7.8 Inches |
| Weight | 3.48 Pounds | Type | Does not apply |
| MPN | Does not apply | Model | Does not apply |
| Brand | ELYONA | UPC | Does not apply |

## Item description from the seller

?

Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

# ELYONA Industrial Pendant Light, Rubber Wood Hanging Lamp with Hammered Metal Shade, Modern Pendant Light Fixtures for Kitchen Island, Bar, Farmhouse Dining Room, Bedroom, Living Room - Black

?

- 👍【Why can you trust ELYONA's Solid Wood?】① Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Rubber Wood which represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- 👍【The Top Craftsmanship Hammered Metal Shade 】①Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which won't crack, more durable and stable. ② Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538℃ to ensure no impurities.③The use of top japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- 👍【 Medium Dimension & Wood Maintenance 】① Dimension & Adjustable Height:  Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.72". ▶(We have 10 "and 6.8" sizes for different choices) ② Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.
- 👍【Patent Design Pendant Light】①With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality and detail & getting many patents for appearance design and functions at the same time. ② Rubber wood with hammered metal shade pendant light provides a modern industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, and beside nightstand. Add this modern industrial looking to your home now!
- 👍【Bulb Requirements & Dimmable & One Year Warranty】① ETL Listed, and cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ▶When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ① We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.

SHIPPING
International buyers

– please note: Import duties, taxes, and charges aren't included in the item price or postage cost. These charges are the buyer's responsibility.
- Please check with your country's customs office to determine what these additional costs will be prior to bidding or buying.
Domestic Buyers

- We ship within 3 business days of payment, usually sooner
- We offer FREE shipping on all orders!
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed
- We have confidence in our products, but if you are not fully satisfied please contact us within 30 days of purchase and you will get full refund.

# *  Order Cancellation Policy **

You can return a product for up to 30 days from the date you purchased it.
1. The seller reserves the right to cancel the special case only due to eBay cancellation fee.
2. The decision of seller is the final.
3. The seller will respond to the cancellation request within 2 business days. Please wait for the result of cancellation.
4. In case the cancellation is not completed by some reasons, the buyer can follow the options below to get the refund.
4.1 The buyer can reject the item when it arrives.
4.2 The buyer can send the item back to the seller within 30 days If the buyer receives item (USA Shipment ONLY). The seller will provide the FREE return label to the buyer when the buyer opens " Return Item" case on eBay by using the reason as "Change my mind" ONLY.
5. When buyer has placed the order. The order will be processed and completed by automatic warehouse system within 5 minutes. In case that buyer sends the cancellation request after 5 minutes of placing the order, the request will be rejected.

1/22/25, 2:23 PM                     Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

**Sending direct message to cancel the order is not allowed for every case.**



## About this seller

**SuphapShop**

99.3% positive feedback · 9.1K items sold

📅 Joined Jan 2020

My experience is over 6 years. I will do my best for your exceptionally efficient and friendly.

| Visit store |
| :---: |

| Contact |
| :---: |

| ♡ Save seller |
| :---: |

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

Average for the last 12 months

### Seller feedback (3,420)

➕ i***n (386) · Past 6 months                                                          Verified purchase

As advertised. Item arrived ok but was packaged in a plastic bag with no protection. I live in a rural area and the mail handlers here are not careful with packages and most arrive damaged unless they are boxed and wrapped for protection. For this reason I will have to pass on future purchases.

Chevrolet Super Service Arrow Metal Sign Vintage Chevrolet Sign For Garage Shop (#315147235752)

➕ o***o (1446) · Past 6 months                                                         Verified purchase

Exactly as advertised. EXCELLENT packaging, quick shipping. A+++ seller!

12x16 Black Picture Photo Frame May To Display Photo Frame 12x16 Inch without M (#314062800956)

➕ e***7 (560) · Past year                                                              Verified purchase

This seller went the extra mile to get this purchase done quickly, even when the delivery company delivered my item to someone else. He answered msg's very quickly, got another one of the exact items shipped right and i received it very fast! It's a great product, made very well at a fantastic price and i couldn't be happier, i will buy here again!

1/22/25, 2:23 PM                                    Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

Petrol Engine Cylinder Compression Tester Kit 8pcs Automotive Engine Gas Pressur (#313705651008)

r***r (1) · Past 6 months                                                                                           Verified purchase

My item arrived within two days of ordering in perfect condition. I had some email contact with my seller, SuphapShop (3141). The correspondence was friendly and helpful. Can't recommend this seller enough. A very positive experience. Than you!!!

Hourleey Garden Hose Quick Connector, 3/4 Inch Male Female Fitting 6 Set 8amp (#313407395291)

m***8 (1335) · Past year                                                                                            Verified purchase

Item Received as Described. Good Communication. Very Fast Shipping. AAA +++ Seller. Thank You.

Universal Cast Iron Chicken Roaster Beer Can Chicken Holder With Roasting Pan Fo (#315129689330)

9***4 (10) · Past 6 months                                                                                          Verified purchase

Beautiful wind kite! Arrived quickly, well packaged, and exactly as described.

Koi Fish Windsock, 3-Feet,Rainbow,4117 (#313407569272)

w***w (100) · Past month                                                                                            Verified purchase

As described, quick shipping, smooth transaction - highly recommend!

2 3/4 Inch/70mm Hole Saw Bimetal Wood Hole Saw Tools Hole Saw Hole Cutter Cut Sm (#313855204308)

i***d (224) · Past 6 months                                                                                         Verified purchase

Prompt delivery. Produce well packaged. Very satisfied. Good value

Cricket XL, Largest Trap Available - 6 Glue Traps Garden 8amp Outdoor (#313407389933)

See all feedback



Back to home page                                                                                         Return to top

More to explore :   Industrial Pendant Shades Lamp Shades,   Pendant Shades Lamp Shades,   Access Lighting Pendant Shades Lamp Shades,   Metal Lamp Shades,   Glass Pendant Shades Lamp Shades,
Fabric Pendant Shades Lamp Shades,   Brown Pendant Shades Lamp Shades,   Industrial Lamp Shades,   Yellow Pendant Shades Lamp Shades,   Oval Pendant Shades Lamp Shades

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**                                                                                  **Top Rated**

ZEEZ 9w 5" Round White LED Recessed Light Bulb Lamp                                               Sea Gull 14540S-15 Traverse Lyte LED Downlight

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light                         Globe Electric 3 Light 15.4" Metal Chandelier - Oil-Rubbed Bronze

Progress Lighting P350105-109-30 Elevate LED Flush Mount Brushed Bronze                           Lithonia Lighting WF6 LED 30K40K50K 90CRI MW M6 6" LED Wafer Light

Halo LT5079FS1EWHR4PK 5/6 in. LED Retrofit with Baffle Trim White 5 CCT                           Halo HLB6 6" Ultra Thin Downlight LED Kit

Commercial Electric 91478 6 inch Canless Recessed Lighting - White                                Commercial Electric 91478 6 inch Canless Recessed Lighting - White

## Related Searches

| Hanging Work Light | Hanging Lamps for Living Room | Hanging Pendant Lights | Hanging Lamp Shade | Hammered Copper Pendant Light | Lamps Hanging | Hanging Lamp Modern |

| Wrought Iron Hanging Lamp | Hanging Shop Light | Hammered Metal Lamps | Vintage Hanging Pendant Light | Floor Lamp Hanging | Hanging Lights Modern | Lamp Shade Hardware |

1/22/25, 2:23 PM                                    Industrial Pendant Light Rubber Wood Hanging Lamp With Hammered Metal Shade Mode | eBay

Pendant Light Shades

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

?

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

1/22/25, 2:24 PM                                    Checkout | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

- ⦿ **PayPal** PayPal
- ⭘ **venmo** Venmo
- ⭘ **VISA** x-3651
- ⭘ Add new card
  VISA  MasterCard  Discover  Diners Club
- ⭘ **G Pay** Google Pay
- ⭘ **PayPal CREDIT** Special financing available. Apply now. <u>See terms</u>

## Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

### Order Summary

| | |
|---|---|
| Item (1) | $77.36 |
| Shipping | Free |
| Tax | $4.65 |
| **Order total** | **$82.01** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

**Pay with _PayPal_**

You'll finish checkout on PayPal

🛡 Purchase protected by <u>**eBay Money Back Guarantee**</u>

1/22/25, 2:24 PM                                                    Checkout | eBay

# Review order

 SuphapShop · <u>Add note for seller</u>
99.3% positive feedback

  <span style="color:red; border:1px solid red">LAST ONE</span>
Industrial Pendant Light Rubber Wood Hanging Lamp With
Hammered Metal Shade Mode
**$77.36**

Quantity 1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Jan 24 – Jan 28

# Gift cards and coupons

| Enter code: | Apply |

# Donate to charity ⓘ

California Community Foundation



https://pay.ebay.com/rxo?action=view&sessionid=2338372470019                                          2/3

1/22/25, 2:24 PM                                                                        Checkout | eBay

Your donation helps the California Community Foundation support Los Angeles wildfire recovery efforts and aid those most in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Notice, Your Privacy Choices  and AdChoice ⓘ

Need Help?

Our eBay agents are here to support you.

?



https://www.ebay.com/itm/126291975257?itmmeta=01J1YA02K6M2KPGXG3A1JA0JPG&hash=item1d67969c59:g:6XQAAOSwEu1lrF5f&itmprp=enc...    1/4








Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom...
New
**$17.36**
$19.09 9% off
**Free shipping**

ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade...
New (Other)
**$18.95**
$23.69 20% off
+ $9.63 shipping
🛡 Top Rated Plus
Seller with 99.3% positive feedback

Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom...
New
**$17.63**
$19.59 10% off
**Free shipping**

ELYONA UP3011 Dark Blue Adjustable Height Modern Hanging Pendant Light
New (Other)
**$69.99**
+ $4.99 shipping
Seller with 99.1% positive feedback

Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom...
New
**$17.99**
$19.99 10% off
**Free shipping**

ELY
Ligh
Met
New
**$12**
+ $7

---

| About this item | Report this item |
|---|---|

Seller assumes all responsibility for this listing.

Last updated on Dec 06, 2024 15:59:44 PST    View all revisions

eBay item number: 126291975257

## Item specifics

Condition
Open box: An item in excellent, new condition with no wear. The item may be missing the original ... Read more

Brand    Elyo
na

Type    Penda
nt

Sensor Type    Lig
ht

## Item description from the seller

Upgrade your home lighting with this pack of three Elyona pendant lights. The sleek black design adds a modern touch to any room, while the light sensor technology ensures energy-efficient usage. Perfect for a variety of spaces, these hanging lights are ideal for adding ambiance to dining rooms, bedrooms, or entryways. The adjustable cord allows for easy installation and customization to fit your desired height. Add a touch of elegance to your home with these stylish pendant lights.

---

## About this seller



**neveranisland**

100% positive feedback · 11K items sold

📅 Joined Sep 1999

**Seller's other items**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ———— | 5.0 |
| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 5.0 |

Average for the last 12 months

## Seller feedback (5,581)

Filter: All ratings ⌄

⊕ 9***l (1201) · Past 6 months                                                    Verified purchase

Outstanding seller. Received wrong item. Let seller know. Received a full refund. Excell communication and fast service. Would buy from again.

Lighted Artificial Twig Birch Branch with Fairy Lights 30IN 100 LED Battery O... (#116020680277)

⊕ d***a (1800) · Past 6 months                                                    Verified purchase

Super-fast shipping. Great communication. Excellent customer service. Incredible item. Outstanding eBayer. A+ experience.

Football Helmet Visor Purple Youth And Adult (visor Only) (#116083232063)

⊕ i***e (1195) · Past 6 months                                                    Verified purchase

Just as described... very fast shipping...A+++ seller...THANK YOU

Baby Shower Games Boy Or Girl Kraft Brown (#116084892435)

⊕ y***n (1032) · Past 6 months                                                    Verified purchase

Perfect transaction, quick shipping, item as described. Thanks! A+++

Double Medium White Drum Lamp Shades Set of 2 Fabric Lampshades (#116011699673)

⊕ i***i (83) · Past year                                                          Verified purchase

I received the item when I expected. The battery works. There was a problem so I contacted the seller. The reply back was very quick. They understood my problem. Gave me options to resolve it. Seller has excellent customer service. I am happy with my purchase. Would buy from this seller again.

Laptop Battery Replacement For Lenovo Ideapad L14S4P22 L14M4P23 (#126333844764)

⊕ c***b (444) · Past month                                                        Verified purchase

Good product, price and shipping speed. Would do business with again.

Organic Seaweed Wraps Sushi Nori .81 Oz 9 Sheets Per Pack 5 Packs (#126309704195)

⊕ 0***0 (143) · Past 6 months                                                     Verified purchase

Item came as described and well-packaged. Holding item as a reserve, so I am not putting it to its in-service condition. But it looks brand new. Will do rudimentary testing out of circuit. Grade A.

DC64-00519D (OB) Genuine OEM Samsung Washer Door Lock Switch for WF45R6100A* (#126267360135)

⊕ _***e (599) · Past 6 months                                                     Verified purchase

Great Ebayer. Fast Shipping. Item Just As Described

Halloween Props Costume Light Up Eyes Pack Of 9 (#116160007290)

See all feedback

Back to home page                                                                 Return to top

More to explore :   Black LED Work Lights & Hanging Flashlights,   Black 3 Number in Pack Water Filters,   Pendants Fixtures 1-3 Lights,   Black Wall Hanging Tapestries,   Hanging Black Air Fresheners,   Hanging Black Closet Organisers,   Progress Lighting Black Pendants Fixtures,   Capital Lighting Black Pendants Fixtures.

https://www.ebay.com/itm/126291975257?itmmeta=01J1YA02K6M2KPGXG3A1JA0JPG&hash=item1d67969c59:g:6XQAAOSwEu1IrF5f&itmprp=enc...          3/4

Hanging Black Bathtub Caddies & Trays,    Hanging Solar Walkway & Path Lights

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo Smart Wi-Fi Slim Canless LED Downlight 6" HLB6099WZRGBWMWR

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light

Lithonia Lighting  LED Strip Light

**Top Rated**

Hykolity 4FT 42W 3700 Lumens Linkable LED Shop Light with Pull Chain - Pack of 4 (HY-SL42W5KF-4)

Sea Gull 14540S-15 Traverse Lyte LED Downlight

Artika Essence 27W Chrome Integrated LED 4 Pendant Light Chandelier

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

## Related Searches

| Hanging Pendant Lights | Pendant Lights Black | Black Pendant Light | Black Pendant Light Fixture | Bedroom Pendant Lights |

Black Pendant Light Glass    Hanging Lights for Bedroom    Hanging Lights for Dining Room    Dining Room Hanging Light Fixture

Black Light Pendant    Mini Pendant Light    Hanging Lights Modern    Chandelier for Living Room    Black Chandelier Light    Hanging Lights Led

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 New! Pay with Venmo for fast and easy checkout.

# Pay with

○  PayPal

○ Venmo Venmo

◉ **VISA** x-3651

○ Add new card


○ G Pay Google Pay

○ PayPal CREDIT Special financing available.
Apply now. <u>See terms</u>

---

# Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

---

# Review order

 neveranisland · <u>Add note for seller</u>
100% positive feedback



**LAST ONE**

Small Hanging Pendant Light Black Pack Of 3
**$49.99**

Quantity 1

Returns accepted

**Delivery**
**Free Standard Shipping**
Est. delivery: Feb 15 – Feb 20

# Gift cards and coupons

Enter code:                              Apply

# Donate to charity ⓘ

### Save a Child's Heart Foundation

Give $2 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ⌄

# Order Summary

| Item (1) | $49.99 |
|---|---|
| Shipping | Free |
| Tax | $3.00 |
| **Order total** | **$52.99** |

Checkout | eBay

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

## Confirm and pay

 Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Mike! ▾     Daily Deals    Gift Cards    Help & Contact                          Sell    My eBay ▾    🔔    🛒

**ebay**      🔍 Search for anything                                                                    ⊙

|Listed in category:                                                                          Share

‹ Back to home page      Home & Garden  ›  Lamps, Lighting & Ceiling F...  ›  Chandeliers & Ceiling Fixt...



       



Have one to sell? **Sell now**

### ELYONA Modern Pendant Light for Kitchen Island, Solid Wood Bar Hanging Lamp, ...

**Stanton Surplus** (4631)
97.8% positive
Seller's other items
Contact seller

## US $109.39

Condition:    New  ⓘ

| Buy It Now |
| Add to cart |
| ♡ Add to Watchlist |

Shipping:    **Free** Standard Shipping. See details
             Located in: US, United States

Delivery:    Estimated between **Tue, Feb 18** and **Sat, Feb 22** to 15222 ⓘ

Returns:     30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  venmo  G Pay  VISA  mastercard  DISCOVER  ◉

**PayPal CREDIT**
Special financing available. See terms and apply now ⓘ

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored                          Feedback on our suggestions  |  See all

                                                

ELYONA Modern          ELYONA Modern          1/2/3x Lights Kitchen   ELYONA Hammered
Pendant Light for       Pendant Light for       Pendant Light            Pendant Light for
Kitchen Island Wood...  Kitchen Island, 10.2"... Dimmable Led...          Kitchen Island, 10.2"...
New                     New (Other)             New                      Pre-owned

**$70.00**              **$54.99**              **$7.99**                **$64.93**
Free shipping           Free shipping           Free 5 day shipping      Free shipping
                        Seller with 99.5%        68 sold                  Seller with 99.4%
                        positive feedback                                 positive feedback

## Inspired by your recent views
Sponsored                                              Feedback on our suggestions  |  See all

2/13/25, 2:30 PM                    ELYONA Modern Pendant Light for Kitchen Island, Solid Wood Bar Hanging Lamp, ... | eBay

    

| Small Hanging Pendant Light Black Pack Of 3 | ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade... | Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom... | Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom... | ELYONA UP3011 Dark Blue Adjustable Height Modern Hanging Pendant Light | Wall Floa Stor |
|---|---|---|---|---|---|
| New (Other) | New (Other) | New | New | New (Other) | New |
| $49.99 | $18.95 | $17.36 | $17.63 | $69.99 | $17. |
| Free shipping | ~~$23.69~~ 20% off | ~~$19.09~~ 9% off | ~~$19.59~~ 10% off | + $4.99 shipping | ~~$19~~ |
| Seller with 100% positive feedback | + $9.63 shipping | Free shipping | Free shipping | Seller with 99.1% positive feedback | Free |
| | ⊙ Top Rated Plus | | | | |
| | Seller with 99.3% positive feedback | | | | |

---

About this item                                                                            Report this item

Seller assumes all responsibility for this listing.

Last updated on Feb 02, 2025 06:30:42 PST   View all revisions          eBay item number:  335452395298

## Item specifics

Condition
New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

EAN      Does not apply
MPN      Does not apply
UPC      Does not apply
Size     1 Pack
Brand    ELYONA
Color    Blue
Type     Does Not Apply

## Item description from the seller

# ELYONA Modern Pendant Light for Kitchen Island, Solid Wood Bar Hanging Lamp, Hammered Metal Shade, Adjustable Height, Industrial Pendant Lighting for Dining Room,Bedroom,Bar,Office - Dark Blue

## Product Details

**Size: 1 Pack**
**Color: Blue**
**Brand: ELYONA**
**MPN: Does not apply**
**UPC: Does not apply**
**EAN: Does not apply**

- Brand: ELYONA
- Color: Blue
- Style: Modern, Industrial, Farmhouse, Coastal, Rustic, Retro, Vintage
- Light fixture form: Pendant
- Room Type: Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, Study Room
- Product Dimensions  :  10.3 x 10.3 x 60 inches; 3.92 Pounds
- Date First Available  :  September 8, 2021
- Manufacturer  :  ELYONA
- Country of Origin  :  China
- Customer Reviews: 4.7 4.7 out of 5 stars 377 ratings
- Brand: ELYONA
- Color: Blue
- Style: Modern, Industrial, Farmhouse, Coastal, Rustic, Retro, Vintage
- Light fixture form: Pendant
- Room Type: Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, Study Room
- Product Dimensions: 10.3"L x 10.3"W x 60"H
- Specific Uses For Product: Kitchen islands, porch Lighting, hallways, bars, dining room, living rooms, cafes, clubs, foyers, barns, among many other indoor/outdoor applications
- Indoor/Outdoor Usage: Indoor
- Power Source: Corded Electric
- Installation Type: Semi Flush Mount
- Special Feature: Dimmable
- Control Method: App
- Light Source Type: Edison bulbs, incandescent bulbs, CFLs, LED bulbs
- Finish Type: 1538 ℃ Bake Painted & Solid Wood Polishing Process
- Shade Material: Hammered Blue Metal
- Number of Light Sources: 1
- Voltage: 110 Volts
- Theme: Space
- Shape: Dome
- Included Components: Mounting Hardware
- Warranty Type: 👍 One-Year Warranty
- Lighting Method: Downlight
- Specification Met: ETL
- Item Weight: 3.92 Pounds
- Number of Items: 1
- Wattage: 40 watts
- Bulb Base: E26
- Controller Type: Push Button
- Switch Type: Push Button
- Unit Count: 1.0 Count
- Brightness: 805 Lumen
- Mounting Type: Ceiling Mount

- Shade Color: Modern Blue
- Fixture Type: Non Removable
- Assembly Required: Yes
- Manufacturer: ELYONA
- Item Weight: 3.92 pounds
- Country of Origin: China
- Finish types: 1538 ℃ Bake Painted & Solid Wood Polishing Process
- Maximum Compatible Wattage: 40 Watts
- Special Features: Dimmable
- Plug Format: A- US style
- Batteries Included?: No
- Batteries Required?: No
- Date First Available: September 8, 2021

- Why can you trust ELYONA's Solid Wood?1 Unlike fiberboards wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. 2Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. 3The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- Top Craftsmanship Hammered Metal Shade1Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which wont crack, more durable and stable.2Made of natural iron ore from Highland Mountains,melted at an ultra-high temperature of 1538C to ensure no impurities.3The use of top japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- ELYONA Unique Blue Modern Pendant Light1 ELYONA Modern Blue, According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more New Possibilities about HOME. 2 With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living

## About this seller

**Stanton Surplus**

97.8% positive feedback · 11K items sold

📅 Joined May 2014
🕐 Usually responds within 24 hours

| Visit store |
| --- |

| Contact |
| --- |

| ♡ Save seller |
| --- |

## Detailed seller ratings

| Accurate description | ——— | 4.9 |
| Reasonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 4.9 |
| Communication | ——— | 4.9 |

Average for the last 12 months

## Seller feedback (2,939)

Filter: All ratings ⌄

➕ ***** · Past 6 months                                             Verified purchase

Item arrived as described. Excellent communication & packaging. Very pleased. Would do business again! There was a problem with the shippers tracking number so it appeared the parcel had been lost but it arrived safely and the seller was very attentive to the issue and communicated beautifully through the process of trying to find it!

⊕ *****  · Past year                                                                    Verified purchase

Wow fast sipping came in a few days & in new condition with the box as described great product, price & service .Thanks !

⊕ *****  · Past 6 months                                                                 Verified purchase

The post office delivered my package to the wrong address. Seller was VERY responsive to this! Package finally turned up safe and sound, and everything in excellent condition. Thanks so much! Would definitely deal with again.

⊕ *****  · Past month                                                                    Verified purchase

Package was as described. Arrived on time and in great condition. Packaging was like new. Made a great gift. I will buy from this seller again in the future.

⊕ *****  · Past 6 months                                                                 Verified purchase

Great seller, fast shipping. Item as described.

⊕ *****  · Past 6 months                                                                 Verified purchase

Perfect addition to my "man cave". Item was exactly as described and shipping was fast. Would buy from this seller again.

⊕ *****  · Past year                                                                     Verified purchase

Items as described well packed received promptly great ebayer

⊕ *****  · Past 6 months                                                                 Verified purchase

Lil hiccup in shipping but great communication with seller

[ See all feedback ]

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                        Return to top

More to explore :  Solid Wood Frame Kitchen Contemporary/Modern Bar Stools & Stools,  Solid Wood Hanging Shelves,
Solid Wood Kitchen Contemporary/Modern Tables,  Kitchen Island Light Fixtures,  Solid Wood Kitchen Carts,  Kitchen Islands,
Solid Wood Kitchen Cabinets & Cupboards,  Solid Wood Kitchen Sideboards,  Solid Wood Kitchen Storage Cabinets,  Modern Kitchen, Dining & Bar Supplies

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo Smart Wi-Fi Slim Canless LED Downlight 6" HLB6099WZRGBWMWR

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light

Lithonia Lighting  LED Strip Light

**Top Rated**

Hykolity 4FT 42W 3700 Lumens Linkable LED Shop Light with Pull Chain - Pack of 4 (HY-SL42W5KF-4)

Sea Gull 14540S-15 Traverse Lyte LED Downlight

Artika Essence 27W Chrome Integrated LED 4 Pendant Light Chandelier

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

## Related Searches

[ Pendant Light for Kitchen Island ]  [ Pendant Lighting Kitchen Island ]  [ Kitchen Island Lighting ]  [ Farmhouse Kitchen Island Lighting ]

[ Kitchen Island Lighting Gold ]  [ Kitchen Hanging Lighting ]  [ Hanging Kitchen Bar Lights ]  [ Outdoor Pendant Lamp ]  [ Chandelier for Kitchen ]

[ Kitchen Lights ]  [ Kitchen Lights Ceiling ]  [ Kitchen Light Fixtures ]  [ Bedroom Pendant Lights ]  [ Ikea Pendant Light ]  [ Bathroom Pendant Lighting ]

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

ELYONA Modern Pendant Light for Kitchen Island, Solid Wood Bar Hanging Lamp, ... | eBay

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

2/13/25, 2:30 PM
Checkout | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 New! Pay with Venmo for fast and easy checkout.

## Pay with

○  PayPal

○  Venmo

◉  x-3651

○       Add new card


○  Google Pay

○  Special financing available.
Apply now. <u>See terms</u>

---

## Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

---

## Review order

 Stanton Surplus · Add note for seller ⓘ
97.8% positive feedback

2/13/25, 2:30 PM                                      Checkout | eBay



**LAST ONE**

ELYONA Modern Pendant Light for Kitchen Island, Solid Wood
Bar Hanging Lamp, ...

**$109.39**

Quantity 1

Free returns

**Delivery**

**Free Standard Shipping**
Est. delivery: Feb 18 – Feb 22

# Gift cards and coupons

| Enter code: | Apply |
|---|---|

# Donate to charity ⓘ

**Save a Child's Heart Foundation**

Give $2 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the month
in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no
longer accepts funds from PPGF.

Select amount    None ⌄

# Order Summary

| | |
|---|---|
| Item (1) | $109.39 |
| Shipping | Free |
| Tax | $6.57 |
| **Order total** | **$115.96** |

Checkout | eBay

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

## Confirm and pay

 Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



2/13/25, 2:30 PM                ELYONA Pendant Light for Kitchen Island Hammered Metal Solid Wood Small Hangi... | eBay

Sponsored                                                       <u>Feedback on our suggestions</u>        |        <u>See all</u>











| Small Hanging Pendant Light Black Pack Of 3 | ELYONA UP3011 Dark Blue Adjustable Height Modern Hanging Pendant Light | Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom... | Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom... | ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade... | ELYON... Kitc... Ham... |
|---|---|---|---|---|---|
| New (Other) | New (Other) | New | New | New (Other) | New |
| $49.99 | $69.99 | $17.36 | $17.63 | $18.95 | $60 |
| Free shipping | + $4.99 shipping | $19.09 9% off | $19.59 10% off | $23.69 20% off | Free |
| Seller with 100% positive feedback | Seller with 99.1% positive feedback | Free shipping | Free shipping | + $9.63 shipping | Sell feec |
|  |  |  |  | ⬛ Top Rated Plus |  |
|  |  |  |  | Seller with 99.3% positive feedback |  |

---

| About this item | | Report this item |
|---|---|---|

Seller assumes all responsibility for this listing.                                    eBay item number:   266651565621

Last updated on Feb 10, 2025 19:59:37 PST   View all revisions

## Item specifics

**Condition**
New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

| | |
|---|---|
| EAN | Does not apply |
| MPN | Does not apply |
| UPC | Does not apply |
| Size | Small |
| Brand | ELYONA |
| Color | Black - 3 Pack |
| Type | Does Not Apply |

## Item description from the seller

# ELYONA Pendant Light for Kitchen Island Hammered Metal Solid Wood Small Hanging Light Fixtures Farmhouse Pendant Lighting Dining Room Bedroom Bar Office, Industrial Black, 3 Pack

## Description

Features:

- Why can you trust ELYONA's Solid Wood?1Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. 2Unlike fiberboards wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that will not warping when meeting water and is glue-free, formaldehyde-free. 3 The pendant lamp has a certain weight to ensure that the wire will not bend when hanging
- The Top Craftsmanship Hammered Metal Shade 1Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538C to ensure no impurities.2Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of smooth which wont crack, more durable and stable. 3The use of top hammered craftsmanship ensures that each hammered pattern is full and round with the pr
- Small Dimension & Wood Maintenance 1Dimension & Adjustable Height:Max 54.5" H x 6.8" W x 6.8" D, Ceiling Canopy: Dia. 4.72".This light can be installed at ceiling and bevel. 2 For easy maintenance, wipe it clean with a damp cloth, then dry. Our product has been coated with mineral oil before packaging, and we recommend reapplying mineral or olive oil 1-2 times every 3 months to enhance the textured wood grain.(We have 10 "and 6.8" sizes for different choices)
- Patent Design Pendant Light1With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality & getting many patents for appearance design and functions at the same time. 2 Rubber wood with hammered metal shade pendant light provides a modern ind Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, and beside nightstand. Add this modern industrial looking to your home now!

Product Details:

- Brand: ELYONA
- Color: Black - 3 Pack
- Material: 👍 Handmade Hammered Black Metal, 👍 FSC Certification Rubber Wood
- Style: Modern, Industrial, Farmhouse, Rustic, Retro, Vintage
- Light fixture form: Pendant
- Product Dimensions : 11.8 x 8.6 x 7.5 inches; 5.3 Pounds
- Date First Available : November 22, 2022
- Manufacturer : ELYONA
- Customer Reviews: 4.5 4.5 out of 5 stars 60 ratings
- Brand: ELYONA
- Color: Black - 3 Pack
- Material: 👍 Handmade Hammered Black Metal, 👍 FSC Certification Rubber Wood
- Style: Modern, Industrial, Farmhouse, Rustic, Retro, Vintage
- Light fixture form: Pendant
- Room Type: Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, Study Room
- Product Dimensions: 7"L x 7"W x 63"H
- Specific Uses For Product: Kitchen islands, porch Lighting, hallways, bars, dining room, living rooms, cafes, clubs, foyers, barns, among many other indoor/outd
- Indoor/Outdoor Usage: Indoor
- Power Source: Corded Electric
- Installation Type: Semi Flush Mount
- Special Feature: 👍 FSC Certification Rubber Wood, 👍 Handmade Hammered Metal, 👍 Dimmable with dimmer (NOT Included), Adjustable Height
- Control Method: App
- Light Source Type: Edison bulbs, incandescent bulbs, CFLs, LED bulbs
- Finish Type: 1538 ℃ Bake Painted & Solid Wood Polishing Process
- Shade Material: Hammered Metal
- Number of Light Sources: 1
- Voltage: 110 Volts
- Theme: Space
- Shape: Dome
- Included Components: Mounting Hardware
- Warranty Type: 👍 One-Year Warranty
- Lighting Method: Downlight
- Specification Met: ETL
- Item Weight: 2.4 Kilograms
- Number of Items: 1
- Wattage: 40 watts
- Bulb Base: E26
- Controller Type: Push Button
- Unit Count: 3.0 Count
- Mounting Type: Ceiling Mount
- Shade Color: Black
- Fixture Type: Non Removable
- Assembly Required: Yes
- Manufacturer: ELYONA
- Item Weight: 5.29 pounds
- Finish types: 1538 ℃ Bake Painted & Solid Wood Polishing Process
- Special Features: 👍 FSC Certification Rubber Wood, 👍 Handmade Hammered Metal, 👍 Dimmable with dimmer (NOT Included), Adjustable Height
- Plug Format: A- US style

- Batteries Included?: No
- Batteries Required?: No
- Date First Available: November 22, 2022

Shipping

- Most orders will be shipped within 1 business days once we receive your payment. Except on weekend or public holidays.
- A shipping notification will be emailed to you once your order has been shipped.
- International shipping via eBay Global Shipping Program.
- No shipping to AK, HI, PR, APO/FPO, US Protectorates and PO Box.

Payment

- We Accept Payment Via PayPal and All Major Credit Cards.

Return

- We stand behind our products. Items can be returned for exchange or full refund within 30 days from the date you receive your merchandise.
- Return shipping is the responsibility of buyer unless the return is a result of our mistake (i.e., your receive the wrong item). We will pay for shipping replacement back to you the same product is requested.

Contact us

If you have any questions please contact us. We respond within 1 business day or less.

## About this seller



**ericy23**

96.9% positive feedback · 101K items sold

📅 Joined Apr 2004
🕐 Usually responds within 24 hours

| Visit store |
| --- |

| Contact |
| --- |

| 🤍 Save seller |
| --- |

### Detailed seller ratings

| | |
| --- | --- |
| Accurate description | ▬▬▬ 4.9 |
| Reasonable shipping cost | ▬▬▬ 5.0 |
| Shipping speed | ▬▬▬ 4.9 |
| Communication | ▬▬▬ 4.9 |

Average for the last 12 months

### Popular categories from this store    See all

Other

## Seller feedback (26,618)

Filter: **All ratings** ⌄

➕ ★★★★★ · Past 6 months                                                    Verified purchase

Holy $H1T!!! This stove is PERFECT! It's better than the description! Easy to light, easy to keep burning. Extremely well built, securely packaged, rapidly (like, lightening fast) shipped, and superb craftsmanship. I got this stove, here, for two-thirds the asking (retail) price! eBay has become total dog $h1t in recent years; Their fees are high, their taxes are absolutely unnecessary, and they defend neither the seller nor the buyer; they protect only themselves. This seller offers hope.

➕ ★★★★★ · Past 6 months                                                    Verified purchase

Excellent communication, well packaged and exactly as described. The only issue I have was the shipping which I don't blame the seller. USPS decided to take the scenic route, package arrived and left Arkansas 4 times on its way to Louisiana.

➕ ★★★★★ · Past month                                                       Verified purchase

Great item. Fast delivery and well packed, although damaged on transit. Excellent customer service, responded quickly and all sorted to my satisfaction. Would definitely buy from this ebayer again. Thanks you.

➕ ★★★★★ · Past 6 months                                                    Verified purchase

Item shipped quickly and was delivered on-time. The only suggestion I would have would be to not use a box that describes the item on the outside. As this was a gift it could have been awkward. I was very happy with this vendor. Thank you, -bob

➕ ★★★★★ · Past 6 months                                                    Verified purchase

Smooth Transaction. Fast Delivery. Very nice and soft Rifle Paper Co x Loloi area rug. It came well wrapped, brand new. Great price. A+seller. Big with confidence. High recommend.

➖ ★★★★★ · Past 6 months                                                    Verified purchase

Looking at the photos it appeared that this tent and cot came as a set. Nothing in the description indicated otherwise. All that arrived was the tent, and it was delivered by Amazon to my residence. I paid this vendor $ 253.93 for this tent. The same tent is available on Amazon for $179.10. So buyer be ware. I did contact the vendor and they offered to send me a return shipping label and refund my money, since I caught onto their scam.

➕ ★★★★★ · Past 6 months                                                    Verified purchase

CLASS A-1 Seller! Great communication with seller! We explained that we needed these outdoor laser lights projectors very quickly and this seller not only responded immediately but also provided lightning-fast shipping to ensure we got these on time. This seller is the exception, sets the example for excellence and customer care. BTW, we don't pass out roses often, so believe us when we tell you that you will not be disappointed with this seller. Many thanks & continued success in 2025!!!

➕ ★★★★★ · Past 6 months                                                    Verified purchase

The item was in excellent condition, just as described in the description, fast shipping, great communication, and step by step flow-up in shipping details.. i would buy from them again..

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

More to explore : Kitchen Island Light Fixtures, Solid Wood Kitchen Carts, Kitchen Islands, Solid Wood Kitchen Cabinets, Solid Wood Kitchen Furniture, Solid Wood Kitchen Cabinets & Cupboards, Solid Wood Kitchen Storage Cabinets, Metal Island Light Fixtures, Handmade Solid Wood Kitchen Furniture, Solid Wood Kitchen Farmhouse Tables

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

Halo HLB6 6" Ultra Thin Downlight LED Kit

**Top Rated**

Hykolity 4FT 42W 3700 Lumens Linkable LED Shop Light with Pull Chain - Pack of 4 (HY-SL42W5KF-4)

Sea Gull 14540S-15 Traverse Lyte LED Downlight

2/13/25, 2:30 PM                    ELYONA Pendant Light for Kitchen Island Hammered Metal Solid Wood Small Hangi... | eBay

Halo Smart Wi-Fi Slim Canless LED Downlight 6" HLB6099WZRGBWMWR          Artika Essence 27W Chrome Integrated LED 4 Pendant Light Chandelier

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light          Halo HLB6 6" Ultra Thin Downlight LED Kit

Lithonia Lighting  LED Strip Light          Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White
(ACHR154595)

## Related Searches

Pendant Light for Kitchen Island      Pendant Lighting Kitchen Island      Kitchen Island Lighting      Kitchen Island Lighting Gold

Farmhouse Kitchen Island Lighting      Chandelier for Kitchen      Kitchen Hanging Lighting      Kitchen Lights Ceiling      Farmhouse Chandelier Black

Hanging Pendant Lights      Kitchen Light Fixtures      Modern Farmhouse Chandelier      Schoolhouse Pendant Light      Kitchen Light Fixture Black

Farmhouse Chandelier Wood

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

2/13/25, 2:31 PM
Checkout | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 New! Pay with Venmo for fast and easy checkout.

## Pay with

○  PayPal

○  Venmo

◉  x-3651

○ Add new card


○  Google Pay

○  No Interest if paid in full in 6 months.
Apply now. <u>See terms</u>

---

## Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

---

## Review order

 ericy23 · <u>Add note for seller</u>
96.9% positive feedback



ELYONA Pendant Light for Kitchen Island Hammered Metal Solid Wood Small Hangi...

**$156.28**

Quantity
1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Feb 15 – Feb 20

# Gift cards and coupons

Enter code:                    Apply

# Donate to charity ⓘ

Save a Child's Heart Foundation

Give $2 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

# Order Summary

| | |
|---|---|
| Item (1) | $156.28 |
| Shipping | Free |
| Tax | $9.38 |

2/13/25, 2:31 PM

Checkout | eBay

## Order total                                          $165.66

By placing your order, you agree to eBay's [User Agreement](User Agreement) and [Privacy Notice](Privacy Notice).

### Confirm and pay

 Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2025 eBay Inc. All Rights Reserved. [Accessibility](Accessibility), [User Agreement](User Agreement), [Privacy](Privacy), [Consumer Health Data](Consumer Health Data), [Payments Terms of Use](Payments Terms of Use), [Cookies](Cookies), [CA Privacy Notice](CA Privacy Notice), [Your Privacy Choices](Your Privacy Choices) and [AdChoice](AdChoice) ⓘ

Hi Mike! ⌄          Daily Deals    Gift Cards    Help & Contact          Sell    My eBay ⌄    🔔    🛒

**ebay**    🔍 Search for anything    [ Search 🔍 ]

|Listed in category:                                                                    Share

Home & Garden  >  Lamps, Lighting & Ceiling F...  >  Chandeliers & Ceiling Fixt...

🅢 **SAVE UP TO 20%**    See all eligible items and terms ▸



⤢   ♡ 1

‹    ›

   

Have one to sell? **Sell now**

## Similar Items
Sponsored                Feedback on our suggestions  ›      See all



ELYONA Modern Pendant Light for Kitchen Island, 10.2"...
New (Other)
**$54.99**
Free 7 day shipping
Seller with 99.5% positive feedback

ELYONA Set Of 3 Pendant Light Fixture Hammered Metal...
New (Other)
**$12.95**
+ $8.15 shipping

Gold Chandelier Lighting Fixture Dining Room Pendant Light...
New
**$9.99**
Free 5 day shipping
🟦 Top Rated Plus
22 sold

3 Pack 8.3" Vintage Indoor Hammered Metal Black/White...
New (Other)
**$24.99**
Free 2-4 day shipping
Seller with 100% positive feedback

---

### ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade (Brushed Brass)

**newuseddeals** (3047)
99.3% positive
Seller's other items
Contact seller

**US $18.95**
or Best Offer
Was US $23.69 (20% off) ⓘ    Price details

Condition:    **Open box** ⓘ

Sale ends in: 3d 12h

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to Watchlist |

⚡ **Hurry before it's gone.** 1 person is watching this item.

Shipping:    US $9.63 **delivery in 2–4 days**
Get it between Sat, Feb 15 and Wed, Feb 19 to 15222. See details
Located in: Fort Wayne, Indiana, United States

Returns:    60 days returns. Seller pays for return shipping. See details

Payments:     PayPal  Venmo  G Pay  VISA  mastercard  DISCOVER  🏦

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
Top Rated Plus

 Top rated seller, fast shipping, and free returns. **Learn more**

eBay Money Back Guarantee
Get the item you ordered or your money back. **Learn more**

## Inspired by your recent views
Sponsored

Feedback on our suggestions | See all



Small Hanging Pendant Light Black Pack Of 3

New (Other)

**$49.99**
**Free shipping**
Seller with 100% positive feedback



ELYONA UP3011 Dark Blue Adjustable Height Modern Hanging Pendant Light
New (Other)

**$69.99**
+ $4.99 shipping
Seller with 99.1% positive feedback



Wall Mount Corner Shelf Floating Wooden Shelf For Storage And Display Hom...
New

**$17.36**
$19.09 9% off
**Free shipping**



ELYONA Pendant Light for Kitchen Island 3 Pack Hammered Metal Solid...
New

**$60.00**
**Free shipping**
Seller with 100% positive feedback



ELYONA Pendant Lights for Kitchen Island, 7" Solid Wood Vintage Hammered...
Pre-owned

**$138.75**
**Free shipping**
Seller with 99.4% positive feedback

Pen
Islan
Han
New

$85
+ $3
Sell
fee

---

**About this item**

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 17, 2025 06:45:02 PST    View all revisions

eBay item number:  404656211309

## Item specifics

Condition
Open box: An item in excellent, new condition with no wear. The item may be missing the original ... Read more

Brand                  Elyona

Number of Settings     1

Type                   Pendant

Sensor Type            Light

Color                  Gold

Style                  Industrial

Material               Metal

Finish                 Brushed

Room
Attic, Bar, Bedroom, Dining Room, Entryway, Foyer, Home Office/Study, Kitchen

Lighting Technology    E27

## Item description from the seller

2/13/25, 2:31 PM                    ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade (Brushed Brass) | eBay

New open box

## About this seller

**newuseddeals**

99.3% positive feedback · 9.5K items sold

📅 Joined Sep 2021
🕐 Usually responds within 24 hours

[ Visit store ]

[ Contact ]

[ ♡ Save seller ]

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ——— | 4.9 |
| Reasonable shipping cost | ——— | 4.9 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

Average for the last 12 months

### Popular categories from this store    See all

Antiques    Pottery & Glass    Coins & Paper Money    Sports Mem, Cards & Fan Shop

## Seller feedback (2,992)

Filter: **All ratings** ∨

⊕ s***i (70) · Past month                                                    Verified purchase

Fast ship, great communication, as described. A+++ packaging. Arrived perfectly. Fair price.

Clear Seeded Glass Globe Lamp Shades Replacement Lampshade Cover with 1-5/8-inch (#405469806750)

⊕ i***i (1628) · Past 6 months                                              Verified purchase

Just as described, packed well, shipped promptly. Responsive seller. A+++++

2 Pack 300 Replacement Filter for Coway AIRMEGA Max2 300/300S Combined True HEPA (#405403690920)

⊕ 8***c (127) · Past year                                                   Verified purchase

Great seller! Item was shipped immediately and communicated when he sent it. Received it earlier than earliest estimated date. As described, well packed, and perfect condition.

Ouray Colorado Shot Glass Black With Gold (#404175997261)

⊕ o***m (2625) · Past month                                                 Verified purchase

The Seller wrapped it perfectly, shipped it quickly and it arrived as was described. Definitely a great value. ⭐⭐⭐⭐⭐

Lenox MICKEY MOUSE Profile Popper Porcelain Fits Nora Fleming Bases H84 (#405465529543)

⊕ m***l (139) · Past month                                                  Verified purchase

Price was right! Fast shipping! Item inside, as described, arrived like new and undamaged in slightly beat up factory packaging. Installed perfectly! Totally satisfied!

AMI PARTS DA97-12650A,DA63-06963A,DA63-07104A Refrigerator Door Shelf Basket Bin (#405334161128)

➕ 6***m (1119) · Past month                                                          Verified purchase

One of the best sellers I've dealt with! Fast response with excellent communication and super fast shipping. Exactly as described. If only all transactions were this easy! Thank you

50Amp to 30Amp Dryer Adapter Compatible with NEMA 10-50P to 14-30R 3 Prong to 4 (#405416365437)

➕ l***m (429) · Past month                                                          Verified purchase

Item was just as described and for a good price. Shipped quickly and arrived well packaged. Thanks. A+.

30 Amp to 110 Volt RV Adapter Cord with Locking Connector 12 Inch, ETL Listed (#405453902225)

➕ e***7 (40) · Past 6 months                                                        Verified purchase

Great seller. Contacted me and shipped right away. Happy with purchase. Exactly as described. Would buy from this seller again. Thank You.

Plug In Pendant Light, 15FT Hemp Rope Cord,Hanging Lights With Plug In Cord... (#405380055852)

[ See all feedback ]

More to explore :  Brushed Brass Pendant Chandeliers & Ceiling Fixtures,  Brass Brushed Track Lighting Fixtures,  Brass Brushed Wall Lighting Fixtures,  Metallic Brass Pendant Chandeliers & Ceiling Fixtures,  Brushed Metal Wall Lighting Fixtures,  Brushed Nickel Pendants Fixtures,  Aluminum Brushed Pendants Fixtures,  Pewter Brushed Pendants Fixtures,  Brass Modern Pendants Fixtures,  Brass Frosted Pendants Fixtures

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

### Best Sellers

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo Smart Wi-Fi Slim Canless LED Downlight 6" HLB6099WZRGBWMWR

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light

Lithonia Lighting  LED Strip Light

### Top Rated

Hykolity 4FT 42W 3700 Lumens Linkable LED Shop Light with Pull Chain - Pack of 4 (HY-SL42W5KF-4)

Sea Gull 14540S-15 Traverse Lyte LED Downlight

Artika Essence 27W Chrome Integrated LED 4 Pendant Light Chandelier

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

## Related Searches

[ Bronze Ceiling Light ]  [ Polished Brass Ceiling Light ]  [ Bronze Crystal Chandelier ]  [ Vintage Brass Pendant Light ]  [ Eleanor Chandelier ]

[ Pendant Light Shades ]  [ Etched Glass Chandelier ]  [ Brass Chandelier Parts ]  [ Pendant Light Shade only ]  [ Crystal Ceiling Light ]

[ Fluted Pendant Light ]  [ Edison Lighting Fixtures ]  [ Vintage Pendant Light Shade ]  [ Hallway Light Fixture ]  [ Vintage Metal Pendant Light ]

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑ and AdChoice ⓘ

2/13/25, 2:31 PM
Checkout | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 New! Pay with Venmo for fast and easy checkout.

# Pay with

○  PayPal

○  Venmo

◉  x-3651

○ Add new card


○  Google Pay

○  Special financing available.
Apply now. <u>See terms</u>

---

# Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

---

# Review order

 newuseddeals · <u>Add note for seller</u>
99.3% positive feedback



**LAST ONE**

ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade (Brushed Brass)

**$18.95** $23.69

Quantity 1

Free returns

**Delivery**
$9.63 **delivery in 2–4 days**
Get it by Feb 15 – Feb 19
USPS Priority Mail

Save up to 20%

# Gift cards and coupons

Enter code:          Apply

# Donate to charity ⓘ

Save a Child's Heart Foundation

Give $2 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

# Order Summary

Item (1)                                                                    $18.95

2/13/25, 2:31 PM                                      Checkout | eBay

| | |
|---|---|
| Shipping | $9.63 |
| Tax | $1.72 |

**Order total**                                          **$30.30**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

**Confirm and pay**

$ Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑✗ and AdChoice ⓘ

2/13/25, 2:33 PM    Vintage Pendant Light Fixtures Industrial Hammered Metal Hanging Bar Lamp Wood | eBay



Hi Mike! ∨        Daily Deals    Gift Cards    Help & Contact                    Sell    My eBay ∨

ebay    🔍 Search for anything

|Listed in category:                                                                 Share

‹  Back to home page        Home & Garden  ›  Lamps, Lighting & Ceiling F...  ›  Chandeliers & Ceiling Fixt...



    ...  

Have one to sell? **Sell now**

## Similar Items
Sponsored                        Feedback on our suggestions  |  **See all**

1Pc 200W UFO LED High Bay Light Industrial &...
**New**
$345.00
+ $47.91 shipping
Seller with 100% positive feedback

3 Pack 8.3" Vintage Indoor Hammered Metal Black/White...
**New (Other)**
$24.99
Free 2-4 day shipping
Seller with 100% positive feedback

Standard Dome 16" Industrial Lighting Fixture Satin Copper...
**New**
$195.00
+ $18.00 shipping
**14 watchers**

🔺ALMOST GONE
Antique Wood Wine Barrel Pendant Lamp Hanging Rustic...
**New**
$59.99
Free 5 day shipping
**13 watchers**

### Vintage Pendant Light Fixtures Industrial Hammered Metal Hanging Bar Lamp Wood

  musicman1a2a3a4 (9639)
99.1% positive
Seller's other items
Contact seller

## US $34.99

Condition:    Open box      *"Open Box Liquidation - SEE ALL PHOTOS - Small Scratch on Wood Surface"*

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

⚡ People are checking this out. 2 have added this to their watchlist.

Pickup:      Free local pickup from Flint, Michigan, United States 48504

Shipping:    US $12.85 USPS Ground Advantage®. See details
             Located in: Flint, Michigan, United States

Delivery:    Estimated between Sat, Feb 15 and Thu, Feb 20 to 15222 ⓘ

Returns:     30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount.. See details

Payments:       

**PayPal CREDIT**
Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

 eBay Money Back Guarantee

https://www.ebay.com/itm/116279119177?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D3...    1/5

Get the item you ordered or your money back. Learn more

## Inspired by your recent views
Sponsored

Feedback on our suggestions    |    See all



ELYONA UP3011 Pendant Light Fixture 10.2" Hammered Metal Shade...
New (Other)

**$18.95**
~~$23.69~~ 20% off
+ $9.63 shipping
🏅 Top Rated Plus
Seller with 99.3% positive feedback



Small Hanging Pendant Light Black Pack Of 3

New (Other)

**$49.99**
Free shipping
Seller with 100% positive feedback



ELYONA UP3011 Dark Blue Adjustable Height Modern Hanging Pendant Light
New (Other)

**$69.99**
+ $4.99 shipping
Seller with 99.1% positive feedback



ELYONA Pendant Light for Kitchen Island 3 Pack Hammered Metal Solid...
New

**$60.00**
Free shipping
Seller with 100% positive feedback



ELYONA Pendant Lights for Kitchen Island, 7" Solid Wood Vintage Hammered...
Pre-owned

**$138.75**
Free shipping
Seller with 99.4% positive feedback

Pend
Islan
Han
New

**$85**
+ $3
Sell
fee

---

**About this item**

Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 04, 2024 16:28:54 PDT   View all revisions

eBay item number:   116279119177

## Item specifics

| | |
|---|---|
| Condition | **Open box** ⓘ |
| Seller Notes | "Open Box Liquidation - SEE ALL PHOTOS - Small Scratch on Wood Surface" |
| Power Source | Hardwired |
| Size | Medium |
| Color | Brushed Brass |
| Material | Metal, Wood |
| MPN | B091B2G4VP |
| Installation Area | Indoor |
| Brand | Unbranded |
| Type | Pendant |
| Sensor Type | Light |
| Style | Industrial |
| Shade Shape | Dome |
| Room | Bar |
| Finish | Hammered |

UPCn
a

## Item description from the seller

### Vintage Pendant Light Fixtures, Industrial Hammered Metal Hanging Bar Lamp, Solid Wood, Antique Gold Adjustable Pendant Lights for Kitchen Island, Farmhouse, Dining Room, Brushed Brass

| | |
|---|---|
| **Brand** | ELYONA |
| **Color** | Brass |
| **Style** | Vintage, Industrial, Retro, Mid Century Modern, Rustic |
| **Light fixture form** | Pendant |
| **Room Type** | Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, Study Room |

### About this item

- 👍【The Top Craftsmanship Brushed Brass Hammered Metal Shade 】①Rather than the spray painting process, ELYONA brushed brass hammered surface, present special texture to provide vintage industrial feeling smooth which won't crack, more durable and stable. ② Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538℃ to ensure no impurities. ③ The use of top hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.

- 👍【Why can you trust ELYONA's Solid Wood?】① Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.

- 👍【 Medium Dimension & Wood Maintenance 】① Dimension & Adjustable Height：Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.5". ❥(We have 10 "and 6.8" sizes for different choices) ② Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.

- 👍【Patent Design Pendant Light】①With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality and detail & getting many patents for appearance design and functions at the same time. ② Rubber wood with hammered metal shade pendant light provides vintage industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, and beside nightstand. Add this modern industrial looking to your home now!

- 👍【Bulb Requirements & Dimmable】① ETL Listed, and cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ❥When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included).

Open Box Liquidation - SEE ALL PHOTOS - Small Scratch on Wood Surface

REDUCED PRICE !! Currently Sells for $62.99 on Amazon B091B2G4VP

## About this seller



### musicman1a2a3a4

99.1% positive feedback · 45K items sold

🗓 Joined Oct 2015
🕐 Usually responds within 24 hours

A little of our history: Full time online sales since 1999 originally starting as a brick and mortar music/video store way back in 1980. With the steady decline of music sales, in 2015 we started …

See more ⌄

**Visit store**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ——— | 4.9 |
| Reasonable shipping cost | ——— | 4.8 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

Average for the last 12 months

## Popular categories from this store    See all

Tom Ford Parfum    Filters - Water, Air, etc.    Mens Clothing    Tools    Toys - Games - Collectables

Electronics / Electrical    Womens Clothing    Atomizers Empty    Music CDs

## Seller feedback (11,359)

Filter: All ratings ⌄

⊕ a***o (108) · Past year                                                    Verified purchase

Just received this cd and it came packaged very,very secure and it did come factory sealed as described & shown!Good price & fast shipping as well!Highly recommend this seller!!THANKS AGAIN!!!

CHOCOLATE MILK / Ice Cold Funk The Greatest Grooves of Hits CD 1998 New Sealed (#114393885545)

⊕ z***4 (95) · Past 6 months                                                Verified purchase

Received my cd order today in brand new sealed condition as advertised and packaged very securely as well. Quick shipping to delivery. Wonderful customer service with this seller. Thank you.

BOOK OF REFLECTIONS / Chapter II Unfold The Future CD IMPORT 2006 New Sealed 2 (#114362738795)

⊕ 7***a (5943) · Past 6 months                                              Verified purchase

EXCELLENT TRANSACTION!! AWESOME SELLER!! SUPER FAST SHIPPING & DELIVERY!! THE CD IS EXACTLY AS DESCRIBED AND PICTURED IN LISTING!! PACKAGED AND PROTECTED VERY WELL!! HIGHLY RECOMMENDED SELLER!! THANKS. VERY PLEASED.

STEEPWATER BAND / Grace And Melody CD 2008 New Sealed (#114162880405)

⊕ a***3 (32) · Past month                                                   Verified purchase

This was a stellar transaction! Checked all the boxes with five stars! as described, lightning fast shipper, wrapped to arrive in perfect condition! Thank you!!!!

3 Pack 6x8 inch Acrylic Picture Frame Clear 6 x 8 Photo Frames Magnetic Picture (#116440489758)

⊕ n***7 (580) · Past year                                                   Verified purchase

CD is exactly as described, great price, shipped SUPER FAST & packaged very well. Thanks so much for the excellent service!! A+++

2/13/25, 2:33 PM                        Vintage Pendant Light Fixtures Industrial Hammered Metal Hanging Bar Lamp Wood | eBay

MISFITS IN THE ATTIC / Enter At Your Own Risk CD 1994 NEW SEALED (#113232529128)

⊕ i***i (669) · Past month                                                                          Verified purchase

Trusted and reliable seller.Super fast shipping and delivery and CD in perfect condition as described and well packaged,thanks!

TURISAS / Battle Metal CD IMPORT 2004 New Sealed (#114180608412)

⊕ a***e (1165) · Past month                                                                        Verified purchase

Superfast shipping. Described and packaged well. Good price. A+ 5***** Thank you!

Beer Faucet Draft Homebrew Stainless Steel Intertap Kegerator Sealing Tap Brewer (#116418950534)

⊕ 8***d (450) · Past month                                                                          Verified purchase

Item is as described by seller. Brand new CD, great price and well packed, very happy with my purchase, excellent seller.

BRUCE DICKINSON / Skunkworks CD 1996 NEW SEALED Castle Music Ltd Iron Maiden (#114444737459)

[ See all feedback ]

---

Back to home page                                                                                   Return to top

More to explore :   Metallic Industrial Pendants Fixtures ,   Metal Pendants Fixtures ,   Metallic Pendants Fixtures ,   Bar Pendants Fixtures ,
Compact Fluorescent Lamp Industrial Pendants Fixtures ,   Cal Lighting Industrial Pendants Fixtures ,   Light Pendants Fixtures ,
Golden Lighting Industrial Pendants Fixtures ,   Wood Pendant Chandeliers and Ceiling Fixtures ,   Vintage/Retro Metal Wall Lighting Fixtures

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo Smart Wi-Fi Slim Canless LED Downlight 6" HLB6099WZRGBWMWR

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light

Lithonia Lighting  LED Strip Light

**Top Rated**

Hykolity 4FT 42W 3700 Lumens Linkable LED Shop Light with Pull Chain - Pack of 4 (HY-SL42W5KF-4)

Sea Gull 14540S-15 Traverse Lyte LED Downlight

Artika Essence 27W Chrome Integrated LED 4 Pendant Light Chandelier

Halo HLB6 6" Ultra Thin Downlight LED Kit

Halo 3008722 6" 10.1W HLB Lite LED Recessed Direct Mount Light Trim - Matte White (ACHR154595)

## Related Searches

| Industrial Hanging Light | Vintage Hanging Pendant Light | Vintage Metal Pendant Light | Hanging Light Fixture Vintage | Hanging Pendant Lights |

| Modern Hanging Light Fixture | Vintage Brass Pendant Light | Hanging Fixture Light | Vintage Hanging Bar Lights | Vintage Pendant Light |

| Dining Room Hanging Light Fixture | Hanging Vintage Light | Hammered Copper Pendant Light | Bar Pendant Light | Vintage Brass Light Fixture |

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⊻✕ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 New! Pay with Venmo for fast and easy checkout.

# Pay with

○    PayPal

○    Venmo

◉    x-3651

○  Add new card
   

○    Google Pay

○    Special financing available.
   Apply now.  <u>See terms</u>

---

# Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222
United States
(312) 888-6633

<u>Change</u>

---

# Review order

 musicman1a2a3a4  ·  <u>Add note for seller</u>
99.1% positive feedback



**LAST ONE**

Vintage Pendant Light Fixtures Industrial Hammered Metal Hanging Bar Lamp Wood
**$34.99**

Quantity 1

Returns accepted

● **Delivery**

    ● Est. delivery: Feb 15 – Feb 20
      USPS Ground Advantage
      $12.85

    ○ Est. delivery: Feb 15 – Feb 20
      USPS Priority Mail
      $14.25

○ **Pickup**
**Free Local Pickup**
Contact seller after checkout to arrange pickup
You'll pick up in Flint, Michigan

# Gift cards and coupons

| Enter code: | | Apply |

# Donate to charity ⓘ

### Save a Child's Heart Foundation

Give $2 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

2/13/25, 2:33 PM

Checkout | eBay

Select amount       None ⌄

## Order Summary

| | |
|---|---|
| Item (1) | $34.99 |
| Shipping | $12.85 |
| Tax | $2.87 |
| **Order total** | **$50.71** |

By placing your order, you agree to eBay's [User Agreement](#) and [Privacy Notice](#).

**Confirm and pay**

💲 Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2025 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Consumer Health Data](#), [Payments](#) [Terms of Use](#), [Cookies](#), [CA Privacy Notice](#), [Your Privacy Choices](#) and [AdChoice](#)



1/22/25, 2:26 PM                    3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay









❓

Black suspended industrial chandelier. Rustic ceiling light.
New
**$347.00**
Free shipping
Seller with 100% positive feedback

ELYONA Pendant Light for Kitchen Island 3 Pack Hammered Metal Solid...
New
**$60.00**
Free shipping
Seller with 100% positive feedback

**ALMOST GONE**
20" Modern Fan Lights Flush Mount LED Ceiling Light kit With Remote APP Control
New
**$76.99**
$85.54 10% off
Free shipping
🅱️ Top Rated Plus
52 sold

ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid...
New
**$58.00**
Free shipping

## Inspired by your recent views
Sponsored

Feedback on our suggestions    See all





ELYONA 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood
New
**$58.00**
Free shipping

**LAST ONE**
Modern 3-pack Pendant Light Kitchen Island Ceiling Hanging Lamp ChandelierOpens
New
**$119.19**
$148.99 20% off
Free shipping
🅱️ Top Rated Plus
Seller with 99.2% positive feedback

3 Pack White Hammered Pendant Lights for Kitchen Island 7" Nordic Solid Wood ...
New
**$158.54**
Free shipping
Seller with 100% positive feedback

Pendant Light for Kitchen Island 3 Pack Hammered Metal Solid Wood Hanging Light
New
**$167.99**
Free shipping

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li
New
**$165.99**
Free shipping



3 Pack... Island... Woo... New
**$168...**
Free s...

About this item                                                    Report this item

https://www.ebay.com/itm/335633841585?_skw=elyona&itmmeta=01JAYE2Y5HWY1Q4SG93FV1PRK5&hash=item4e2555fdb1:g:LfgAAOSw~mxnGcwp&itmprp=enc%3AAAQAJAAAA4HoV3kP08IDx%2...                    2/9

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay

Seller assumes all responsibility for this listing.                                                eBay item number: **335633841585**

Last updated on Jan 08, 2025 01:03:15 PST   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand | Does not apply |
| Type | Does not apply | Light Source Type | Edison bulbs, incandescent bulbs, CFLs, LED bulbs |
| Style | Modern, Industrial, Farmhouse, Coastal, Rustic, Retro, Vintage | Power Source | Corded Electric |
| Fixture Type | Non Removable | Number of Light Sources | 1 |
| Control Method | App | Warranty Type | 🔅 One-Year Warranty |
| Theme | Space | Batteries Included? | No |
| Lighting Method | Downlight | Specification Met | ETL |
| Controller Type | Push Button | Unit Count | 3.0 Count |
| Room Type | Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, | Assembly Required | Yes |
| Product Dimensions | 7"L x 7"W x 63"H | Installation Type | Semi Flush Mount |
| Finish Type | 1538 ℃ Bake Painted & Solid Wood Polishing Process | Specific Uses For Product | Kitchen islands, porch Lighting, hallways, bars, dining room, liv |
| Included Components | Mounting Hardware | Indoor/Outdoor Usage | Indoor |
| Batteries Required? | No | Item Weight | 5.34 pounds |
| Light fixture form | Pendant | Bulb Base | E26 |
| Shade Color | Modern Blue | Wattage | 40 watts |
| Color | Blue - 3 Pack | Voltage | 110 Volts |
| Shape | Dome | Shade Material | Hammered Blue Metal |
| Plug Format | A- US style | Size | Small |
| Finish types | 1538 ℃ Bake Painted & Solid Wood Polishing Process | | |
| UPC | 313028481479 | | |

## Item description from the seller



?

OTHER ITEMS          FEEDBACKS          ABOUT US          CONTACT US          ADD TO FAVORITES



## 3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Light Fixtures Adjustable Height Industrial Pendant Lighting for Dining Room Bedroom Bar Office, Modern Blue Small

- 【Why can you trust ELYONA's Solid Wood?】①Made of FSC Certification Smooth Rubber Wood which has represents that the timber used is following the strict environmental standards of FSC. ②Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ③ The pendant lamp has a certain weight to ensure that the wire will not bend when hanging

- 【The Top Craftsmanship Hammered Metal Shade 】①Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth won't crack, more durable and stable. ②Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538℃ to ensure no impurities. ③Top japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.

- ✋【Small Dimension & Wood Maintenance】 ①Dimension & Adjustable Height:  Max 54.5" H x 6.8" W x 6.8" D, Ceiling Canopy: Dia. 4.3".This light can be installed at any height of the ceiling and bevel. ② For easy maintenance, wipe it clean with a damp cloth, then dry. Our product has been coated with mineral oil

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay

before packaging, and we recommend reapplying mineral or olive oil 1-2 times every 3 months to enhance the textured wood grain.◗(We have 10 "and 6.8" sizes for different choices)

- 【ELYONA Unique Blue Modern Pendant Light】① ELYONA "Modern Blue", According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more "New Possibilities" about HOME. ② With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living room, office, bar, bedroom. Add this modern industrial looking to your home now!

- 🔥【Dimmable & Bulb Requirements & One Year 】① ETL Listed, and cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ◗When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ③We offer One Year to bring you a great value shopping experience. If you have any questions, please via the message box.

**Product Description**

## WHY CHOOSE ELYONA ?

1. The video showcases the product in use.The video guides you through product setup.The video compares multiple products.The video shows the product being unpacked.

### Solid Wood From ELYONA

- Global procurement of top timber production areas
- FSC Certified Solid Wood
  This certification represents that the timber used is managed according to the strict social and environmental standards of FSC.(licence code: FSC-C158069/Valid Date: 25 June 2025 )
- All of ELYONA timbers use FSC certified wood of the best quality.Unlike fiberboard, solid wood texture is natural, glue-free, formaldehyde-free and healthier

2. The video showcases the product in use.The video guides you through product setup.The video compares multiple products.The video shows the product being unpacked.

### Hammered Metal From ELYONA

- Primitive Iron Ores from Pure Plateau Mountains
- Ultra High Temperature Melting at 1538℃
- Use the extremely hard black gold mold to ensure that each hammer pattern is full and round, with a proper proportion of depth
- Use disposable toner baking varnish, never recycle.Ensure the color without impurities, anti-corrosion, no cracking, and good ductility.
- 3. The video showcases the product in use.The video guides

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay

5. The video showcases the product in use. The video guides
you through product setup. The video compares multiple
products. The video shows the product being unpacked.

**ELYONA Industrial**

**?**

## About this seller

**kirit4181**

98.6% positive feedback · 647 items sold

📅 Joined Jun 2020

| Visit store |
| Contact |
| ♡ Save seller |

### Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

Average for the last 12 months

## Seller feedback (150)

🟢 8***8 (188) · Past month                                                                                                  Verified purchase

Everything came intact and well packaged and the price for it was excellent seller response is awesome too all the way from purchase to track thanks again

68218057AB ATF+4 Automatic Transmission Fluid, 1 Quart (4 Pack) (#335269965849)

🟢 9***u (181) · Past 6 months                                                                                               Verified purchase

Order came as described. Was packed great and received faster then I thought it would come. Seller had good communication as well.

18X24 Poster Topload Holder - 10 Ct (#335335965043)

🟢 -***x (2044) · Past 6 months                                                                                              Verified purchase

Great Seller, item received as described, excellent communication, fast shipping

8WD1234 Portable Seat Stand for Boat Seats, Black Powder Coat Finish (#335472733944)

🟢 m***r (220) · Past month                                                                                                  Verified purchase

I purchased this item and had to return it for personal reasons, nothing wrong with the item. Regarding the seller, I had no issue with them. I bought the item during the busiest time of the year and
I understood the time it took for the seller to respond. Once they did reply the whole return went so smoothly and efficiently. The shipping was fast for both times when it came in and I returned it.

1/22/25, 2:26 PM                              3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay



Ellipse by - Motorized Power Assisted Movement (#335304031313)

1***u (193) · Past 6 months                                                                                              Verified purchase

Real fast shipping, packaged real good and good quality. I will buy again and I highly recommend this seller.

Portable 12V Lithium Battery, 20Ah Lifepo4 Deep Cycle Rechargeable Battery, Buil (#335325697927)

l***v (319) · Past 6 months                                                                                              Verified purchase

Items as described, well packagd, prompt delivery - thank you!

2 Pack Acrylic DVD/CD Storage Box, Clear DVD Holder Case with Handles, Stackable (#335374985323)

n***t (1020) · Past 6 months                                                                                             Verified purchase

Quick shipping. Product as described. Great seller.

Conversation Hearts Candy 5 Pound Bag (#335300830013)

8***8 (236) · Past 6 months                                                                                              Verified purchase

Fast shipping and great comms. Made the process very simple to successfully complete the transaction.

Christmas Tree Skirt for Tree Decorations, 60 Inch Fabric Sliver Medium Xmas Vel (#335619894525)

See all feedback

Back to home page                                                                                                       Return to top

More to explore :   Solid Wood Hanging Shelves,   Kitchen Island Light Fixtures,   Solid Wood Kitchen Carts,   Kitchen Islands,   Solid Wood Kitchen Cabinets,
Solid Wood Kitchen Cabinets & Cupboards,   Solid Wood Kitchen Storage Cabinets,   Solid Wood Kitchen Foldable Tables,   Solid Wood 3 Nightstand

## Shop Top Sellers and Highly Rated Products in Chandeliers & Ceiling Fixtures

**Best Sellers**

ZEEZ 9w 5" Round White LED Recessed Light Bulb Lamp

Commercial Electric 6 " LED Color Changing Recessed Trim with Night Light

Progress Lighting P350105-109-30 Elevate LED Flush Mount Brushed Bronze

Halo LT56079FS1EWHR4PK 5/6 in. LED Retrofit with Baffle Trim White 5 CCT

Commercial Electric 91478 6 inch Canless Recessed Lighting - White

**Top Rated**

Sea Gull 14540S-15 Traverse Lyte LED Downlight

Globe Electric 3 Light 15.4" Metal Chandelier - Oil-Rubbed Bronze

Lithonia Lighting WF6 LED 30K40K50K 90CRI MW M6 6" LED Wafer Light

Halo HLB6 6" Ultra Thin Downlight LED Kit

Commercial Electric 91478 6 inch Canless Recessed Lighting - White

## Related Searches

Pendant Light for Kitchen Island    Pendant Lighting Kitchen Island    Kitchen Island Lighting    Kitchen Island Lighting Gold    Farmhouse Kitchen Island Lighting    Kitchen Hanging Lighting

Hanging Kitchen Bar Lights    Hanging Pendant Lights    Hanging Lights for Dining Room    Kitchen Lights    Kitchen Light Fixtures    Kitchen Light Fixture Led    Kitchen Lights Ceiling

Kitchen Island Wood    Hanging Lights Modern

1/22/25, 2:26 PM                    3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay



About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

| | |
|---|---|
| Lighting Method | Downlight |
| Specification Met | ETL |
| Controller Type | Push Button |
| Unit Count | 3.0 Count |
| Room Type | Kitchen, Dining Room, Bedroom, Living Room, Office, Bar, Hallway, Study Room |
| Assembly Required | Yes |
| Product Dimensions | 7"L x 7"W x 63"H |
| Installation Type | Semi Flush Mount |
| Finish Type | 1538 ℃ Bake Painted & Solid Wood Polishing Process |
| Specific Uses For Product | Kitchen islands, porch Lighting, hallways, bars, dining rooms, living rooms, cafes, clubs, foyers, barns, among many other indoor/outdoor applications |
| Included Components | Mounting Hardware |
| Indoor/Outdoor Usage | Indoor |
| Batteries Required? | No |
| Item Weight | 5.34 pounds |
| Light fixture form | Pendant |
| Bulb Base | E26 |
| Shade Color | Modern Blue |
| Mounting Type | Ceiling Mount |
| Color | Blue - 3 Pack |
| Wattage | 40 watts |
| Shape | Dome |
| Voltage | 110 Volts |
| Plug Format | A- US style |
| Shade Material | Hammered Blue Metal |
| Finish types | 1538 ℃ Bake Painted & Solid Wood Polishing Process |
| Size | Small |

WORLDWIDE SHIPPING     SECURE PAYMENT     100% CUSTOMER SATISFACTION     QUALITY MATERIALS

Dimensions     Shipping     Returns     Additional Info

**Product Dimensions: 7.0 "h x 7.0 "h x 63.0 "h. Weight: 5.34 lb**

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li | eBay

?

3/12/25, 9:46 AM                                           Checkout | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 Buy with PayPal. It's fast and simple.

## Pay with

○  PayPal

○  Venmo

⦿ VISA  x-3651

○ Add new card
   

○ G Pay  Google Pay

○ PayPal CREDIT  No Interest if paid in full in 6 months.
   Apply now. <u>See terms</u>

---

### Order Summary

| | |
|---|---|
| Item (1) | $163.99 |
| Shipping | Free |
| Tax | $9.84 |
| **Order total** | **$173.83** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

**Confirm and pay**

$ Purchase protected by <u>**eBay Money Back Guarantee**</u>

## Ship to

steven howard
223 4TH AVE
PITTSBURGH, PA 15222

https://pay.ebay.com/rxo?action=view&sessionid=2369025839019                    1/3

3/12/25, 9:46 AM            Checkout | eBay

United States
(312) 888-6633

<u>Change</u>

## Review order

 kirit4181  ·  <u>Add note for seller</u>
98.7% positive feedback

 **LAST ONE**

3 Pack Pendant Lights for Kitchen Island 7" Hammered Metal Solid Wood Hanging Li
**$163.99**

Quantity 1

Returns accepted

**Delivery**
**Free Standard Shipping**
Est. delivery: Mar 15 – Mar 20

## Gift cards and coupons

Enter code:          Apply

?

3/12/25, 9:46 AM                                          Checkout | eBay

# Donate to charity 

### National Multiple Sclerosis Society

It's Multiple Sclerosis Awareness Week! The National MS Society's mission is to cure MS while empowering people affected by MS to live their best life PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None  ⌄

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

?

1/22/25, 2:31 PM          Wood Tripod Floor Lamp, Mid Century Modern Reading Standing Light, Tall Studying Light with 3 Color Temperatures LED Bulb & Nature Linen Shade for Farmhouse Living Room Bedroom Office, Walnut - Walmart.com

 Everybunny's favorite



Sponsored ⓘ






+12 View all



Unbranded

**Wood Tripod Floor Lamp, Mid Century Modern Reading Standing Light, Tall Studying Light with 3 Color Temperatures LED Bulb & Nature Linen Shade for Farmhouse Living Room Bedroom Office, Walnut**

☆ (No ratings yet)

**Actual Color:** Walnut

 $90.98           $104.98

**About this item**

- 【Why can you trust **ELYONA**'s Solid Wood?】①All our wood is sourced from internationally certified legal forests by FSC, ensuring responsible harvesting that does not compromise ecological stability. Simultaneously we advocate against any form of illegal logging. ②"Derived from Nature, Returning to Nature" has been the guiding principle we uphold. Showing the beauty of solid wood lamp, and collaborate to lessen the environmental impact of plastics. Let's say "YES" to fostering a greener Earth.
- 【3-Color Temperatures Bulb Included & Foot Switch】①The foot switch allows easy on/off and light color adjustment. ②Includes a 3-Color Temperatures E26 LED Bulb (9W) offering 3000K warm light, 4500K natural light, and 6000K white light, suitable for various settings like bedroom night light or living room reading light. It also supports smart bulbs with built-in switch functions. ③(Ensure replacement bulbs are under 60 Watts)
- 【Vintage Solid Wood Floor Lamp & Sturdy Tripod Legs】There is no exactly the same wood grain in the world,each lamp is a unique individual,retain the breath of nature,retain the pure natural wood grain. **ELYONA** Tripod Floor Lamp is hand-painted walnut wood color,ideal for farmhouse,industrial,country.The classic triangular design ensures a sturdy structure,making it highly suitable for households with children or pets to prevent accidental collisions that could cause the lamp to topple over
- 【ETL Listed & One Year Warranty】With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality and detail & getting many patents for appearance design and functions at the same time. We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box....

View more ∨

**At a glance**

| Brand |
|---|
| Unbranded |

View all specifications



**$104.98**

Price when purchased online ⓘ

As low as **$10/mo** with affirm  Learn how

🚚 Free shipping · ⟳ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)

☐ 3-Year plan - $18.00
☐ 2-Year plan - $14.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏢 Delivery |
|---|---|---|
| Arrives Jan 31 | Not available | Not available |
| Free | | |

Delivery to **1N La Salle St**

🏪 Sold and shipped by hendianzisha

⟳ Free 30-day returns  Details

♡ Add to list          ⊞ Add to registry

1/22/25, 2:31 PM

Wood Tripod Floor Lamp, Mid Century Modern Reading Standing Light, Tall Studying Light with 3 Color Temperatures LED Bulb & Feature Linen Shade for Flat-House Living Room Bedroom Office, Walnut - Walmart.com



**Sponsored**

**$64.99**

LEPOWER Wood Tripod Floor Lamp, Mid Century Standing Lamp, Modern Design Floor Light for Living Room, Bedroom and Office, Flaxen Lamp Shade with E26 Lamp Base Brown

2-day shipping

+ Add



Sponsored

Now $29.99    $39.99
Options from $29.99 – $39.99

Sunmory Floor Lamp, Floor Lamp for Living Room Modern Standing Lamps with Lampshade 3 Color Temperature Tall Lamp, Suitable for Modern/Boho/Farmhouse and Other Home Decor Styles

★★★★☆ 14

Save with W+

Shipping, arrives in 2 days



Sponsored

$59.95

360 Lighting Mid Century Modern Table Lamp 24" High Walnut Faux Wood Brown Off White Linen Drum Shade for Bedroom Living Room House Bedside Office

★★★★☆ 23

Shipping, arrives in 3+ days



$53.99

EE Eleven Master Wood Tripod Floor Lamp with 3 Color Temp Lamp, Modern Design Tall Light for Living Room, Bedroom

Save with W+

Shipping, arrives in 2 days



Best seller

Now $39.99    $75.99

NATYSWAN Tripod Floor Lamp,Modern Gold Standing Lamp with Drum Shade,Minimalist Studying Light for Living Room, Bedroom, Study Room and Office

★★★★★ 31

2-day shipping



Best seller

Now $37.99    $75.99

NATYSWAN Tripod Floor Lamp, Mid Century Black Standing Lamp, Modern Minimalist Design Studying Light for Living Room, Bedroom, Study Room

★★★★★ 31

2-day shipping



Now $35.99    $99.99

LED Modern Floor Lamp Night Light for Living Room, 5 Colors and Brightness with Remote and Touch Control,Standing Lamp with 1H Timer, Dimmable Reading Floor Lights

★★★★☆ 70

2-day shipping

## About this item

Product details                                                                                    ^

### Product Description

Previous page

Next page

1 Bedroom 2 Office 3 Living Room

Previous page

Next page

13 Color LED Bulb Included 2 Smart Bulb Compatible 3 Different Colors

## SOLID WOOD SERIES

1
2
3
4

## Dimmable Floor Lamp

SOLID WOOD SERIES

1/22/25, 2:31 PM
Wood-Tripod Floor Lamp, Mid-Century Modern Reading Standing Light, Tall Studying Light with 3-Color Temperatures LED Bulb & Feature Linen Shade for Farmhouse Living Room Bedroom Office, Walnut - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 161 of 227

Add to Cart

SOLID WOOD SERIES

Add to Cart

SOLID WOOD SERIES

Add to Cart

SOLID WOOD SERIES

Buying Options

SOLID WOOD SERIES

Add to Cart

SOLID WOOD SERIES

Add to Cart

INDUSTRIAL SERIES

Buying Options

Customer Reviews

*4.7 out of 5 stars*
21

*4.3 out of 5 stars*
39

*4.2 out of 5 stars*
185

*4.3 out of 5 stars*
560

*4.2 out of 5 stars*
159

*4.2 out of 5 stars*
159

*4.2 out of 5 stars*
8

Price
$64.99 $64.99 $64.99 $89.99 $89.99 — $49.99 $49.99 $124.99 —

Features
3 Color Temperature Included 3 Color Temperature Included Grey Solid Wood FSC Listed Solid Wood Board TYPE C Charging Port & Outlet Stepless Dimmable & Solid Wood Stepless Dimmable

Size
20 x 20 x 59.61 inches 20.3 x 20.3 x 61 inches 22 x 22 x 60.5 inches 13 x 13 x 65 inches 11.7 x 13.4 x 65 inches 26 x 26 x 63 inches 11 x 11 x 71 inches

Switch
Foot Switch Foot Switch Pull Chain Control Foot Switch Rocker Dimmer Switch Foot Switch

Material
Solid Wood Solid Wood Solid Wood Solid Wood Solid Rubber Wood Solid Rubber Wood Baking Paint Metal

Bulb Base
E26 E26 E26 E26 E26 E26 E26

- 【Why can you trust **ELYONA**'s Solid Wood?】①All our wood is sourced from internationally certified legal forests by FSC, ensuring responsible harvesting that does not compromise ecological stabilit. Simultaneously we advocate against any form of illegal logging. ②"Derived from Nature, Returning to Nature" has been the guiding principle we uphold. Showing the beauty of solid wood lamp, and collaborate to lessen the environmental impact of plastics. Let's say "YES" to fostering a greener Earth.
- 【 3-Color Temperatures E26 LED Bulb Included & Foot Switch 】①The foot switch allows easy on/off and light color adjustment. ②Includes a 3-Color Temperatures E26 LED Bulb (9W) offering 3000K warm light, 4500K natural light, and 6000K white light, suitable for various settings like bedroom night light or living room reading light. It also supports smart bulbs with built-in switch functions. 】(Ensure replacement bulbs are under 60 Watts.)
- 【Vintage Solid Wood Floor Lamp & Sturdy Tripod Legs 】 There is no exactly the same wood grain in the world,each lamp is a unique individual,retain the breath of nature,retain the pure natural wood grain. **ELYONA** Tripod Floor Lamp is hand-painted walnut wood color,ideal for farmhouse,industrial,country.The classic triangular design ensures a sturdy structure,making it highly suitable for households with children or pets to prevent accidental collisions that could cause the lamp to topple over
- 【ETL Listed & One Year Warranty 】 With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality and detail & getting many patents for appearance design and functions at the same time. We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.
- 【Wood Maintenance & High Density Nature Linen Shade】①Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 1 month to make the wood grain more textured. ②We use high-quality primary color linen with tight texture, Water&oil-resistant nature linen shade, making the light more comfortable. It can be focused on any area you want to read, study, and work.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications ⌃

**Brand**
Unbranded

## Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year.  See terms for eligibility.  Learn more.

SAMSUNG

As low as $278

Sponsored ⓘ



Options

**$51.98**
Options from $31.98 – $110.48

2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze

Shipping, arrives **in 3+ days**



1

**$116.98**

Solid Wood Tripod Floor Lamp, Tall Standing Light with Table, Mid Century Modern Corner Shelf Reading Floor Lamp with Drum Shade for Living Room, Bedroom, Office, LED Bulb Included, Brown

Shipping, arrives **in 3+ days**



Options

**$149.98**
More options from $82.48

2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Industrial Metal Pendant Lighting for Farmhouse, Kitch...

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Lamps  /  Table Lamps  /  Shop All Table Lamps



Free shipping, arrives by Mon, Mar 24

Steven kal                                                                    Edit
223 4th Ave, 4th Floor, Pittsburgh, PA 15222

**Delivery instructions (optional)**                                          Edit

House

**Items details**                                                      Hide details

Arrives by Mon, Mar 24                                                      1 item

Sold and shipped by hendianzisha
Free shipping

Wood Tripod Floor Lamp, Mid Century Modern
Reading Standing Light, Tall Studying Light with 3...
Actual Color: Walnut

**$104.98**

Remove          −   1   +



**Place order for $112.33**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $104.98
Shipping                                     Free
**Estimated taxes**                         $7.35

☐  Give $0.67 to Feeding America® to support your        �घ
   local community.
   Round up your total to the nearest dollar to donate

**Donate a whole dollar to Feeding America.** �घ

$1.00        $2.00        $5.00

**Estimated total**                       **$112.33**

Have a promo code?                              ⌄



**Payment method**

⚠ Please enter your CVV.

VISA   Ending in 1950                              $112.33

Please enter the CVV for the card

* Required field

CVV *

[ 3 digits                                              ]

+ Add new payment                      Change payment

ⓢ one

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

as low as **$10/mo** with affirm                    Apply now

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

\*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 165 of 227



Big game, bigger value



Sponsored ⓘ

Unbranded

**35.5" Wood Linear Pendant Light 20W LED Stepless Dimmable Kitchen Island Light Fixture with Remote & Touch Control Brass Metal Adjustable Color Temperature for Dining Room Office Pool Table**

☆ (No ratings yet)

### About this item

- 【Why you trust **ELYONA**'s solid Wood?】①There is no exactly the same wood grain in the world, each lamp is a unique individual, retain the breath of nature, retain the pure natural wood grain. All our wood is sourced from internationally certified legal forests by FSC, that does not compromise ecological stability. ②Beyond showcasing the inherent beauty of solid wood light fixtures, our mission extends to the widespread promotion of Degradable, Eco-friendly Lighting.
- 【Stepless Dimming & Color Temperatures】 **ELYONA** LED Remote Control wood linear chandelier has stepless brightness adjustment (from 50%-100%), and color temperatures (from 2700K-6500K). Offering a broader color spectrum compared to most temperature-adjustable products on the market. 2700K provides extremely warm light during rest, while 6500k is perfect for efficient office work. Better meet your diverse needs in various scenarios, such as living room, dining room, bedroom, and home office.
- 【Integrated LED Light】 **ELYONA** wood linear touch control pendant light features an integrated LED light bar, delivering 20 watts of power with a maximum luminous flux of 2000 lumens. This surpasses the standard 500-1000 lumens of ordinary bulbs. With higher efficiency and durability than traditional bulbs, no need to replace the bulbs. Combined with stepless dimming, it offers a brighter adjustment range to meet all your lighting needs
- 【Remote & Touch Control】 The **ELYONA** Modern Solid Wood Linear Pendant Light offers 2 control methods: touch and remote. The touch switch, located at the bottom and made of U-shaped brass metal, is positioned at an ideal height for easy on/off and color adjustment. The remote control works up to a distance of 20 meters, providing stepless dimming and multiple preset scenes, allowing you to effortlessly adjust to your preferred setting with just one click.
- 【Dimension & Adjust Height & Warranty】 ①Dimension: Max73" H x 35.4"W. Ceiling Canopy: 4.3" x 12.5". Cords are included for height adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. ②Total power of 20 watts and voltage compatibility from 100V to 240V. ③To enhance your shopping experience, we provide 1-year warranty. Feel free to contact us through the Amazon message box at any time with any inquiries, and we assure you a response within 24 hours.

View full item details

### At a glance

| Brand |
|---|
| Unbranded |

View all specifications



**$128.55**

Price when purchased online ⓘ

As low as $13/mo with affirm) Learn how

🚚 Free shipping  ↩ Free 30-day returns

**Buy now**

**Add to cart**

🛡 Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 3-Year plan - $22.00
☐ 2-Year plan - $16.00

👤 Get expert help  What's covered
☐ Indoor Light Fixture Installation - $147.00

### How do you want your item?

| 🚚 Shipping Arrives Feb 4 Free | 🚗 Pickup Not available | 🏢 Delivery Not available |
|---|---|---|

Delivery to **1 N La Salle St**

🏢 Sold and shipped by **XYY**
★☆☆☆☆ 4 seller reviews
↩ Free 30-day returns  Details

1/22/25, 2:36 PM     35.5" Wood Linear Pendant Light 20W LED Stepless Dimmable Kitchen Island Light Fixture with Remote & Touch Control Brass Metal Adjustable Color Temperature for Dining Room Office Pool Table - Walmart.com

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 166 of 227



Sponsored

$281.00

Urban Ambiance Luxury Farmhouse Island/Linear, Size: 9"H x 38"W, with Urban Industrial Style Elements, Charcoal Finish, UHP2127

★★☆☆☆ 1

3+ day shipping

Add to list     Add to registry

+ Add

---



Options

Sponsored

$89.99

DougRos Kitchen Island Ceiling Green Mid Century Pendant Light with 3-Layer Metal Shade

★★★★½ 23

Save with W+

Shipping, arrives in 2 days



+ Add

$13.99

Puck Lights,13 Colors Changeable LED Puck Lightings, LED Lights for Bedroom, Under Cabinet Lights, Under Cabinet Lighting with 1 Wireless Remote Controls for Kitchen(6 Pack)

★★★★½ 90

Save with W+

Shipping, arrives in 2 days



+ Add

Now $25.99 $32.99

ADISUN Modern Led Pendant Lights Round Island Light Fi Room Dining Room Bar Bedroom Pendant Lamp Warm Wh

Save with W+

Shipping, arrives in 2 days

---



+ Add

$199.99 $199.99/count

Possini Euro Design Caliari Modern Ceiling Light Semi Flush Mount Fixture 18" Wide Warm Brass Double Drum Shade for Bedroom Kitchen Hallway Bathroom

★★★★★ 12

3+ day shipping



+ Add

$129.99 $129.99/count

Possini Euro Design Clarival Modern Ceiling Light Flush Mount Fixture 12 1/2" Wide Chrome Dimmable LED Clear Ring White Acrylic Diffuser for Bedroom

★★★★☆ 22

3+ day shipping



+ Add

$79.99

Depuley 18" LED Ceiling Light Fixture Modern Flush Mount Ceiling Light Brushed Nickel Round Ceiling Light for Living Room Bedroom Kitchen Hallway, 5 Color Adjustable, Super Bright 48W

★★★★½ 27

2-day shipping

---

## About this item

Product details     ⌃

### Product Description

Dimension & Adjustable Height：Max 77.5" H x 35.4" W x 0.79" D, Ceiling Canopy: 12.6" x 4.3" . Cords are included for height adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel.

Previous page

Next page

1 Kitchen 2 Home Office 3 Dining Room 4 Bedroom

### Stepless Dimming & Color Temperature Adjustment

Cleaning & Maintenance: Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.

1/22/25, 2:36 PM
35.5" Wood Linear Pendant Light 20W LED Stepless Dimmable Kitchen Island Light Fixture with Remote & Touch Control Brass Metal Adjustable Color Temperature for Dining Room Office Pool Table - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 167 of 227

## TOUCH CONTROL & REMOTE CONTROL

- 【Why you trust **ELYONA**'s solid Wood?】①There is no exactly the same wood grain in the world, each lamp is a unique individual, retain the breath of nature, retain the pure natural wood grain. All our wood is sourced from internationally certified legal forests by FSC, that does not compromise ecological stability. ②Beyond showcasing the inherent beauty of solid wood light fixtures, our mission extends to the widespread promotion of Degradable, Eco-friendly Lighting.
- 【Stepless Dimming & Color Temperatures】 **ELYONA** LED Remote Control wood linear chandelier has stepless brightness adjustment (from 30%-100%), and color temperatures (from 2700K-6500K). Offering a broader color spectrum compared to most temperature-adjustable products on the market. 2700k provides extremely warm light during rest, while 6500k is perfect for efficient office work. Better meet your diverse needs in various scenarios, such as living room, dining room, bedroom, and home office.
- 【Integrated LED Light】 **ELYONA** wood linear touch control pendant light features an integrated LED light bar, delivering 20 watts of power with a maximum luminous flux of 2000 lumens. This surpasses the standard 500-1000 lumens of ordinary bulbs. With higher efficiency and durability than traditional bulbs, no need to replace the bulbs. Combined with stepless dimming, it offers a brighter adjustment range to meet all your lighting needs.
- 【Remote & Touch Control】 The **ELYONA** Modern Solid Wood Linear Pendant Light offers 2 control methods: touch and remote. The touch switch, located at the bottom and made of U-shaped brass metal, is positioned at an ideal height for easy on/off and color adjustment. The remote control works up to a distance of 20 meters, providing stepless dimming and multiple preset scenes, allowing you to effortlessly adjust to your preferred setting with just one click.
- 【Dimension & Adjust Height & Warranty】 ①Dimension: Max73" H x 35.4"W. Ceiling Canopy: 4.3" x 12.5". Cords are included for height adjustment. This hanging light fixture can be installed at an height of the ceiling and bevel. ②Total power of 20 watts and voltage compatibility from 100V to 240V. ③To enhance your shopping experience, we provide 1-year warranty. Feel free to contact us through the Amazon message box at any time with your inquiries, and we assure you a response within 24 hours.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Brand**
Unbranded

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

### This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**SAMSUNG**
As low as $278

Sponsored ⓘ

1/22/25, 2:36 PM

35-5" Wood Linear Pendant Light 20W LED Stepless Dimmable Kitchen Island Light Fixture with Remote & Touch Control Brass Metal Adjustable Color Temperature for Dining Room Office Pool Table - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 168 of 227



$64.98

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black

Shipping, arrives in 3+ days



Options

$104.98
More options from $90.98

Wood Tripod Floor Lamp, Mid Century Modern Reading Standing Light, Tall Studying Light with 3 Color Temperatures LED Bulb & Nature Linen Shade for Farmhouse Living Room Bedroom Office, Walnut

Shipping, arrives in 3+ days



Options

$51.98
Options from $51.98 – $170.48

2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hangin Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dini

Shipping, arrives in 3+ days

---

**Report:**    ⊘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

---

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Place order for $141.73**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $128.55 |
| Shipping | Free |
| **Estimated taxes** | $13.18 |

| **Estimated total** | **$141.73** |
|---|---|

Have a promo code?



🚚 **Free shipping, arrives by Tue, Feb 4**

Steven kal                                                    Edit
223 4th Ave, 4th Floor, Pittsburgh, PA 15222

**Delivery instructions (optional)**                          Add

Add access codes, adjust your map location and more

**Items details**                                            Hide details

**Arrives by Tue, Feb 4**                                    1 item

Sold and shipped by XYY
Free shipping

35.5" Wood Linear Pendant Light 20W LED Stepless
Dimmable Kitchen Island Light Fixture with Remote &...

**$128.55**

Remove        −   1   +



**Payment method**

⚠ Please enter your CVV.

VISA    Ending in 1950                                        $141.73

Please enter the CVV for the card

* Required field

**CVV ***
[ 3 digits ]

+ Add new payment                              Change payment

🅢 one

onepay   $15 cash back when you spend $15+              Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

as low as **$13/mo** with affirm                         Apply now

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***



*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.
.

1/22/25, 2:37 PM     Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway - Walmart.com

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 171 of 227





Vadktai

**Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway**

☆ (No ratings yet)

Size: Free Size

| Free Size
$8.41 |

Actual Color: Brown

**About this item**

- 【 Boho Woven Series 】 Minimalist geometric design meet natural hand-woven, This pendant light perfect complement to minimalist, modern, traditional, bohemian style. Bring the feeling of the outdoors, epitomize the serene feeling of a comfortable atmosphere. And add natural texture to every living space.
- 【 Small Dimension & Adjustable Height 】 This hanging light fixture can be installed at any height of the ceiling and bevel.
- 【 Dimmable & Bulb Requirements & ETL Listed 】 All of **ELYONA** lighting is ETL Listed and meets 120-volt UL standards for safety and quality. Professional installation is recommended for all pendant light fixtures.
- 【 Natural Twine Shade 】 A sophisticated, matte brown finish complements natural hand-woven jute rope, Filtering the light from within, each piece creates a play of light and shadow in a room, adding an inviting ambience. We pay attention to details and use only the highest quality material.
- 【 CONTACT US 】 If you have any question, please CONTACT US.

View full item details

**At a glance**

| Color
Brown | Size
Free Size | Brand
Vadktai |
| Features
Dimmable | | |



**$8.41**

Price when purchased online ⓘ

⊕ Free 30-day returns

| Buy now |

| Add to cart |

**How do you want your item?**

| Shipping
Arrives Feb 13
$4.97 | Pickup
Not available | Delivery
Not available |

Delivery to **1 N La Salle St**

🏬 Sold and shipped by **YangGYfu**

★★★★☆ 5 seller reviews

⊕ Free 30-day returns     Details

♡ Add to list          🎁 Add to registry



Sponsored

DONGPAI Boho Light Fixtures Ceiling Mount, 3-Light Farmhouse Flush Mount Ceiling Light, Rattan Woven Chandelier Lighting for Bedroom Hallway Entryway Kitchen Nursery

$49.99

★★★★★ 1

2-day shipping

➕ Add

---



Options



$14.99

Retro Style Pendant Lamp Shade Hanging Light Fixture Paper Rope Rattan Handwoven Lampshade for Teahouse Home Bedroom Room , A

Shipping, arrives in 3+ days



➕ Add

$19.95

Industrial Pendant Light Fixtures Modern, Ceiling Adjustable Metal Hanging Lamp For Kitchen, Dinning Room, Living Room, Bedroom, Country Rustic Pendant Lamp, Brown

Shipping, arrives in 3+ days



Options

Sponsored

$179.99

Options from $179.99 – $329.99

Arturesthome Wabi-sabi Vintage Pastoral Basket Weave Light Lamps

Shipping, arrives in 3+ days

---

Best seller



➕ Add

$27.97

Better Homes & Gardens 12" Architectural Woven Pendant Light, Natural Rattan Shade

★★★★☆ 83

2-day shipping



➕ Add

$56.99

Industrial Sputnik Chandeliers, 8 Lights Pendant Lighting Fixture, Black, Vintage Ceiling Light for Kitchen Dining Living Room Bedroom Lighting

★★★★☆ 100

2-day shipping



➕ Add

$78.98

6-Light Farmhouse Chandelier, Industrial Iron Chandelier Lighting, Classic Candle Ceiling Pendant Light Fixture for Foyer, Living Room, Kitchen Island, Dining Room, Bedroom,Black

★★★★☆ 24

2-day shipping

---

## About this item

### Product details

🍷 Hello 🌟 Dear Customer, Welcome to Vadktai Store 🌟

We Will Give Every Customer The Best Service 👍👍👍👍👍👍

💕 We cares about each customer's true feelings and considers them the key to success.

💕 According to the suggestions of the customers, always better with the products.

💕 Your 100% satisfaction is our pursuit !!!

Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway

Feature:

⭐ Hand-woven boho rattan lamp: the mini shade of this battery-operated pendant light is hand-woven with natural paper rattan, which exudes Bohemian or rustic. Its cute design gently illuminates your porch or patio.

⭐ Battery-operated pendant light for indoor or outdoor use: This battery-operated outdoor pendant lamp is powered by 4 x AA batteries (not included) and provides up to 120 hours of soft, warm white decorative ambient lighting.

⭐ IP55 pendant light: This hanging lamp with battery for garden is designed for use in any weather. It provides decorative lighting indoors and outdoors, day and night, rain . Battery-operated, it replaces solar or plug-in gazebo chandelier outdoors, affected by lack of sun, weather or failures.

⭐ Easy to use: This battery-operated pendant light comes with a remote control for on/off, 4 timer and dimming functions. The outdoor gazebo chandelier can be hung anywhere without additional installation costs or external wiring.

Product Description:

Material: Plastic

Color: Brown

Product size: 15.5x15cm/6.1x5.9in

Packing size: 16x16x16cm/6.3x6.3x6.3in

Net weight: 240g / 0.53lb

Gross weight: 350g / 0.77lb

Power supply : 4AA (not included)

Power cord length: 1m/39.37in

Power: 2W

Package Content:

1 x Woven Pendant Lights

1 x remote control

- 【 Boho Woven Series 】 Minimalist geometric design meet natural hand-woven, This pendant light perfect complement to minimalist, modern, traditional, bohemian style. Bring the feeling of the outdoors, epitomize the serene feeling of a comfortable atmosphere. And add natural texture to every living space.
- 【 Small Dimension & Adjustable Height 】 This hanging light fixture can be installed at any height of the ceiling and bevel.
- 【 Dimmable & Bulb Requirements & ETL Listed 】 All of **ELYONA** lighting is ETL Listed and meets 120-volt UL standards for safety and quality. Professional installation is recommended for all pendant light fixtures.
- 【 Natural Twine Shade 】 A sophisticated, matte brown finish complements natural hand-woven jute rope, Filtering the light from within, each piece creates a play of light and shadow in a room, adding an inviting ambience. We pay attention to details and use only the highest quality material.
- 【 CONTACT US 】 If you have any question, please CONTACT US.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications                                                                        ⌃

**Color**
Brown

**Size**
Free Size

**Brand**
Vadktai

**Features**
Dimmable

## Warranty                                                                              ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase....

More details

## Warnings                                                                              ⌃

⚠️ **WARNING:** woven pendant lights woven pendant lights kitchen island woven pendant lights kitchen island white woven cane pendant lights kitchen island basket woven pendant lights woven rattan pendant lights large woven rattan pendant lights 3 pack woven pendant lights 5-lights hand-woven rattan pendant light rattan pendant light rattan pendant lights rattan light pendant 6 lights hand woven rattan pendant



**Now $12.27** ~~$18.27~~ +$3.79 shipping

Shipping, arrives **in 3+ days**

Eease Rattan Lampshade for Pendant Light Cafe Home Decor



Options

Sponsored

**$179.99**
Options from $179.99 – $299.99

Arturesthome Rattan Pendant Lights Wicker Chandelier Boho Basket Lighting Fixture Large Natural Woven Hanging Lamp for Kitchen Island Cofee

Shipping, arrives **in 3+ days**



Options

Sponsored

**$149.99**
Options from $149.99 – $185.99

Arturesthome White Handwoven Rattan Boho Pendant Lig Chandelier Handmade Woven Basket Lampshade- Lights

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings  |  0 reviews

**This item does not have any reviews yet**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.     Learn more.

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 174 of 227

Hispanic Heritage Month

Sponsored ⓘ



Options

Sponsored

**$79.99**

More options from $49.99

Depuley Bamboo Pendant Light Fixture Woven Wicker Chandelier Lamp, Rustic Farmhouse Hanging Ceiling Lamp for Dining Table Kitchen Island Bedroom

★★★★☆ 2

Save with W+

Shipping, arrives in 2 days



＋ Add

**$62.99**

Farmhouse LED Rattan Pendant Lights, Boho Chandelier Light Fixture, Rustic Wicker Hand Woven Rope Cage Basket Pendant Hanging for Dining Room Living Room Kitchen Bedroom Nursery Foyer Hallway Entryway

Shipping, arrives in 3+ days



＋ Add

**$101.99**

Farmhouse Rattan Pendant Lights, 15.7" 4-Light Boho Char... Pendant Hanging for Dining Room Living Room Bedroom

Shipping, arrives in 3+ days



1

**$128.55**

35.5" Wood Linear Pendant Light 20W LED Stepless Dimmable Kitchen Island Light Fixture with Remote & Touch Control Brass Metal Adjustable Color Temperature for Dining Room Office Pool Table

Shipping, arrives in 3+ days



＋ Add

**$64.98**

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black

Shipping, arrives in 3+ days



Options

**$104.98**

More options from $90.98

Wood Tripod Floor Lamp, Mid Century Modern Reading Stu... Temperatures LED Bulb & Nature Linen Shade for Farmhou...

Shipping, arrives in 3+ days

Report:     ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Pendant Lights Fabric Porch Patio | Chicken Wire Pendant Light |
| Ikea Light Fixture | Rattan Ceiling Lights |
| Led Suspension Light | Jar Pendant Lights |
| Rattan Pendant Lights | Outdoor Pendant Lights |
| Lantern Pendant Lights | Lantern Pendant Lights |
| Globe Pendant Lights | |

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Lights & Fixtures  /  Pendant Lights  /  Rattan Pendant Lights

**Shipping, arrives by Thu, Feb 13**

Steven kal                                                                    Edit
223 4th Ave, 4th Floor, Pittsburgh, PA 15222

**Delivery instructions (optional)**                                          Add

Add access codes, adjust your map location and more

**Items details**                                                    Hide details

**Arrives by Thu, Feb 13**                                                1 item

Sold and shipped by YangSiYu
$4.97 seller shipping fee

Vadktai Woven Pendant Lights, Rustic Rattan Hanging
Lamp Adjustable Handwoven Basket Shade, Boho...
Size: Free Size, Actual Color: Brown

**$8.41**

                                    Remove        −    1    +

---

**Place order for $14.75**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                     $8.41
Seller shipping                                                       $4.97
Estimated taxes                                                       $1.37

**Estimated total**                                             **$14.75**

Have a promo code?                                                       ⌄

---

## Payment method

VISA   Ending in 1950                                               $14.75

Please enter the CVV for the card

* Required field

CVV *
⌷⌷⌷

+ Add new payment                                          Change payment

---

one

onepay   $15 cash back when you spend $15+              Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

---

Walmart+   Free 30-day trial

---

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.



Try Walmart+ free for 30 days

---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
   Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.
:



1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …

https://www.amazon.com/dp/B0BGGXMG9C/ref=mweb_up_am_fl_st_na_un_up_sm_sxts_snpl_1_1_d26e24db-d6a0-41ff-bb8a-bf1969aea086?th=1          1/11

1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …



1/23/25, 2:32 PM    Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …





$796.40                    $444.40  ✓prime

See more like this        See more like this

Show more

### Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

      

Black Solid Wood Pendant Light, 11.8in Modern Pendant Lights Fixtures Adjustable Fa...
4.5 ★★★★☆ 29
$59.99
Save 10% with coupon

Industrial Pendant Light, Rubber Wood Dome Hanging Lamp with 15.8" Hammered Meta...
$106.90

Eustace 17.7" Farmhouse Vintage Pendant Lighting,Black and Gold Large Pendant Light Fi...
4.8 ★★★★★ 7
$109.90

Modern style battery operated pendant light with remote control,Mini kitchen island...
4.2 ★★★★☆ 46
$80.00

Battery Operated Pendant Light Set of 2, RGB Color Changing Rechargeable Hanging...
4.6 ★★★★☆ 42
Amazon's Choice
$69.99

LMS 8-inch Modern Globe Pendant Light Frosted Glass with Black Finish Contemporary...
4.5 ★★★★☆ 63
$59.99
Save 6% with coupon

Industrial Pendant Light 3 Pack, Black Adjustable Hanging Light fixtures for Kitche...
4.5 ★★★★☆ 21
$99.99 ($33.33 / Count)
Save 10% with coupon

### Based on your recent views

Sponsored ⓘ

     

Black Pendant Light 11.81in Wood Metal Dome Hanging Ceiling Lights Farmhouse Rou...
5.0 ★★★★★ 1
-14% $50.99
Typical: $59.99
Save 20% with coupon

3 Pack Modern Farmhouse Hanging Kitchen Island 3.9 Inch Clear Frosted Glass Sh...
4.7 ★★★★☆ 4
-5% $69.99
Typical: $73.99

Industrial Black Pendant Lights with Golden Finish Vintage 10" Mini Dome Pendant Li...
4.8 ★★★★★ 18
$71.99 ($24.00 / Count)
Save 5% with coupon

BoostArea Black Pendant Lights Kitchen Island, 10.6" Large Metal Shade and 70.9" Adjustable...
4.0 ★★★★☆ 1
List: $99.99
-30% $69.99
Save $20.00 with coupon

Battery Operated Pendant Light Set of 2, RGB Color Changing Rechargeable Hanging...
4.6 ★★★★☆ 42
Amazon's Choice
$69.99

2 Pack Single Kitchen Island Mini Metal Drum Pendant Light Industrial Hanging Ceiling Light...
4.6 ★★★★☆ 260
Amazon's Choice
$59.99 ($30.00 / Count)

1 Light 2 Pack Hanging Indoor 12" Black Pendant Ceiling Light Fixture,Brushed Bronz...
3.9 ★★★★☆ 14
$69.99

https://www.amazon.com/dp/B0BGGXMG9C/ref=mweb_up_am_fl_st_na_un_up_sm_sxts_snpl_1_1_d26e24db-d6a0-41ff-bb8a-bf1969aea086?th=1

3/11

1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …

## Product information

### Technical Details

| | |
|---|---|
| Brand | jengush |
| Color | Black |
| Material | Wrought Iron |
| Light fixture form | Pendant |
| Room Type | Bedroom |
| Specific Uses For Product | Home |
| Indoor/Outdoor Usage | Indoor |
| Power Source | Battery Powered |
| Installation Type | Hanging |
| Special Feature | Dimmable |
| Control Method | Remote |
| Light Source Type | LED |
| Finish Type | Etched |
| Shade Material | Iron |
| Number of Light Sources | 1 |
| Voltage | 3.7 Volts |
| Theme | modern and minimalist design |
| Light Color | white |
| Shape | Round |
| Included Components | Remote Control, Rechargeable LED Bulb, Charging Cable |
| Embellishment | Embroidery |
| Lighting Method | Remote |
| Number of Items | 1 |
| Bulb Base | E26 |
| Controller Type | Remote Control |
| Switch Type | Remote |
| Unit Count | 1.0 Count |
| Water Resistance Level | Not Water Resistant |
| Mounting Type | Ceiling Mount |

### Additional Information

| | |
|---|---|
| ASIN | B0BGGXMG9C |
| Customer Reviews | 4.1 ★★★★☆ 7  <br> 4.1 out of 5 stars |
| Best Sellers Rank | #623,271 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) <br> #4,229 in Pendant Light Fixtures |
| Date First Available | September 26, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| | |
|---|---|
| Shade Color | Black |
| Fixture Type | Non Removable |
| Assembly Required | No |
| Manufacturer | jengush |
| Recommended Uses For Product | indoor lighting and decor |
| Item Weight | 2.94 pounds |
| Package Dimensions | 11.12 x 10 x 9.15 inches |
| Item model number | 9132848003989 |
| Batteries | 1 Lithium Polymer batteries required. (included) |
| Finish types | Etched |
| Special Features | Dimmable |
| Plug Format | A- US style |
| Batteries Included? | Yes |
| Batteries Required? | No |

## Product details

**Package Dimensions** : 11.12 x 10 x 9.15 inches; 2.95 Pounds

**Item model number** : 9132848003989

**Department** : unisex-adult

**Batteries** : 1 Lithium Polymer batteries required. (included)

**Date First Available** : September 26, 2022

**Manufacturer** : jengush

**ASIN** : B0BGGXMG9C

**Customer Reviews:**

4.1 ★★★★☆ ⌄ 7

## What's in the box

- Remote Control, Rechargeable LED Bulb, Charging Cable

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Product Description

### Battery operated pendant lights

This is a battery operated pendant light fixture. You do not need to access home electricity during installation, and you can still use it during power outages.

### Rechargeable LED Bulb

The long-term LED light is powered by rechargeable lithium battery (battery capacity 4500mAh, maximum charging current 2A), When charging, the red light illuminates to indicate that it is charging. When charging is complete, the red light will turn to green. (with charging cable)

### Remote Control

The remote control can control multiple bulbs at the same time. The farthest control range is 16 feet.

### Dimmable

You can use the remote control to adjust the color temperature and brightness. It has a brightness adjustment range of 10% to 100%, four different color temperature changes, and an emergency flashing mode.

### Modern style

The design of the Modern Style can match your home well, and it is a good choice to decorate various styles. It has a metal lampshade and has a solid wood decorative block above the lampshade.

Name: Battery operated pendant light with remote control

Color: Black

Lampshade Size: 24cm/9.44in

Material: Metal

Style: Industrial/Modern/Simple

Energy source: Battery powered (Included in the product, the battery cannot be disassembled.)

Light source: E26 Base

Special Function: Adjustable Height/Dimmable/Remote control/Battery operated

### Easy to install

This lamp is cordless design.You don't need to consider the distribution of the wire at home when installing it, you can freely install it.

## Compare with similar items

**This Item**     **Recommendations**



1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging ...

| | | | | |
|---|---|---|---|---|
| | Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendan... | Modern Style Battery Operated Pendant Light Over Kitchen Island,6 RGB Colors dimmable Hanging Lighting with Remote Control,Wirele... | Battery Operated Pendant Light with Remote Control,White Ceiling Pendant Lights Fixtures,Nordic Style Hanging Lamp for Dining... | ANUOMY 1 Pack Battery Operated Pendant Light with Remote,Indoor Black No Wiring Ceiling Hanging Lamp,Vintage Wireless Penda... |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| Price | $59⁹⁰ | $60⁰⁰ | $65⁰⁰ | $39⁹⁰ |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | Get it Feb 4 - 14 |
| Customer Ratings | 4.1 ★★★★☆ 7 | 4.7 ★★★★★ 9 | 3.9 ★★★★☆ 22 | 4.1 ★★★★☆ 23 |
| Sold By | Hengyu Lighting Store | Xuancong grocery store | Hengyu Lighting Store | Light GoGo US |
| Material | Wrought Iron | Metal | Metal | Metal |
| Light Source Type | LED | LED | LED | LED |
| Bulb Base | e26 | e26 | — | e26 medium |
| Light Sources | 1 | 1 | 1 | 1 |
| Power Source | Battery Powered | Corded Electric, Battery Powered | Battery Powered | Battery Powered |
| Shade Material | Iron | Metal, Iron | Wood | Metal |
| Style | — | Modern | Modern | Industrial |
| Finish Type | Etched | — | Matte | Painted |
| Mounting Type | Ceiling Mount | Ceiling Mount | Hanging,Pendant Light | Ceiling Mount |
| Fixture Type | Non Removable | Non Removable | Non Removable | Non Removable |
| Shade Color | Black | Black | White | black |

**Related products with free delivery**

1/23/25, 2:32 PM    Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …

**Related products with free delivery**

Sponsored ⓘ

    

Omgomne Modern Pendant Light Fixture for Kitchen Island,1-Light Black Gold Ceiling Han...
4.5 ★★★★★ 186
$40⁹⁹
Save 10% with coupon
✓prime

Omgomne Industrial Pendant Lights Kitchen Island,Black Ceiling Lighting Fixture Chand...
4.5 ★★★★★ 19
$43⁹⁹
Save 10% with coupon
✓prime

1-Pack Modern Style Battery Operated Pendant Lighting with Remote Control,Wirele...
4.1 ★★★★☆ 11
$69⁰⁰
✓prime

Dijiahua Gold Battery Operated Pendant Lights Kitchen Island 3 Pack with Remote Control,...
3.7 ★★★☆☆ 28
$69⁰⁰ ($23.00 / Count)
Save 10% with coupon
✓prime

LIANGMH 2 Light Pendant Lights Kitchen Island Dimmable LED Modern Mini Pendant...
4.4 ★★★★☆ 118
-21% $69⁸⁸
List: $88.00
✓prime

Sponsored ⓘ

**Similar brands on Amazon**

Sponsored ⓘ










SCOPOW 2Packs E26 Rechargeable Light Bulbs with Remote Control Timer and 3...
4.1 ★★★★☆ 988
$24.99

Battery Operated Wall Sconces Set of Two, Rechargeable Wall Lights with...
4.6 ★★★★★ 15
$89.95

Neporal MagicGlow Rechargeable Light Bulbs with Remote, 3 Colors Shift +...
3.8 ★★★★☆ 1,929
$21.59

Wowag...
Rechar...
4.5 ★
$41.9

https://www.amazon.com/dp/B0BGGXMG9C/ref=mweb_up_am_fl_st_na_un_up_sm_sxts_snpl_1_1_d26e24db-d6a0-41ff-bb8a-bf1969aea086?th=1

8/11

1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …

🔎 **Looking for specific info?**

## Customer reviews

⭐⭐⭐⭐☆  4.1 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 76% |
| 4 star | ▭ | 0% |
| 3 star | ▭ | 0% |
| 2 star | ▭ | 0% |
| 1 star | ▭ | 24% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

Sponsored ⓘ

Top reviews ⌄

### Top reviews from the United States

⚪ Amazon Customer

⭐⭐⭐⭐⭐ **Great when no out let**

Reviewed in the United States on May 5, 2024

Color: Black | Verified Purchase

Just right for what we need over our morning kitchen table.

[ Helpful ] | Report

⚪ James Basile

⭐⭐⭐⭐⭐ **Easy to install**

Reviewed in the United States on April 21, 2024

Color: Black | Verified Purchase

Easy to install. Looks like the picture. Really cool changeable bulb

[ Helpful ] | Report

⚪ Stewart watterson

⭐☆☆☆☆ **Starts blinking on its own**

Reviewed in the United States on January 11, 2024

Color: Black | Verified Purchase

The bulb will begin to blink on its own for no reason

One person found this helpful

[ Helpful ] | Report

⚪ Shawn and Ash

⭐⭐⭐⭐⭐ **Would Recommend!**

Reviewed in the United States on February 15, 2023

Color: Black | Verified Purchase

Really cool and easy to install

[ Helpful ] | Report

See more reviews ›

1/23/25, 2:32 PM          Modern Style Black Pendant lamp,Hollow Craft Hanging lamp,Remote Control Light,Battery Operated lamp,Dimmable Light,Black Pendant Light,with Remote Control+Bulb+Charging …

**Top reviews from other countries**

Kat

★★★★★ **Fantastic**
Reviewed in the United Kingdom on October 7, 2023
Color: Black | **Verified Purchase**

Easy to install & stylish!

Report

**See more reviews ›**

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help



3/12/25, 9:54 AM                                         Place Your Order - Amazon Checkout



3/12/25, 9:54 AM                                         Place Your Order - Amazon Checkout



Ships from Amazon.com
Sold by Hengyu Lighting Store

**Quantity: 1** Change

Add gift options

---

Place your order

**Order total: $63.49**

By placing your order, you agree to Amazon's privacy notice and conditions of use

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledg... purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions a...

Back to cart



Back to top

amazon    English    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔️✖️

3/12/25, 9:54 AM                                        Place Your Order - Amazon Checkout

© 1996-2025, Amazon.com, Inc. or its affiliates


◇BRITA   New year. Better water.*



Unbranded

**Solid Wood Tripod Floor Lamp, Tall Standing Light with Table, Mid Century Modern Corner Shelf Reading Floor Lamp with Drum Shade for Living Room, Bedroom, Office, LED Bulb Included, Brown**

☆ (No ratings yet)

**Actual Color:** Gray


$116.98

**About this item**

- 🌟 【Why can you trust **ELYONA**'s Solid Wood?】①Unlike fiberboard's wood grain paper surface and is glued with unknown woodchips inside. **ELYONA** solid wood board is real wood, free of glue, formaldehyde. More durable, healthier for your family and pets. And has waterproof coating easy to clean. ②Using smooth texture FSC Certification Solid Wood Represents that the timber use is following the strict environmental standards of FSC. **ELYONA** ensures every product will make with the best quality timber.
- 🌟 【Modern Thicken Tripod Shelf Floor Lamp】①Compared with the slim leg floor lamp, We thickened the tripod to make the floor lamp more stable, longer use. ②Standing lamp with side table to put your phone, cup, magazine. It easy to match with a range of decor styles about farmhouse industrial, boho, country or loft etc.
- 🌟 【Pull Chain Controls & 30, 000 Hours Long Lifespan LED Bulb Included】①Pull chain controls allows you to easily turn on or off without getting out of bed or bend down, convenient for living room, office. ②Compatible with 3-color temperatures bulbs. You can purchase them separately if needed. This product Includes a 30,000 hours lifetime Single-color LED bulb (3000k / 9w).
- 🌟 【Wood Maintenance & High Density Nature Linen Shade】①Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured. ②We use high-quality primary color linen with tight texture, Water&oil-resistant nature linen shade, making the light more comfortable. It can be focused on any area you want to read, study, and work…

View more ⌄

**At a glance**

| Brand |
|---|
| Unbranded |

View all specifications



$116.98

Price when purchased online ⓘ

As low as $11/mo with *affirm* Learn how

🚚 Free shipping  ↩ Free 30-day returns

**Buy now**

**Add to cart**

🛡 **Add a protection plan** What's covered
(Only one option can be selected at a time)
☐ 3-Year plan - $18.00
☐ 2-Year plan - $14.00

**How do you want your item?**

| 🚚 Shipping Arrives Jan 31 Free | 🚗 Pickup Not available | 🏠 Delivery Not available |
|---|---|---|

Delivery to **223 4TH AVE**

🏷 Sold and shipped by gxuandian

★☆☆☆☆ 1 seller review

↩ Free 30-day returns  Details

1/22/25, 2:28 PM     Solid Wood Tripod Floor Lamp, Tall Standing Light with Table, Mid Century Modern Corner Shelf Reading Floor Lamp with Drum Shade for Living Room, Bedroom, Office, LED Bulb Included, Brown - Walmart.com

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 193 of 227

Add to list     Add to registry



**$64.99**
Sponsored

LEPOWER Wood Tripod Floor Lamp, Mid Century Standing Lamp, Modern Design Floor Light for Living Room, Bedroom and Office, Flaxen Lamp Shade with E26 Lamp Base Brown

2-day shipping

+ Add



Sponsored

**$79.99**

★★★★★ 161

SUNMORY 78" 3-Light Modern Rotary Switch Black Arc Floor Lamp with Linen Drum

🔵 Save an extra $8.00

Save with W+

Shipping, arrives in 2 days



Sponsored

Now **$55.98** $89.99

NATYSWAN 65" Floor Lamp, 3 Way Dimmable Led Floor Lamp Column Floor Lamp Standing Lamp Corner Floor Lamp Modern Floor Lamp for Bedroom, Office& Living Room (Bulbs Included)

★★★★☆ 88

Save with W+

Shipping, arrives in 2 days



+ Add

Now **$39.99** $49.99

Tripod Floor Lamp, Mid Century Wood Standing Lamp, Modern Floor Light for Living Room, Bedroom, Office, Flaxen Lamp Shade with E26 Lamp Base

Save with W+

Shipping, arrives in 2 days



Best seller

+ Add

Now **$39.99** $79.99

NATYSWAN Tripod Floor Lamp, Modern Gold Standing Lamp with Drum Shade, Minimalist Studying Light for Living Room, Bedroom, Study Room and Office

★★★★★ 61

2-day shipping



Best seller

+ Add

Now **$37.99** $79.99

NATYSWAN Tripod Floor Lamp, Mid Century Black Standing Lamp, Modern Minimalist Design Studying Light for Living Room, Bedroom, Study Room

★★★★★ 61

2-day shipping



+ Add

Now **$35.99** $59.99

LED Modern Floor Lamp Night Light for Living Room, 5 Colors and Brightness with Remote and Touch Control, Standing Lamp with 1H Timer, Dimmable Reading Floor Lights

★★★★☆ 70

2-day shipping

## About this item

Product details ⌄

### Product Description

## WHY CHOOSE ?

1.
    The video showcases the product in use. The video guides you through product setup. The video compares multiple products.
    The video shows the product being unpacked.

### Dimmable Solid Wood Tripod Floor Lamp

- FSC Certification Thicken Solid Wood

All wood used in products has FSC Certification. Compared with the MDF Boards, our solid wood boards are Healthier, No Glue, Formaldehyde-free, Durable, and we also come with Waterproof Coating.

- Pull Chain Controls

Pull chain controls allows you to easily turn on or off without getting out of bed or bend down, convenient for livingroom, bedroom, office.

•
    The video showcases the product in use. The video guides you through product setup. The video compares multiple products.

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 194 of 227

**The video shows the product being unpacked.**

## Solid Wood From

- Global procurement of top timber production areas
- FSC Certified Solid Wood

**This certification represents that the timber used is managed according to the strict social and environmental standards of FSC.**
**(licence code: FSC-C1SB069/ Valid Date: 25 June 2025 )**

- All of timbers use FSC certified wood of the best quality.Unlike fiberboard, solid wood texture is natural, glue-free, formaldehyde-free and healthier

- 

## Why Choose Real Solid Wood?

1.Machine-printed imitation wood lacks real wood's natural grain.

2.The surfaces are thin, making them prone to scratches and wear.

3.Worn surface coating requires full board replacement.

*Previous page*

*Next page*
**1 Living Room 2 Home Office 3 Bedroom**

## SOLID WOOD SERIES

**Classic Scandinavian style. Classic Solid wood with black metal shade, provide a modern and industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!**

1
2
3

## Dimmable Floor Lamp

**SOLID WOOD SERIES**

**Add to Cart**
**SOLID WOOD SERIES**

**Add to Cart**
**SOLID WOOD SERIES**

**Add to Cart**
**SOLID WOOD SERIES**

**Add to Cart**
**57.4" Floor Lamp**

Add to Cart

INDUSTRIAL SERIES

Buying Options

INDUSTRIAL SERIES

Add to Cart

Customer Reviews

4.2 out of 5 stars
185

4.3 out of 5 stars
560

4.3 out of 5 stars
38

4.2 out of 5 stars
157

4.3 out of 5 stars
80

4.2 out of 5 stars
8

4.2 out of 5 stars
254

- 💡 【Why can you trust ELYONA's Solid Wood?】 ①Unlike fiberboard's wood grain paper surface and is glued with unknown woodchips inside, ELYONA solid wood board is real wood, free of glue, formaldehyde. More durable, healthier for your family and pets. And has waterproof coating easy to clean. ②Using smooth texture FSC Certification Solid Wood represents that the timber used is following the strict environmental standards of FSC, ELYONA ensures every product will make with the best quality timber.
- 💡 【Modern Thicken Tripod Shelf Floor Lamp】 ①Compared with the slim leg floor lamp, we thickened the tripod to make the floor lamp more stable, longer use. ②Standing lamp with side table to put your phone, cup, magazine. It easy to match with a range of decor styles about farmhouse industrial, boho, country or loft etc.
- 💡 【Pull Chain Controls & 30, 000 Hours Long Lifespan LED Bulb Included】 ① Pull chain controls allows you to easily turn on or off without getting out of bed or bend down, convenient for living room, bedroom, office. ② Compatible with 3-color temperatures bulbs. You can purchase them separately if needed. This product includes a 30,000 hours lifetime Single-color LED Bulb (3000k / 9w).
- 💡 【Wood Maintenance & High Density Nature Linen Shade】 ①Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured. ②We use high-quality primary color linen with tight texture, Water&oil-resistant nature linen shade, making the light more comfortable. It can be focused on any area you want to read, study, and work.
- 💡 【One Year Warranty】 With over 20 years of illumination production experience and a professional design team, we have high strict control over product quality and detail & getting many patents for appearance design and functions at the same time. We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.

�घ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

⎙ Report incorrect product information



+ Add

$64.99

LEPOWER Wood Tripod Floor Lamp, Mid Century Standing Lamp, Modern Design Floor Light for Living Room, Bedroom and Office, Flaxen Lamp Shade with E26 Lamp Base Brown

2-day shipping



+ Add

$87.97

Brightech Eden Tripod Floor Lamp, Dimmable Standing Lamp With Solid Wood Legs for Bedroom Reading, Tall Tree Lamp for Offices, Modern LED Lamp for Living Rooms, Great Living Room Decor - Havana Brown

★★★★☆ 78

3+ day shipping



Best seller

+ Add

Now $39.99  $75.99

NATYSWAN Tripod Floor Lamp,Modern Gold Standing Lamp with Drum Shade,Minimalist Studying Light for Living Room, Bedroom, Study Room and Office

★★★★★ 61

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

1/22/25, 2:28 PM
Solid Wood Tripod Floor Lamp, Tall Standing Light with Table, Mid Century Modern Corner Shelf Reading Floor Lamp with Drum Shade for Living Room, Bedroom, Office, LED Bulb Included, Brown - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 196 of 227

## SAMSUNG

As low as $278

Sponsored ⓘ



**$64.99**

LEPOWER Wood Tripod Floor Lamp, Mid Century Standing Lamp, Modern Design Floor Light for Living Room, Bedroom and Office, Flaxen Lamp Shade with E26 Lamp Base Brown

2-day shipping



**$39.99**

Floor Lamp, 18w 1800lm Super Bright Led Floor Lamps for Living Room,Stepless Dimmable Modern Floor Lamp 2700k-6500k, Reading Standing Tall Floor Lamps for Bedroom Office

★★★★★ 1

2-day shipping

Clearance



Now **$41.39** $45.99

CAALDGT Crystal Floor Lamp, Modern Standing Tall Pole Lamp with Foot Switch, RGB Bulb, Remote Control for Living Room, Bedroom, Office

★★★★☆ 4

2-day shipping



**$149.98**

More options from $82.48

2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office

Shipping, arrives **in 3+ days**



**$8.41** +$4.97 shipping

Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway

Shipping, arrives **in 3+ days**



**$100.48**

More options from $75.48

2 Pack Hammered Semi Flush Mount Light Fixture, 12 inch F Black and Gold Finish for Bedroom, Bathrooms, Hallway, Kit

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)



For the planet

Sponsored ⓘ

1/22/25, 2:30 PM
Case 2:25-cv-00472-CB   Document 2-7   Filed 04/10/25   Page 197 of 227
2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze - Walmart.com





Unbranded

**2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze**

☆ (No ratings yet)

**Actual Color:** Bronze

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| $58.48 | $110.48 | $58.48 | $110.48 | **$51.98** | $102.68 |

## About this item

- ✨【Hand Blown Bubble Glass Pendant Lighting】 The industrial pendant lights with Hand Blown Bubble Glass Shade, create a relaxed atmosphere, produced by craftsman with experience for over 20 years in art glass.Gives you a timeless retro vintage touch and a clean modern aesthetic, adds vibrant vibe to any room, especially kitchen island, dining room, breakfast bar. ➒(The handcrafted nature of the glass shade will produce minor differences in terms of bubble size. Each light is unique )
- ✨【The Top Craftsmanship Oil Rubbed Bronze Metal Base 】 Rather than the spray painting process, ELYONA oil rubbed bronze finished surface to provide vintage industrial feeling smooth which won't crack, more durable and stable. Simply rinse with water or wipe with a damp cloth, then dry.② Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538℃ to ensure no impurities.
- ✨【Dimmable & Bulb Requirements & One Year Warranty 】 ① Cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ➒When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ③We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.
- ✨【 Medium Dimension & Sturdy Package 】 ① Dimension & Adjustable Height: Max56" H x 8" W x 8" D Ceiling Canopy: Dia. 4.5". Cords are included for height adjustment. This island hanging light can be installed at any height of the ceiling and bevel. We filled the entire shade with foam.This packaging method can protect the glass to the greatest extent and avoid damage.
- ✨【 Vintage & Industrial 】 ELYONA seeded pendant light uses handcraft bubble glass lampshade with oil rubbed bronze metal base, creates the comfortable atmosphere for you when emitting the softer light. Perfect for kitchen islands, dining room, bedroom, bars, restaurants, or any place where creative lights are needed. Add this vintage industrial looking to your home now!

View full item details

## At a glance

| Brand |
|---|
| Unbranded |



1/22/25, 2:30 PM    2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Or Rubbed Bronze - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 198 of 227



Add to list    Add to registry

Sponsored

**$134.99**

Vintage Crystal Branch Chandeliers with 7-Light, Black Flush Mount Pendant Light, Farmhouse Hanging Ceiling Lighting Fixtures for Dining Room Living Room Bedroom Restaurant Porch Foyer

3+ day shipping

**+ Add**

---



Sponsored

**$62.99**

2 Packs Depuley Industrial Pendant Light Farmhouse Plug in Ceiling Light Black Vintage Metal Hanging Lamp Lighting Fixture Adjustable for Living Room Kitchen Island Dining, E26 Base

Save with W+

Shipping, arrives **in 2 days**

**+ Add**

---



Sponsored

**$69.99**

Depuley 3 Light Glass Pendant Light Industrial Kitchen Island Light Dimmable LED Matte Black Farmhouse Semi-Flush Mount Ceilinglight for Living Room Dining Patio, E26 Socket

★★★★★ 8

Save with W+

Shipping, arrives **in 2 days**

**+ Add**

---



**$76.99**

Options from $76.99 – $112.99

Black Hollow-out Metal Pendant Lighting, Retro Industrial Farmhouse Pendant Light Fixture for Kitchen Island Dining

Shipping, arrives **in 5+ days**

**Options**

---

## About this item

### Product details

### Product Description

HAND BLOWN GLASS SERIES HAND BLOWN GLASS SERIES INDUSTRIAL LAMP SERIES Solid Wood Floor Lamp Solid Wood Floor Lamp
Solid Wood Floor Lamp
Buying Options
Buying Options
Buying Options
Add to Cart
Add to Cart
Add to Cart

Customer Reviews 4.6 out of 5 stars
206

*4.3 out of 5 stars*
80

*4.2 out of 5 stars*
8

*4.3 out of 5 stars*
80

*4.3 out of 5 stars*
560

*4.3 out of 5 stars*
38

Price $39.99$39.99 — — $89.99$89.99 — $64.99$64.99 Features Hand Blown Bubble Glass Hand Blown Bubble Glass Stepless Dimmable Dimmable & Color Temperature FSC Listed Solid Wood Board 3 Color Temperature
Size 8 x 8 x Max 56 inches 9.5 x 18 x 58 inches 11 x 11 x 71 inches 9.8 x 9.8 x 57.4 inches 13 x 13 x 65 inches 20.3 x 20.3 x 61 inches
Max. Power 1 x 40W 1 x 60W 1 x 60W Integrated LED 1 x 60W 1 x 60W

HAND BLOWN GLASS SERIES HAND BLOWN GLASS SERIES 10" Pendant Light 11.8" Pendant Light 12" Pendant Light 12" Pendant Light
Buying Options
Buying Options
Add to Cart
Add to Cart
Add to Cart

Customer Reviews 4.2 out of 5 stars
46

*4.2 out of 5 stars*
46

*4.7 out of 5 stars*
377

*4.5 out of 5 stars*
86

*4.8 out of 5 stars*
34

1/22/25, 2:30 PM

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 199 of 227

2-Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze - Walmart.com

*4.5 out of 5 stars*
86

**Price** — — $64.99 $64.99 $69.99 $69.99 $49.99 $49.99 $69.99 $69.99

**Size** 6 x 6 x 11 inches 6 x 6 x 11 inches 10.2 x 10.2 x 59.4 inches 11.8 x 11.8 x Max 57.5 inches 12 x 12 x Max 57.5 inches 11.8 x 11.8 x Max 57.5 inches

**Features** Hand Blown Bubble Glass Hand Blown Bubble Glass Handmade Hammered Metal & FSC Listed Rubber Wood Walnut Wood Grain Metal FSC Listed Solid Wood Handmade Hammered Metal & FSC Listed Rubber Wood

- 💡【 Hand Blown Bubble Glass Pendant Lighting 】 The industrial pendant lights with Hand Blown Bubble Glass Shade, create a relaxed atmosphere, produced by craftsman with experience for over 20 years in art glass.Gives you a timeless retro vintage look and a clean modern aesthetic, adds vibrant vibe to any room, especially kitchen island, dining room, breakfast bar. ❶(The handcrafted nature of the glass shade will produce minor differences in terms of bubble size. Each light is unique )
- 💡【 The Top Craftsmanship Oil Rubbed Bronze Metal Base 】 Rather than the spray painting process, **ELYONA** oil rubbed bronze finished surface to provide vintage industrial feeling smooth which won't crack, more durable and stable. Simply rinse with water or wipe with a damp cloth, then dry.❷Made of natural iron ore from Highland Mountains, melted at an ultra-high temperature of 1538℃ to ensure no impurities.
- 💡【 Dimmable & Bulb Requirements & One Year Warranty 】 ① Cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ❷When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ③We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.
- 💡【 Medium Dimension & Sturdy Package 】 ① Dimension & Adjustable Height: Max56" H x 8" W x 8" D Ceiling Canopy: Dia. 4.5". Cords are included for height adjustment. This island hanging light can be installed at any height of the ceiling and bevel. We filled the entire shade with foam.This packaging method can protect the glass to the greatest extent and avoid damage.
- 💡【 Vintage & Industrial 】 **ELYONA** seeded pendant light uses handcraft bubble glass lampshade with oil rubbed bronze metal base, creates the comfortable atmosphere for you when emitting the softer light. Perfect for kitchen islands, dining room, bedroom, bars, restaurants, or any place where creative lights are needed. Add this vintage industrial looking to your home now!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                        ⌃

**Brand**
Unbranded

---

Warranty                                                                                              ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

💬 Report incorrect product information



**$199.00**

Black Iron Canopy Industrial Modern Clear Glass Globe Pendant,Pendant Lights for Living Room,Hanging Lights for Living Room,Island Kitchen Lights,Hanging Lights for Bedroom

3+ day shipping



**$87.99**

3-Pack 1-Light Kitchen Island Pendant Lighting Teardrop Clear Glass Pendant Light with Brushed Nickle Finish for Dining Room, Bar

⭐⭐⭐⭐⭐ 1

3+ day shipping 



**Now $35.99** ~~$59.99~~

Modern Linear Pendant Light for Kitchen Island, LED Hanging Light Fixture with Bubble Acrylic, 3 Color 3000K/4500K/6500K, Mini Ceiling Chandelier Lighting for Dining Room, Bedroom, Hallway

3+ day shipping

---

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

1/22/25, 2:30 PM

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 200 of 227

2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze - Walmart.com



Black-led. For all.



Sponsored ⓘ



+ Add

$149.99

ZHLWIN Gold Pendant Lighting Modern Pendant Light, Mini Crystal Chandeliers,Adjustable Pendant Light Fixture for Kitchen Island Dinning Room Bedroom, 3 Pack

2-day shipping



+ Add

Now $35.99 ~~$59.99~~

Modern Linear Pendant Light for Kitchen Island, LED Hanging Light Fixture with Bubble Acrylic, 3 Color 3000K/4500K/6500K, Mini Ceiling Chandelier Lighting for Dining Room, Bedroom, Hallway

3+ day shipping



+ Add

$199.00

Black Iron Canopy Industrial Modern Clear Glass Globe Pendant,Pendant Lights for Living Room,Hanging Lights for Living Room,Island Kitchen Lights,Hanging Lights for Bedroom

3+ day shipping



1

$116.98

Solid Wood Tripod Floor Lamp, Tall Standing Light with Table, Mid Century Modern Corner Shelf Reading Floor Lamp with Drum Shade for Living Room, Bedroom, Office, LED Bulb Included, Brown

Shipping, arrives in 3+ days



Options

$149.98
More options from $82.48

2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office

Shipping, arrives in 3+ days



+ Add

$8.41 +$4.97 shipping

Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Dining Room, Be

Shipping, arrives in 3+ days

Report: ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)



Glazed donut holes cereal

Sponsored ⓘ

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Industrial Pendant Lights





**Free shipping, arrives by Fri, Jan 31**

Steven kal                            Edit
223 4th Ave, 4th Floor, Pittsburgh, PA 15222

**Delivery instructions (optional)**          Add

Add access codes, adjust your map location and more

**Items details**                      Hide details

**Arrives by Fri, Jan 31**                  1 item

Sold and shipped by gxuandian
Free shipping

Solid Wood Tripod Floor Lamp, Tall Standing Light
with Table, Mid Century Modern Corner Shelf Readin...
Actual Color: Gray

**$116.98**

Remove      −    1    +

---

**Place order for $128.97**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)             $116.98
Shipping                     Free
**Estimated taxes**              $11.99

**Estimated total**           **$128.97**

Have a promo code?          ⌄



**Payment method**

VISA   Ending in 1950                $128.97

Please enter the CVV for the card

* Required field

CVV *

···

+ Add new payment              Change payment

**one**

onepay   $15 cash back when you spend $15+      Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

as low as **$11/mo** with affirm          Apply now

Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***



*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
   Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

1/23/25, 2:25 PM    Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room,Bedroom,LED Bulb Included, Brown - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 203 of 227





Unbranded

**Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room,Bedroom,LED Bulb Included, Brown**

☆ (No ratings yet)

Count: Modern

| Modern $162.48 | Vintage $84.48 |
|---|---|

**About this item**

- ⭐ 【Why can you trust ELYONA's Solid Wood?】①Unlike fiberboard's wood grain paper surface and is glued with unknown woodchips inside. ELYONA solid wood board is real wood, free of glue, formaldehyde. More durable, healthier for your family and pets. And has waterproof coating easy to clean. ②Using smooth texture FSC Certification Solid Wood represents that the timber used is following the strict environmental standards of FSC. ELYONA ensures every product will make with the best quality timber.
- ⭐ 【Upgraded USB C& 5V/2A USB Charging Port 】Why you choose USB C charging? The reason is that it can provide up to 10W of power output, more faster than normal usb charging, and it can not only charge the device itself, but also supply power to external devices. We provide dual charging ports. You can charge your mobile phones, iPad, laptops at the same time and saving you from wall plug cord messes, which largely saves your time and energy.
- ⭐ 【ETL Listed & Long Lifespan 30, 000 Hours LED Bulb Included & 12 Months Quality Service】 Compatible with 3-color temperatures bulbs. You can purchase them separately if needed. This product includes a 30,000 hours lifetime Single-color LED Bulb (3000k / 9w). We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.▶( pls assure the replace bulb is less than 60 Watts.)
- ⭐ 【Wood Maintenance & High Density Adjustable Nature Linen Shade】①Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured. ②We use high-quality primary color linen with tight texture, Water&oil-resistant nature linen shade, making the light more comfortable. It can be focused on any area you want to read, study, and work...

View more ⌄

**At a glance**

| Brand |
|---|
| Unbranded |

View all specifications



**$162.48**

Price when purchased online ⓘ

🚚 Free shipping    🔄 Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
- ☐ 3-Year plan - $24.00
- ☐ 4-Year plan - $29.00

🔧 **Get expert help**  What's covered
- ☐ Night Stand Assembly - $59.00

**How do you want your item?**

| 🚚 Shipping Arrives Feb 3 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to 1 N La Salle St

🏬 Sold and shipped by oxuandian

★☆☆☆☆ 1 seller review

🔄 Free 30-day returns  Details

1/23/25, 2:25 PM

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 204 of 227

Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room,Bedroom,LED Bulb Included, Brown - Walmart.com

♡ Add to list      🏷 Add to registry



Sponsored

**Now $209.99** ~~$239.99~~

Round Solid Wood End Table Brown Pedestal Side Table Living Room Furniture Accent End Table with Solid Wood Base

2-day shipping

**+ Add**

---

Best seller



Options

Sponsored

**Now $35.99** ~~$69.99~~

Options from $35.99 – $37.99

Table Lamps Set of 2, Fully Dimmable Nightstand Lamps with USB C&A Charging Port and Outlets, Lamps for Bedroom Living Room Office

⭐⭐⭐⭐½ 308

Save with W+

Shipping, arrives in 2 days

---

Best seller



Options

Sponsored

**Now $17.99** ~~$45.99~~

Options from $17.99 – $27.99

Table Lamp, 3 Way Dimmable Light Touch Lamp, USB C&A Fast Charging Ports, Fabric Shade Silver Base, for Bedroom, Living Room, Office

⭐⭐⭐⭐½ 650

Save with W+

Shipping, arrives in 2 days

---



+ Add

$15.99

Bedside Table Lamp Pull Chain Table Lamp With USB C&A F Lamps with Fabric Shade Nightstand Light for Living Room

⭐⭐⭐⭐⭐ 12

Shipping, arrives in 2 days

---

Best seller



+ Add

**Now $44.99** ~~$64.99~~

Yoobure LED Night Stand with Charging Station, End Tables Living Room Nightstand for Bedroom with Adjustable Fabric Drawer, 3-Tier Wood Bed side Table，Black

⭐⭐⭐⭐½ 73

2-day shipping

---



+ Add

$109.99

ATAMIN Ava - 59" End Table with Charging Station, Floor Lamp with Table, Bedside Nightstand with USB, USB-C, Power Outlet, Black

⭐⭐⭐⭐½ 558

1+ day shipping

---



+ Add

$109.99

59" Bedside End Table with Lamp Attached, Floor Lamp With USB Ports, Premium Nightstand

⭐⭐⭐⭐½ 558

1+ day shipping

---

## About this item

Product details ⌃

### Product Description

### WHY CHOOSE ?

1.
    The video showcases the product in use. The video guides you through product setup. The video compares multiple products. The video shows the product being unpacked.

### USB & Type-C Charging Rubber Wood Floor Lamp

Why can you trust ELYONA's Solid Wood?

- Unlike fiberboard's wood grain paper surface and is glued with unknown woodchips inside. solid wood board is real wood and has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free.

- Using smooth texture FSC Certification Rubber Wood represents that the timber used is following the strict environmental standards of FSC. ensures every product will make with the best quality timber.

•
    The video showcases the product in use. The video guides you through product setup. The video compares multiple products. The video shows the product being unpacked.

1/23/25, 2:25 PM

Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room, Bedroom,LED Bulb Included, Brown - Walmart.com

## Solid Wood From

- ○ Global procurement of top timber production areas

- ○ FSC Certified Solid Wood

This certification represents that the timber used is managed according to the strict social and environmental standards of FSC.

- ○ All of timbers use FSC certified wood of the best quality.Unlike fiberboard, solid wood texture is natural, glue-free, formaldehyde-free and healthier

*Previous page*

*Next page*

**1 Bedroom 2 Living Room**

- Cleaning & Maintenance: Simply rinse with water or wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.

## SOLID WOOD SERIES

Classic Scandinavian style. Classic Solid wood with black metal shade, provide a modern and industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!

1
2

## Dimmable Floor Lamp

**SOLID WOOD SERIES**

Add to Cart

**SOLID WOOD SERIES**

Add to Cart

**SOLID WOOD SERIES**

Add to Cart

**BOHO LIGHT SERIES**

Add to Cart

**INDUSTRIAL SERIES**

Add to Cart

**BOHO LIGHT SERIES**

Add to Cart

**INDUSTRIAL SERIES**

Add to Cart

**Customer Reviews**
*4.2 out of 5 stars*
157

*4.2 out of 5 stars*
157

*4.3 out of 5 stars*
38

*4.2 out of 5 stars*
185

*4.2 out of 5 stars*
254

*4.3 out of 5 stars*
80

*4.3 out of 5 stars*
274

- 👍 【Why can you trust ELYONA's Solid Wood?】①Unlike fiberboard's wood grain paper surface and is glued with unknown woodchips inside. ELYONA solid wood board is real wood, free of glue, formaldehyde. More durable, healthier for your family and pets. And has waterproof coating easy to clean. ②Using smooth texture FSC Certification Solid Wood represents that the timber used is following the strict environmental standards of FSC. ELYONA ensures every product will make with the best quality timber.
- 👍 【Upgraded USB C& 5V/2A USB Charging Port 】Why you choose USB C charging? The reason is that it can provide up to 10W of power output, more faster than normal usb charging, and it can not only charge the device itself, but also supply power to external devices. We provide dual charging ports. You can charge your mobile phones, iPad, laptops at the same time and saving you from wall plug cord messes, which largely saves your time and energy.
- 👍 【ETL Listed & Long Lifespan 30, 000 Hours LED Bulb Included & 12 Months Quality Service 】Compatible with 5-color temperatures bulbs. You can purchase them separately if needed. This product includes a 30,000 hours lifetime Single-color LED Bulb (3000k / 9w). We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box. 🕯( pls assure the replace bulb is less than 60 Watts)
- 👍 【Wood Maintenance & High Density Adjustable Nature Linen Shade】①Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured. ②We use high-quality primary color linen with tight texture, Water&oil-resistant nature linen shade, making the light more comfortable. It can be focused on any area you want to read, study, and work.
- 👍 【Modern Nightstand Floor Lamp】Dimension: 65 in. H overall, end table is 21.6in. H from floor and 12*13.5in.W. ELYONA standing lamp is combined with 3 Tier shelves to put your phone, cup, ornaments, magazine, etc. It easy to match with a range of decor styles including rustic, industrial, farmhouse, greenhouse or loft etc. Add a touch of modern natural feeling to your bedrooms, living room, and office.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

**Brand**
Unbranded

---

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

### This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

1/23/25, 2:25 PM    Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room,Bedroom,LED Bulb Included, Brown - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 207 of 227



Quartz electric heater

Sponsored ⓘ



Options

$89.98
More options from $80.98
Modern Pendant Light Kitchen Island, 10" Solid Wood Hanging Lamp with Matte Black Metal Shade & Gold Inner Finish, Farmhouse Pendant Light Fixtures for Dining Room Bedroom Living Room Hallway
Shipping, arrives in 3+ days



1

$8.41 +$4.97 shipping
Vadktal Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway
Shipping, arrives in 3+ days



+ Add

$128.55
35.5" Wood Linear Pendant Light 20W LED Stepless Dimma Touch Control Brass Metal Adjustable Color Temperature N
Shipping, arrives in 3+ days

Report:    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Furniture / Living Room Furniture / End Tables / All End Tables



**Place order for $179.13**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $162.48 |
| Shipping | Free |
| **Estimated taxes** | $16.65 |

| **Estimated total** | **$179.13** |

Have a promo code?



Free shipping, arrives by Mon, Feb 3

Steven kal                                                                    Edit
223 4th Ave, 4th Floor, Pittsburgh, PA 15222

Delivery instructions (optional)                                              Add

Add access codes, adjust your map location and more

**Items details**                                                    Hide details

**Arrives by Mon, Feb 3**                                                   1 item

Sold and shipped by gxuandian
Free shipping

Industrial Table Floor Lamp, Solid Wood End Table
lamp with USB Type-C Charging Port & Power Outlet,...
Count: Modern

**$162.48**

Remove        −  1  +



**Payment method**

VISA  Ending in 1950                                                      $179.13

Please enter the CVV for the card

* Required field

CVV *
···

+ Add new payment                                              Change payment

**one**

onepay  $15 cash back when you spend $15+                           Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

as low as **$16/mo** with affirm                                      Apply now

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





Unbranded

**2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office**

☆ (No ratings yet)

Size: M

| M |
|---|
| $149.98 |

Actual Color: Blue - 2 Pack

      

### About this item

- 💡【Why can you trust ELYONA's Solid Wood?】①: Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- 💡【Top Craftsmanship Hammered Metal Shade】①Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which won't crack, more durable and stable.②Made of natural iron ore from Highland Mountains,melted at an ultra-high temperature of 1538°C to ensure no impurities.③The use of top Japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- 💡【ELYONA Unique Blue 2 Pack Modern Pendant Lights】①: ELYONA "Modern Blue", According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more "New Possibilities" about HOME. ②: With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living room, office, bedroom. Add this modern industrial looking to your home now!
- 💡【Medium Dimension & Wood Maintenance 】① Dimension & Adjustable Height : Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.5".🕯️(We have 10 "and 6.8" sizes for different choices) ② Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured....

View more ⌄

### At a glance

| Brand |
|---|
| Unbranded |



1/22/25, 2:16 PM

2 Pack Modern Pendant Lights-10.2 Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island,Dining Room,Bedroom,Bar,Office - Walmart.com



| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Feb 5 | Not available | Not available |
| Free | | |

Delivery to **1 N La Salle St**

Sold and shipped by houhaojiasha

★☆☆☆☆ 2 seller reviews

Free 30-day returns Details

**Best seller**                                           Sponsored

**Now $77.99**  ~~$99.98~~



DEWENWILS 2 Pack Farmhouse Pendant Lighting for Kitchen Island, Wood and Metal Hanging Light Fixture for Dining Room, Adjustable Height

★★★★★ 51

3+ day shipping

[ + Add ]

---



Sponsored

$62.99

2 Packs Depuley Industrial Pendant Light Farmhouse Plug in Ceiling Light Black Vintage Metal Hanging Lamp Lighting Fixture Adjustable for Living Room Kitchen Island Dining, E26 Base

Save with W+

Shipping, arrives **in 2 days**



Sponsored

$69.99

Depuley 3 Light Glass Pendant Light Industrial Kitchen Island Light Dimmable LED Matte Black Farmhouse Semi Flush Mount Ceilinglight for Living Room Dining Patio, E26 Socket

★★★★★ 8

Save with W+

Shipping, arrives **in 2 days**



[ Options ]

$76.99

Options from $76.99 – $112.99

Black Hollow-out Metal Pendant Lighting, Retro Industrial Farmhouse Pendant Light Fixture for Kitchen Island Dining

Shipping, arrives **in 3+ days**

---



$56.99

Industrial Sputnik Chandeliers, 8 Lights Pendant Lighting Fixture, Black, Vintage Ceiling Light for Kitchen Dining Living Room Bedroom Lighting

★★★★☆ 100

2-day shipping



$78.98

6-Light Farmhouse Chandelier, Industrial Iron Chandelier Lighting, Classic Candle Ceiling Pendant Light Fixture for Foyer, Living Room, Kitchen Island, Dining Room, Bedroom,Black

★★★★☆ 24

2-day shipping



**Best seller**

$30.99

DEWENWILS 2-Pack Plug in Metal Industrial Pendant Light,Hanging Light with 15FT Cord, E26 Light Socket, Farmhouse Pendant Lighting for Bedroom Kitchen Island Dining Room

★★★★★ 27

2-day shipping

---

## About this item

Product details                                                                                    ∧

### Product Description

**WHY CHOOSE ?**

FSC Certification Rubber Wood

- All wood used in products has FSC Certification.

- We carefully screen the wood, Handcrafted with care using the Finest Quality Rubber Hardwood.

- Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. Easy to clean. Simply rinse with water or wipe with a damp cloth, then dry.

Wood Maintenance & Dimension

- Wood Maintenance

1/22/25, 2:16 PM
Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 212 of 227
2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office - Walmart.com

Simply rinse with water or wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.

- Dimension & Adjustable Height

Max59.4" H x 10.2" W x 10.2" D Ceiling Canopy: Dia. 4.72". Cords are included for height adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel.

## NORDIC STYLE SERIES

- Dimmable Floor Lamp

Modern Dimmable Floor Lamp is combined with solid wood side table to put your phone, coffee cup, ornaments, magazine, etc. Space saving design dimension：64 in. H overall, end table is 21.6 in. H from floor and 13 in.W. It easy to match with a range of decor styles including rustic, industrial space, farmhouse, etc.

- Modern Pendant Light

Classic Scandinavian style. Classic Solid wood with white metal shade, provide a nature feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this nordic looking to your home now!

Modern Pendant Light Fixtures, 10.2" Hammered Metal & Rubber Wood Isla... Modern Pendant Light, 12" Hammered Metal Dome Hanging Lamp Solid Wood ... Modern Ash Wood Pendant Light Fixtures 12" Hanging Lamp Nordic White M... White Desk Lamp with Wireless Charger, Solid Wood Table Lamp with USB ... Nordic Wood Tripod Floor Lamp, Modern Reading Standing Lamp for Living... 16.5" Large Woven Pendant Light, Modern Boho Chandelier Handwoven Ratt...

Add to Cart
Add to Cart
Add to Cart
Add to Cart
Add to Cart
Add to Cart

Customer Reviews 4.7 out of 5 stars
377

4.5 out of 5 stars
86

4.1 out of 5 stars
16

4.5 out of 5 stars
341

4.3 out of 5 stars
38

4.6 out of 5 stars
121

Price $58.99$58.99 $59.99$59.99 $54.99$54.99 $39.99$39.99 $74.99$74.99 $144.99$144.99
Size 10.2 x 10.2 x Max 54.5 inches 12 x 12 x Max 57 inches 12 x 12 x Max 80.7 inches 6.1 x 6.1 x 19 inches 20.3 x 20.3 x 61 inches 16.5 x 16.5 x 61 inches
Features Rubber Wood & Hammered Metal Rubber Wood & Hammered Metal FSC Listed Solid Wood TYPE-C Charging Ports & Wireless Charging Station FSC Listed Birch Wood Beads Handwoven Natural Twine
Max. Power 1 x 40W 1 x 40W 1 x 40W 1 x 40W 1 x 40W

## Bohemia Birch Wood Beaded Lamp Series

Decorated classic bohemia style elements made up of solid wood bead and hand rope knot, creating an eye-catching look that lends bohemian flair to any area.We designed table lamps, chandeliers, floor lamp，ceiling light to meet your different needs.

- 💡【Why can you trust ELYONA's Solid Wood?】① Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- 💡【Top Craftsmanship Hammered Metal Shade】①Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which won't crack, more durable and stable. ②Made of natural iron ore from Highland Mountains,melted at an ultra-high temperature of 1538°C to ensure no impurities. ③The use of top japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- 💡【ELYONA Unique Blue 2 Pack Modern Pendant Lights】① ELYONA "Modern Blue", According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more "New Possibilities" about HOME. ② With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living room, office, bedroom. Add this modern industrial looking to your home now!
- 💡【Medium Dimension & Wood Maintenance】① Dimension & Adjustable Height： Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.3". ❷We have 10 "and 6.8" sizes for different choices! ② Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.
- 💡【Bulb Requirements & Dimmable & One Year Warranty】① E.TL Listed, and cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ❷When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ② We offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications                                                                                    ⌃

**Brand**

Unbranded

Warranty    ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

| 💳 | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more. |

Kickstart your year

Sponsored ⓘ



+ Add

$8.41  +$4.97 shipping

Vadktai Woven Pendant Lights, Rustic Rattan Hanging Lamp Adjustable Handwoven Basket Shade, Boho
Pendant Light Fixtures for Kitchen Island, Dining Room, Bedroom, Farmhouse Bar, Foyer Hallway

Shipping, arrives **in 3+ days**



Options

$100.48
More options from $73.48

2 Pack Hammered Semi Flush Mount Light Fixture, 12 inch Farmhouse Ceiling Light Fixture with Modern
Black and Gold Finish for Bedroom, Bathrooms, Hallway, Kitchen, Porch, Laundry, Foyer

Shipping, arrives **in 3+ days**



Options

$116.98

Solid Wood Tripod Floor Lamp, Tall Standing Light with Tall
Floor Lamp with Drum Shade for Living Room, Bedroom, O

Shipping, arrives **in 3+ days**

Report:    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Lights & Fixtures  /  Pendant Lights  /  Industrial Pendant Lights



**Place order for $160.48**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $149.98 |
| Shipping | Free |
| **Estimated taxes** | $10.50 |

**Estimated total** — **$160.48**

Have a promo code? ⌄



Free shipping, arrives by Wed, Feb 5

Steven kal
223 4TH AVE, Pittsburgh, PA 15222                    Edit

**Delivery instructions (optional)**                    Edit

Apartment

**Items details**                    Hide details

**Arrives by Wed, Feb 5**                    1 item

Sold and shipped by houhaojiasha
Free shipping

2 Pack Modern Pendant Lights 10.2" Hammered Blue
Solid Wood Hanging Lamp, Adjustable Height,...
Size: Medium, Actual Color: Blue - 2 Pack

**$149.98**

Remove        —   1   +



**Payment method**

VISA  Ending in 1950                                        $160.48

Please enter the CVV for the card

* Required field

CVV *
[ ••• ]

+ Add new payment                              Change payment

**⑤ one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

as low as **$15/mo** with affirm                        Apply now

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



  **Text updates for this order**

☑  **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.
:

1/22/25, 2:33 PM

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 216 of 227

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black - Walmart.com

Together we holiday



Sponsored ⓘ

Unbranded

**Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black**

☆ (No ratings yet)

**About this item**

- 🌟【 Modern & Industrial 】 **ELYONA** pendant light fixture a classic Scandinavian style. Classic wood pattern with black metal shade, provide a modern and industrial feeling. Ideal for kitchen island, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!
- 🌟【 Medium Dimension & Adjustable Height 】 Dimension: Max 55" H x 11.8" W x 11.8" D Ceiling Canopy: Dia. 4.3". Cords are included for height adjustment. This pendant light fixture can be installed at any height of the ceiling and bevel.
- 🌟【 Bulb Requirements & Dimmable 】 ETL Listed, Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ⚠When using dimmer and dimmable bulb can be dimmed (Bulbs NOT included).
- 🌟【 ELYONA Product Quality Service 】 We value materials and share designs that are attuned with the laws of nature. We proudly stand behind all of our products 100%, we offer a full 1-year warranty to bring you a great value shopping experience. If you have any queries, please CONTACT US via Amazon message box.
- 🌟【 Quick & Easy Installation 】 Easy Installation: Instruction manual inside, all mounting hardware for quick and easy installation. Uses one maximum 40 watt standard E26 base LED bulb (not included).

View full item details

**At a glance**

| Brand |
|---|
| Unbranded |



**$64.98**

Price when purchased online ⓘ

As low as $12/mo or 0% APR with affirm. Learn how

🚚 Free shipping    🔄 Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 3-Year plan - $11.00
☐ 2-Year plan - $8.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏬 Delivery |
|---|---|---|
| Arrives Feb 5 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

🏷 Sold and shipped by houhaojiasha
★☆☆☆☆ 2 seller reviews
🔄 Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

1/22/25, 2:33 PM

Case 2:25-cv-00472-CB     Document 2-7     Filed 04/10/25     Page 217 of 227

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black - Walmart.com



Sponsored
**$134.99**

Vintage Crystal Branch Chandeliers with 7-Light, Black Flush Mount Pendant Light, Farmhouse Hanging Ceiling Lighting Fixtures for Dining Room Living Room Bedroom Restaurant Porch Foyer

3+ day shipping

Add



Sponsored
**$69.99**

Depuley 3 Light Glass Pendant Light Industrial Kitchen Island Light Dimmable LED Matte Black Farmhouse Semi Flush Mount Ceilinglight for Living Room Dining Patio, E26 Socket

★★★★★ 5

Save with W+

Shipping, arrives in 2 days

+ Add



Sponsored
**$62.99**

2 Packs Depuley Industrial Pendant Light Farmhouse Plug in Ceiling Light Black Vintage Metal Hanging Lamp Lighting Fixture Adjustable for Living Room Kitchen Island Dining, E26 Base

Save with W+

Shipping, arrives in 2 days

+ Add



**$58.99**

Pendant Light Modern Lantern Lighting ,Minimalist Industrial Barn, Dining Room, Living Room, Bedroom

Shipping, arrives in 3+ days

+ Add

**$56.99**

Industrial Sputnik Chandeliers, 8 Lights Pendant Lighting Fixture, Black, Vintage Ceiling Light for Kitchen Dining Living Room Bedroom Lighting

★★★★☆ 300

2-day shipping

+ Add

**$25.97**

Better Homes & Gardens 56" Black Metal Pendant Ceiling Light, Adjustable Cord, LED Bulb Included

★★★★★ 60

2-day shipping

+ Add

**$78.98**

6-Light Farmhouse Chandelier, Industrial Iron Chandelier Lighting, Classic Candle Ceiling Pendant Light Fixture for Foyer, Living Room, Kitchen Island, Dining Room, Bedroom,Black

★★★★☆ 24

2-day shipping

+ Add

## About this item

Product details                                                                                          ⌃

### Product Description

#### Modern & Industrial Pendant Light

pendant light fixture a classic Scandinavian style. Classic wood grain with high quality black metal shade, provide a modern and industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!

#### Product Dimensions

Shade 11.8"Dia x 8.1"H. A durable and stylish adjustable nylon cable (1.2 meters long) is included.

#### SOLID WOOD SERIES

- Modern Pendant Light

Classic Scandinavian style. Classic Solid wood with black metal shade, provide a modern and industrial feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!

- Modern Floor Lamp with End Table

The standing lamp is combined with wood side table to put your phone, coffee cup, ornaments, magazine, etc. Space saving design dimension： 65 in. H overall, end table is 21.6 in. H from floor and 13 in.W. It easy to match with a range of decor styles including rustic, industrial space, farmhouse, etc.

SOLID WOOD PENDANT LIGHT SOLID WOOD PENDANT LIGHT 16" Pendant Light SOLID WOOD PENDANT LIGHT SOLID WOOD DESK

1/22/25, 2:33 PM

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 218 of 227

LAMP SOLID WOOD FLOOR LAMP
Add to Cart
Buying Options
Add to Cart
Add to Cart
Buying Options
Add to Cart

Customer Reviews 3.6 out of 5 stars
13

4.7 out of 5 stars
375

5.0 out of 5 stars
17

4.6 out of 5 stars
114

4.5 out of 5 stars
333

4.3 out of 5 stars
556

Price $49.99$49.99 $91.99$91.99 $169.99$169.99 $124.99$124.99 $39.99$39.99 $59.99$59.99
Size 11.8" L x 11.8" W x Max 47.3" H 10.2" L x 10.2" W x Max 59.4" H 16 x 16 x Max 83 inches 7" L x 7" W x Max 63" H 6.3 x 6.3 x 19 inches 13 x 13 x 65 inches
Features Modern Design FSC Listed Solid Wood Solid Wood & Hammered Metal FSC Listed Solid Wood USB-C & Wireless Charging Ports & Wireless Charging Station FSC Listed Solid Wood
Max. Power 1 x 40W 1 x 40W 1 x 40W 1 x 40W 1 x 40W 1 x 60W
Color Black Black Black Brass Black Walnut

- 🔅【Modern & Industrial】**ELYONA** pendant light fixture a classic Scandinavian style. Classic wood pattern with black metal shade, provide a modern and industrial feeling. Ideal for kitchen island, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this industrial looking to your home now!
- 🔅【Medium Dimension & Adjustable Height】Dimension: Max 55" H x 11.8" W x 11.8" D Ceiling Canopy: Dia. 4.3". Cords are included for height adjustment. This pendant light fixture can be installed at any height of the ceiling and bevel.
- 🔅【Bulb Requirements & Dimmable】ETL Listed, Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ▶When using dimmer and dimmable bulb can be dimmed (Bulbs NOT included).
- 🔅【ELYONA Product Quality Service】We value materials and share designs that are attuned with the laws of nature. We proudly stand behind all of our products 100%, we offer a full 1-year warranty to bring you a great value shopping experience. If you have any queries, please CONTACT US via Amazon message box.
- 🔅【Quick & Easy installation】Easy Installation: Instruction manual inside, all mounting hardware for quick and easy installation. Uses one maximum 40 watt standard E26 base LED bulb (not included).

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications ⌃

**Brand**
Unbranded

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

1/22/25, 2:33 PM

Modern Pendant Light, Wood Pattern Dome Lantern, 11.8" Industrial Metal Hanging Lamp, Pendant Light Fixtures for Kitchen Island, Bar, Dining Room, Living Room, Bedroom - Black - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 219 of 227

Better Homes & Gardens
COLLECTION

23" Ceramic Tower Heater

Sponsored ⓘ



$104.98

More options from $90.98

Wood Tripod Floor Lamp, Mid Century Modern Reading Standing Light, Tall Studying Light with 3 Color Temperatures LED Bulb & Nature Linen Shade for Farmhouse Living Room Bedroom Office, Walnut

Shipping, arrives in 3+ days



Options

$51.98

Options from $51.98 – $110.48

2 Pack Bubble Glass Pendant Lights, 8 Inch Vintage Hanging Lamp Seeded Glass Industrial Pendant Light Fixtures for Kitchen Island, Farmhouse, Bar, Bathroom, Dining Room, Oil Rubbed Bronze

Shipping, arrives in 3+ days



Options

$116.98

Solid Wood Tripod Floor Lamp, Tall Standing Light with Tall Floor Lamp with Drum Shade for Living Room, Bedroom, O

Shipping, arrives in 3+ days

Report:   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Lantern Pendant Lights







**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>



---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **<u>Mobile Alert Terms</u>**.

ⓦBRITA    New year. Better water.*



This Pendant Light Is Compatible With A Dimmer Switch
But Requires A Dimmable Bulb
(Dimmer Switch & Dimmable Bulb Not Included)

+ 12
View all

Unbranded

**2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office**

☆ (No ratings yet)

Size: M

| M |
| --- |
| $149.98 |

Actual Color: Blue - 2 Pack

      

## About this item

- 💡【Why can you trust ELYONA's Solid Wood?】①Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- 💡【Top Craftsmanship Hammered Metal Shade】①②Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which won't crack, more durable and stable.②Made of natural iron ore from Highland Mountains,melted at an ultra-high temperature of 1538°C to ensure no impurities.③The use of top Japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- 💡【ELYONA Unique Blue 2 Pack Modern Pendant Lights】①ELYONA "Modern Blue", According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more "New Possibilities" about HOME. ②With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living room, office, bedroom. Add this modern industrial looking to your home now!
- 💡【Medium Dimension & Wood Maintenance 】①Dimension & Adjustable Height :  Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.3". ➌(We have 10 "and 6.8" sizes for different choices) ② Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured....

View more ⌄

## At a glance

| Brand |
| --- |
| Unbranded |

---

**$149.98**

Price when purchased online ⓘ

🚚 Free shipping    ↩ Free 30-day returns

Buy now

Add to cart

🛡 Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 3-Year plan - $22.00
☐ 2-Year plan - $16.00

👤 Get expert help  What's covered
☐ Indoor Light Fixture Installation - $147.00

**How do you want your item?**

1/23/25, 2:28 PM

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 223 of 227

2 Pack Modern Pendant Lights 10.2' Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office - Walmart.com



|  | Shipping | Pickup | Delivery |
|--|----------|--------|----------|
|  | Arrives Feb 6 | Not available | Not available |
|  | Free |  |  |

Delivery to **1 N La Salle St**

Sold and shipped by **houhaojiasha**

★☆☆☆☆ **2 seller reviews**

---

Sponsored

**Reduced price**



**Now $77.99** ~~$185.99~~

DEWENWILS 2 Pack Farmhouse Pendant Lighting for Kitchen Island, Wood and Metal Hanging Light Fixture for Dining Room, Adjustable Height

★★★★★ 14

3+ day shipping

[ + Add ]

---



Sponsored

$69.99

Depuley 3 Light Glass Pendant Light Industrial Kitchen Island Light Dimmable LED Matte Black Farmhouse Semi Flush Mount Ceilinglight for Living Room Dining Patio, E26 Socket

★★★★★ 8

Save with W+

Shipping, arrives **in 2 days**

[ + Add ]

---



Sponsored

$62.99

2 Packs Depuley Industrial Pendant Light Farmhouse Plug in Ceiling Light Black Vintage Metal Hanging Lamp Lighting Fixture Adjustable for Living Room Kitchen Island Dining, E26 Base

Save with W+

Shipping, arrives **in 2 days**

[ + Add ]

---



$76.99

Options from $76.99 – $112.99

Black Hollow-out Metal Pendant Lighting, Retro Industrial Farmhouse Pendant Light Fixture for Kitchen Island Dining

Shipping, arrives **in 3+ days**

[ Options ]

---



$56.99

Industrial Sputnik Chandeliers, 8 Lights Pendant Lighting Fixture, Black, Vintage Ceiling Light for Kitchen Dining Living Room Bedroom

★★★★★ 100

2-day shipping

[ + Add ]

---

$78.98

6-Light Farmhouse Chandelier, Industrial Iron Chandelier Lighting, Classic Candle Ceiling Pendant Light Fixture for Foyer, Living Room, Kitchen Island, Dining Room, Bedroom,Black

★★★★☆ 24

2-day shipping

[ + Add ]

---

**Best seller**

**Now $30.99** ~~$39.99~~

DEWENWILS 2-Pack Plug in Metal Industrial Pendant Light,Hanging Light with 15FT Cord, E26 Light Socket, Farmhouse Pendant Lighting for Bedroom Kitchen Island Dining Room

★★★★★ 27

2-day shipping

[ + Add ]

---

## About this item

Product details ∧

### Product Description

**WHY CHOOSE ?**

FSC Certification Rubber Wood

- All wood used in products has FSC Certification.
- We carefully screen the wood, Handcrafted with care using the Finest Quality Rubber Hardwood.
- Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. Easy to clean. Simply rinse with water or wipe with a damp cloth, then dry.

Wood Maintenance & Dimension

- Wood Maintenance

Simply rinse with water or wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 2-3 times 3 months to make the wood grain more textured.

1/23/25, 2:28 PM                2 Pack Modern Pendant Lights 10.2' Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 224 of 227

- **Dimension & Adjustable Height**

MaxS9.4" H x 10.2" W x 10.2" D Ceiling Canopy: Dia. 4.72". Cords are included for height adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel.

**NORDIC STYLE SERIES**

- **Dimmable Floor Lamp**

Modern Dimmable Floor Lamp is combined with solid wood side table to put your phone, coffee cup, ornaments, magazine, etc. Space saving design dimension：  64 in. H overall, end table is 21.6 in. H from floor and 13 in.W. It easy to match with a range of decor styles including rustic, industrial space, farmhouse, etc.

- **Modern Pendant Light**

Classic Scandinavian style. Classic Solid wood with white metal shade, provide a nature feeling. Ideal for kitchen, dining room, living room, office, coffee bar, bedroom, beside nightstand. Add this nordic looking to your home now!

Modern Pendant Light Fixtures, 10.2" Hammered Metal & Rubber Wood Isla... Modern Pendant Light, 12" Hammered Metal Dome Hanging Lamp Solid Wood ... Modern Ash Wood Pendant Light Fixtures 12" Hanging Lamp Nordic White M... White Desk Lamp with Wireless Charger, Solid Wood Table Lamp with USB ... Nordic Wood Tripod Floor Lamp, Modern Reading Standing Lamp for Living... 16.5" Large Woven Pendant Light, Modern Boho Chandelier Handwoven Ratt...

Add to Cart
Add to Cart
Add to Cart
Add to Cart
Add to Cart
Add to Cart

Customer Reviews 4.7 out of 5 stars
377

*4.5 out of 5 stars*
86

*4.1 out of 5 stars*
16

*4.5 out of 5 stars*
341

*4.3 out of 5 stars*
38

*4.6 out of 5 stars*
121

Price $58.99 $58.99  $59.99 $59.99  $54.99 $54.99  $39.99 $39.99  $74.99 $74.99  $144.99 $144.99
Size 10.2 x 10.2 x Max 54.5 inches  12 x 12 x Max 57 inches  12 x 12 x Max 80.7 inches  6.3 x 6.1 x 19 inches  20.3 x 20.3 x 61 inches  16.5 x 16.5 x 61 inches
Features Rubber Wood & Hammered Metal Rubber Wood & Hammered Metal FSC Listed Solid Wood TYPE-C Charging Ports & Wireless Charging Station FSC Listed Birch Wood Beads Handwoven Natural Twine
Max. Power 1 x 40W 1 x 40W 1 x 40W 1 x 40W 1 x 40W 1 x 40W

**Bohemia Birch Wood Beaded Lamp Series**

Decorated classic bohemia style elements made up of solid wood bead and hand rope knot, creating an eye-catching look that lends bohemian flair to any area.We designed table lamps, chandeliers, floor lamp， ceiling light to meet your different needs.

- ⭐【Why can you trust ELYONA's Solid Wood?】① Unlike fiberboard's wood grain paper surface and glued with unknown woodchips inside, ELYONA solid wood has a waterproof coating that won't cause edge warping when meeting water and is glue-free, formaldehyde-free. ②Made of FSC Certification Smooth Solid Wood which has represents that the timber used is following the strict environmental standards of FSC. ③The pendant lamp has a certain weight to ensure that the wire will not bend when hanging.
- ⭐【Top Craftsmanship Hammered Metal Shade】①Rather than the spray painting process, ELYONA dust-free constant temperature process is used for surface baking paint to ensure the color is free of impurities and smooth which won't crack, more durable and stable. ②Made of natural iron ore from Highland Mountains,melted at an ultra-high temperature of 1538°C to ensure no impurities.③The use of top japanese hammered craftsmanship ensures that each hammered pattern is full and round with the proper depth.
- ⭐【ELYONA Unique Blue 2 Pack Modern Pendant Lights】① ELYONA "Modern Blue", According to home color trend, blue has returned to the public eye as "New Black", ELYONA blue with 36.5% gray tone.The low saturation tone brings soft elegant feeling, creating more "New Possibilities" about HOME. ② With over 20 years of illumination production experience and a professional design team. Ideal for kitchen island, dining living room, office, bedroom. Add this modern industrial looking to your home now!
- ⭐【 Medium Dimension & Wood Maintenance 】① Dimension & Adjustable Height：Max 54.5" H x 10" W x 10" D, Ceiling Canopy: Dia. 4.3". ②We have 10 "and 6.8" sizes for different choices) ③ Simply wipe with a damp cloth, then dry. We have been coated with mineral oil before packaging, and we still recommend coating mineral or olive oil 1-2 times 3 month to make the wood grain more textured.
- ⭐【Bulb Requirements & Dimmable & One Year Warranty】① ETL Listed, and cords are included for Height Adjustment. This hanging light fixture can be installed at any height of the ceiling and bevel. Supports any LED/CFL/Edison or other less than 40W bulbs with E26 Base. ▶When using dimmer and dimmable bulb can be dimmed (Bulbs NOT Included). ① we offer One Year Warranty to bring you a great value shopping experience. If you have any questions, please CONTACT US via the Amazon message box.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**    ⌃

**Brand**
Unbranded

**Warranty**    ⌃

1/23/25, 2:28 PM    2 Pack Modern Pendant Lights 10.2" Hammered Blue Solid Wood Hanging Lamp, Adjustable Height, Industrial Metal Pendant Lighting for for Farmhouse, Kitchen Island, Dining Room,Bedroom,Bar,Office - Walmart.com

Case 2:25-cv-00472-CB    Document 2-7    Filed 04/10/25    Page 225 of 227

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

 Walmart+

Members save more



Sponsored ⓘ



♡

1

+5 options

**$162.48**
More options from $84.48
Industrial Table Floor Lamp, Solid Wood End Table lamp with USB Type-C Charging Port & Power Outlet, Side Table Shelf Tall Pole Standing Light for Living Room,Bedroom,LED Bulb Included, Brown
Shipping, arrives **in 3+ days**



♡

Options

**$89.98**
More options from $80.98
Modern Pendant Light Kitchen Island, 10" Solid Wood Hanging Lamp with Matte Black Metal Shade & Gold Inner Finish, Farmhouse Pendant Light Fixtures for Dining Room Bedroom Living Room Hallway
Shipping, arrives **in 3+ days**



♡

+ Add

**$8.41** +$4.97 shipping
Vacktal Woven Pendant Lights, Rustic Rattan Hanging Lamp Pendant Light Fixtures for Kitchen Island, Dining Room, Be...
Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Lights & Fixtures  /  Pendant Lights  /  Industrial Pendant Lights

https://www.walmart.com/ip/2-Pack-Modern-Pendant-Lights-10-2-Hammered-Blue-Solid-Wood-Hanging-Lamp-Adjustable-Height-Industrial-Metal-Lighting-Farmhouse-Kitchen-Island-Dining-R/14819824606?athcpid=14819824606&athpgid=Ath...    4/4







**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.



Try Walmart+ free for 30 days

---

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.